**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1373 (JEB)** |
| **MOTOR TANKER TIFANI BEARING INTERNATIONAL MARITIME NUMBER 9273337, AND OIL CARGO LADEN THERON,** | : | **FILED UNDER SEAL** |
| | : | |
| Defendants *In Rem*, | : | |

**STATUS REPORT**

On May 19, 2026, this Court issued a Memorandum Opinion and Order granting the Government's motion for interlocutory sale but requiring the Government to "file a status report by June 2, 2026, proposing a method by which it will notify potential claimants with an interest in the defendant property prior to the sale's completion." Dkt. 6 at 6. The Court specifically focused on providing pre-sale notice to "the tanker's registered owner and manager." *Id.* at 5.

Based on documents in the Government's possession, the Government identified an apparent physical address for the *Tifani*'s purported owner: Keizer Straat 40, Paramaribo, Suriname. The Government also identified an apparent physical address and an apparent email address for the *Tifani*'s management company: HD-441, 4th Floor, Wework Spectrum Tower, Mindspace, 400064, Chincholi Bunder Road, Malad(W), Mumbai, India and management@ensashipmgmt.com, respectively. Thus, on June 1, 2026, the Government sent a notice packet by overnight Federal Express to the aforementioned physical addresses and emailed a notice packet to the aforementioned email address. In addition to the documents usually included in a civil forfeiture notice packet, these notice packets also included a copy of the Court's interlocutory sale order (Dkt. 6). The attempt at delivery to the email address was returned as undeliverable because "the address couldn't be found, or is unable to receive mail."

RECEIVED
JUN 02 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Based on the documents in the Government's possession, the only identifiable owner of the *Tifani*'s oil cargo appears to be the National Iranian Oil Company (NIOC), Iran's state-owned oil company. Given the lack of diplomatic relations with Iran, the current hostilities with Iran, and NIOC's sanctioned status, it will be difficult for the Government to provide notice to NIOC.

The Government notes that the *Tifani*'s management company—ENSA Ship Management Private Limited—is also sanctioned pursuant to Executive Order 13846 for knowingly engaging in a significant transaction for the purchase, acquisition, sale, transport, or marketing of petroleum or petroleum products from Iran. ENSA's sanctioned status could create significant challenges for ENSA to re-take custody of the *Tifani*, or perform any other actions vis-a-vis the *Tifani*, without first obtaining an OFAC license. Nonetheless, the Government has mailed a notice packet to ENSA at the physical address listed above. As noted above, attempts to reach ENSA by email failed because the email address was non-functioning, further indicating that ENSA is in fact a sham entity.

If neither the *Tifani*'s owner nor its management company makes an appearance in this case within two weeks from today, the Government plans to promptly execute the interlocutory sale in accordance with this Court's interlocutory sale order. Further delay would prejudice the Government and result in further deterioration of the condition of the vessel, diminishing its value to potential claimants. Of course, the Government would follow any future orders that the Court might issue regarding the timing of sale.

Dated: June 2, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: /s/ *Rajbir Datta*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: /s/ *Sean Heiden*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney