**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1373 (JEB)** |
| **MOTOR TANKER TIFANI BEARING INTERNATIONAL MARITIME NUMBER 9273337, AND OIL CARGO LADEN THERON,** | : | **FILED UNDER SEAL** |
| | : | |
| Defendants *In Rem*, | : | |

**STATUS REPORT**

On June 3, 2026, this Court ordered the Government to file a status report on the efforts of any potential claimants to contact the United States after being provided with notice of this pending action.

As previously indicated, on June 1, 2026, the United States provided notice to the apparent owner and/or technical manager of the TIFANI through Federal Express and Email, the latter of which was returned as undeliverable. *See* United States' Status Report June 2, 2026.

The United States also provided notice to the National Iranian Oil Company (NIOC), and Iranian Oil Terminals Company (IOTC) through email addresses that were publicly available. The United States has not received any communication from either NIOC or the IOTC.

As such, the United States requests the Court grant execution of an interlocutory sale order of the Defendant Property consistent with Order issued by this Court on May 19, 2026., D.E. 6, in order to allow for the value of the Defendant Property to be maintained.

Dated: June 15, 2026
Washington, D.C.

RECEIVED
JUN 15 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dated: June 15, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: ______________________

Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov