**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MOTOR TANKER TIFANI BEARING INTERNATIONAL MARITIME NUMBER 9273337, AND OIL CARGO LADEN THERON,**<br><br>Defendants *In Rem*, | : | **Civ. A. No. 26-cv-1373**<br><br>**FILED UNDER SEAL** |

**STATUS REPORT**

On July 17, 2026, this Court ordered the Government to file a status report on the sale of the Defendant Property pursuant to the Court's issued interlocutory sale. Due to logistical and operational challenges with offloading the cargo where the Defendant Property was seized to facilitate the sale of the Defendant vessel, the Government has begun to transit the Defendant Property towards the United States. The Defendant Property is anticipated to arrive on or about October 2026. Preliminary discussions have been ongoing with prospective purchasers; however, due to the travel period and potential buyers unable to accurately assess their production requirements, no sale has occurred.

As a result, the Government is seeking to unseal this action in full, except for unredacted versions of the Motion for Interlocutory Sale and the supporting declaration of Gene Patton, as indicated in the accompanying Motion to Unseal. Unsealing this matter will allow the United States to provide notice to any known claimants pursuant to our obligation under the Supplemental Rules while the vessel is transiting and gets closer to the United States, ideally prospective buyers will be able to better assess their requirements to facilitate a sale.

* * * * *

RECEIVED
AUG 07 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Dated: August 10, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: */s/ Rajbir Datta*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: */s/ Sean Heiden*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: */s/ Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney