**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

MOTOR TANKER TIFANI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9273337, AND THE OIL CARGO LADEN THEREON,

Defendants *in rem.*

Civil Case No. 1:26-cv-01373 (JEB)

**UNOPPOSED MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(c), Claimants with Successful Judgments Against Iran, by and through undersigned counsel, move for the admission and appearance of attorney Michael Dockterman pro hac vice in the above-entitled action. This motion is supported by the Declaration of Michael Dockterman, filed herewith. As set forth in Mr. Dockterman's declaration, he is admitted and is an active member in good standing of the bar of the State of Illinois and the federal and state courts listed in Paragraph 4. This motion is supported and signed by the undersigned, an active and sponsoring member of the Bar of this Court.

Claimants have conferred with all counsel to this action pursuant to LCvR 7(m) and confirmed that there is no opposition.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Joseph T. McClure*

Joseph McClure (D.C. Bar No. 90002073)
**MCDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, N.W.
Washington, DC 20001
Tele: (202) 756-8826
Fax: (202) 756-8087
Email: jmcclure@mcdermottlaw.com

*Attorney for Claimants with Successful Judgments Against Iran*

**CERTIFICATE OF SERVICE**

I hereby certify that on the above-listed date, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

*/s/ Joseph T. McClure*

*Attorney for Claimants with Successful Judgments Against Iran*

DM_US 605347747-7.152000.0011