**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER TIFANI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9273337, AND THE OIL CARGO LADEN THEREON,<br><br>Defendants *in rem.* | Civil Case No. 1:26-cv-01373 (JEB) |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR PRO HAC VICE ADMISSION OF ATTORNEY MICHAEL DOCKTERMAN**

The Court has reviewed Claimants' Motion for Admission of Attorney Michael Dockterman pro hac vice. Upon consideration of that motion, the Court grants attorney Michael Dockterman pro hac vice admission to this Court.

**IT IS SO ORDERED**.

Dated:

*/s/*
Hon. James E. Boasberg
United States District Judge

**WITH SERVICE TO:**

THE UNITED STATES:

Rajbir Datta
Assistant United States Attorney
National Security Section
U.S. ATTORNEY'S OFFICE
District of Columbia
601 D Street NW
Washington, DC 20001
202-394-4286
Email: rajbir.datta@usdoj.gov

Joshua Lee Sohn
Money Laundering, Narcotics and Forfeiture Section
U.S. DEPARTMENT OF JUSTICE
1400 New York Ave., NW
10th Floor
Washington, DC 20005
202-353-2223
Email: joshua.sohn@usdoj.gov

THE CLAIMANTS WITH SUCCESSFUL JUDGMENTS AGAINST IRAN:

Joseph T. McClure
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8826
Email: jmcclure@mcdermottlaw.com

Richard D. Heideman
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: cklotz@awkolaw.com

DM_US 605327089-2.152000.0011