**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br>Plaintiff,<br>v.<br><br>IN THE MATTER OF THE SEIZURE OF THE M/T TIFANI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9273337, AND THE OIL CARGO LADEN THEREON<br>Defendant *in rem*. | Civil Action No. 1:26-CV-01373<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF IRANIAN TERRORISM VICTIMS** |

**NOTICE OF VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE *IN REM***

Claimants are victims of devastating acts of state-sponsored terrorism perpetrated by the Islamic Republic of Iran (the "Iranian Terrorism Victims").[1] Having endured indescribable loss of life and grievous injury at Iran's hands, the Iranian Terrorism Victims collectively hold judgments against Iran totaling $4,096,220,840.00 in compensatory damages, awarded under 28 U.S.C. § 1605A and its predecessor statute, 28 U.S.C. § 1605(a)(7).

By and through their undersigned counsel, the Iranian Terrorism Victims hereby submit their Verified Claims pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"). The Iranian Terrorism Victims assert their interests in the Motor Tanker TIFANI bearing International Maritime Number ("IMO") 9273337, together with the oil cargo laden on the TIFANI at the time

[1] A full list of Claimants and the compensatory damages they have been awarded is included as Attachment A to the Verification of the Iranian Terrorism Victims' Claims.

it was seized by the U.S. Government in April 2026, including any substitute *res* following an interlocutory sale (collectively, the "Defendant Property"), as defined in the United States' Verified Complaint for Forfeiture filed in this action on April 22, 2026 (the "Complaint").

In support of their Verified Claims, the Iranian Terrorism Victims state as follows:

## I. The Iranian Terrorism Victims Have Been Awarded Millions in Damages Against Iran.

1. The Iranian Terrorism Victims are 1,190 claimants who are direct victims, or the surviving family members of victims, of Iranian-sponsored terrorism, or the estates thereof.

2. Each of the Iranian Terrorism Victims holds an enforceable judgment against Iran that was entered because of Iran's sponsoring acts of terrorism in which the Iranian Terrorism Victims were murdered or injured.

### A. 1982 Beirut, Lebanon Kidnapping

3. On July 19, 1982, David S. Dodge, then the acting President of the American University of Beirut, was kidnapped in Beirut, Lebanon and held for one year in captivity in Lebanon and Iran, before his release on July 19, 1983.[2] David S. Dodge's captors were members of terrorist organizations that were provided material resources and support by Iran.[3]

4. In February 2003, David S. Dodge and his family members brought suit in federal district court in the District of Columbia against Iran for Iran's role in his abduction. On August 25, 2004, the D.C. district court entered a default judgment against Iran and awarded the Dodge family members, collectively, $5,670,000 in compensatory damages and $3,000,000 in punitive damages.[4]

---

[2] *See Dodge v. Islamic Republic of Iran*, 2004 WL 535873, at *1 (D.D.C. Aug. 25, 2004).
[3] *Id.* at *4.
[4] *Id.* at *5-6.

### B. 1983 and 1984 U.S. Embassy and Embassy Annex Bombings in Beirut, Lebanon

5. In 1983 and 1984, Iran-sponsored terrorists targeted American servicemembers and embassy employees stationed in Beirut, Lebanon in two terrorist attacks on the U.S. Embassy and U.S. Embassy Annex, respectively (the "Beirut Embassy Attacks").[5] Iran provided material support and resources to the terrorists to carry out those attacks.[6]

6. On December 14, 2005, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Dammarell v. Islamic Republic of Iran*, and awarded twenty-nine of the Iranian Terrorism Victims who were relatives and estates of individuals murdered in the attacks $126,061,657 in compensatory damages.[7] On September 7, 2007, the district court awarded the remaining Iranian Terrorism Victims in that case $190,858,000 in compensatory damages, for a total final judgment award of $316,919,657 in compensatory damages.[8]

7. On May 9, 2013, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C.), and awarded the Iranian Terrorism Victims in that case $1,126,539,000 in compensatory damages and $299,999,998.08 in punitive damages, for a total judgment amount of $1,426,538,998.08.[9]

8. On November 15, 2017, another group of Iranian Terrorism Victims from the Beirut Embassy Attacks (the "Smith Plaintiffs") moved to intervene in *Barry et al v. Islamic*

---

[5] *See e.g., Doe v. Islamic Republic of Iran*, 808 F.Supp.2d 1, 7-9 (D.D.C. 2011).
[6] *Id.* at 16 ("[T]his Court concludes that [Islamic Republic of Iran and its Ministry of Information and Security] provided 'material support and resources' to Hizbollah in carrying out both the April 18, 1983 and the September 20, 1984 attacks on the U.S. Embassy and Embassy Annex in Beirut, Lebanon.").
[7] *See Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 2d 261, 271 (D.D.C. 2005).
[8] Final Judgment Order at 2, 5, *Dammarell v. Islamic Republic of Iran*, No. 1:01-2224 (D.D.C.), Dkt. 72.
[9] Order at 19, *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C. May 9, 2013), Dkt. 107.

*Republic of Iran*, No. 1:16-cv-01625 (D.D.C.).[10] On February 4, 2020, the D.C. District Court awarded the Smith Plaintiffs $1,525,753,447.00 in compensatory damages.[11]

9. On June 13, 2022, the D.C. District Court awarded a default judgment against Iran in favor of the plaintiffs in *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C.), and awarded the Iranian Terrorism Victims in that case over $412,174,467 in compensatory damages and $15,246,333.91 in punitive damages.[12] On October 26, 2022, the court awarded $12,729,910 in compensatory damages and $470,879.37 in punitive damages to four additional Iranian Terrorism Victims as to whom the district court had previously reserved judgment.[13]

10. On March 29, 2024, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Maxwell v. Islamic Republic of Iran*. The district court awarded the Iranian Terrorism Victims in that case $1,189,694,232.00 in compensatory damages and $44,006,789.64 in punitive damages, for a total damages amount of $1,233,701,021.65. On June 23, 2024, the district court awarded $10,000,000 in compensatory damages to the estates of two plaintiffs, bringing the total judgment amount to $1,243,701,021.65.[14]

**C. 1984 Beirut, Lebanon Assassination**

11. On January 18, 1984, Iran-sponsored terrorists assassinated Malcolm Kerr, the President of the American University of Beirut, just outside Mr. Kerr's office.[15] U.S. intelligence

---

[10] *See generally* Complaint of John Smith in Intervention, *Barry et al v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.), Dkt. 17.
[11] *See Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 63 (D.D.C. 2020).
[12] Mem. Opinion at 54, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. June 13, 2022), Dkt. 43.
[13] Order at 5, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. October 26, 2022), Dkt. 53.
[14] *Maxwell v. Islamic Republic of Iran*, 2024 WL 6111323, at *2 (D.D.C. June 23, 2024).
[15] *Kerr v. Islamic Republic of Iran*, 245 F. Supp. 2d 59, 61 (D.D.C. 2003).

agencies determined that the attackers acted at the instigation, and with the logistical and financial support of Iran.[16]

12. On September 20, 2001, the estate of Malcolm Kerr and his family members brought suit against Iran for Iran's role in his murder. The D.C. district court entered a default judgment against Iran and in favor of the Kerrs and on February 11, 2003, awarded them, collectively, compensatory damages in the amount of $33,025,296.[17]

**D. 1984 Beirut, Lebanon Kidnappings**

13. On February 10, 1984, Iran-sponsored terrorists abducted Frank Regier, a member of the faculty of the American University of Beirut, off a Beirut street and subsequently held him captive for sixty-five days.[18]

14. On June 12, 2001, Frank Regier and his family brought suit against Iran for its role in his abduction. The D.C. district court entered a default judgment against Iran and on September 8, 2003, awarded $5,321,520 in compensatory damages.[19]

15. On May 8, 1984, Iran-sponsored terrorists abducted Benjamin Weir, a pastor of a Presbyterian Church, when Mr. Weir was leaving his apartment in Beirut and subsequently held him captive for the next 495 days in solitary confinement.[20] Mr. Weir's captors were materially supported by Iran.[21]

16. On June 12, 2001, Benjamin Weir and his family brought suit against Iran for Iran's role in his abduction. The D.C. district court entered a default judgment against Iran and on

[16] *Id.* at 62.
[17] *Id.* at 64.
[18] *Regier v. Islamic Republic of Iran*, 281 F. Supp. 2d 87, 88 (D.D.C. 2003).
[19] *Id.* at 100-101.
[20] Decision and Order at 2-3, *Weir et al v. Islamic Republic of Iran, et al*, No. 01:01cv-01303 (D.D.C. Apr. 29, 2003), Dkt. 12.
[21] *Id.* at 5.

April 29, 2003, awarded $11,450,000 in compensatory damages and $300,000,000 in punitive damages, for a total judgment amount of $311,450,000.[22]

17. On or about November 30, 1984, Iran-sponsored terrorists abducted Peter Kilburn, a librarian at the American University of Beirut, from his Beirut apartment.[23] During Mr. Kilburn's captivity, his captors sold him to another terrorist cell between April 14 and 17, 1986.[24] On April 17, 1986, sixteen months after his abduction, the terrorists executed Peter Kilburn and left his body on the side of the road outside Beirut.[25]

18. On June 12, 2001, Peter Kilburn's family and his estate brought suit against Iran for Iran's role in his abduction and murder. The D.C. district court entered a default judgment against Iran and in favor of the Kilburns and on March 30, 2010, awarded them, collectively, $11,030,000 in compensatory damages.[26]

**E. 1987 Beirut, Lebanon Kidnapping**

19. On January 24, 1987, Iran-sponsored terrorists abducted Jesse Jonathan Turner, a professor at Beirut University College, along with three other professors, and subsequently held them all captive for 1,731 days.[27]

20. On September 18, 2001, Jesse Jonathan Turner and his wife brought suit against Iran for Iran's role in his abduction. The D.C. district court entered a default judgment against Iran

---

[22] *Id.* at 8-9.
[23] *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 139 (D.D.C. 2010).
[24] *Id.* at 144.
[25] *Id.*
[26] *Id.* at 157-158.
[27] Decision and Order, at 3-5, *Turner, et al v. The Islamic Republic of Iran*, *et al*, No. 1:01-cv-01981 (D.D.C. Oct. 2, 2002), Dkt. 17.

and in favor of the Turners, and on October 2, 2002, awarded the Turners, collectively, $27,310,000 in compensatory damages and $300,000,000 in punitive damages.[28]

21. **1996 Khobar Towers Bombing**

22. On June 15, 1996, Iran-sponsored terrorists detonated a bomb in a tanker truck outside a residential complex in Dahran, Saudi Arabia, which housed forces from a coalition of nations, including U.S. military forces ("Khobar Towers Attack"). 19 members of the U.S. armed forces were killed, and many other military personnel and civilians were wounded. Iran provided material support and resources to the terrorists to carry out those attacks.[29]

23. Several suits against Iran on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

24. On August 6, 2024, one group of Iranian Terrorism Victims (the "Khobar Towers Plaintiffs") filed a Complaint against Iran for its role in the Khobar Towers Attack in the case styled *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C.).[30]

25. On September 9, 2026 the district court awarded 59 of the Khobar Towers Plaintiffs, collectively, $428,500,000 in compensatory and punitive damages.[31]

**F. 1998 East Africa Embassy Bombings**

26. On August 7, 1998, Iran-sponsored terrorists simultaneously bombed the U.S. embassies in Dar es Salaam, Tanzania and Nairobi, Kenya, killing hundreds and injuring thousands (the "East Africa Embassy Bombings").[32] Iran deliberately provided material support to the

---

[28] *Id.* at 7.
[29] *See* Memorandum Opinion, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. September 9, 2026) Dkt. 34 at 5-6.
[30] *See* Complaint, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. August 6, 2024) Dkt. 1.
[31] Order, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. September 9, 2026) Dkt. 33.
[32] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 132 (D.D.C. 2011).

terrorists' planning, recruitment, and training activities and equipped them to carry out the East Africa Embassy Bombings.[33]

27. Several suits against both Iran and the Republic of Sudan (which also provided support to the terrorists) on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

28. On May 9, 2012, the Iranian Terrorism Victims (there, the "Aliganga Plaintiffs") intervened in the case styled *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C.) and brought claims against Iran, along with other defendants, for Iran's role in supporting the East Africa Embassy Bombings.[34]

29. Having previously issued a default judgment against Iran, on October 24, 2014, the district court entered an order that awarded the Iranian Terrorism Victims, collectively, $283,809,867 in compensatory damages.[35]

## II. The Iranian Terrorism Victims Are Entitled To Enforce Their Judgments.

30. The Iranian Terrorism Victims are all judgment-holders—either directly or as the estate, heir, or other beneficiary or successor-in-interest of the original judgment holder—in the above actions.

31. In total, the Iranian Terrorism Victims have been awarded $4,096,220,840.00 in compensatory damages against Iran. These judgments were entered to provide justice and compensation to the direct victims and family members of victims of Iran's sponsorship of, and direct responsibility for, devastating acts of terrorism. To date, Iran has refused to appear in any

---

[33] *Id.* at 135-139.
[34] *See* Complaint in Intervention, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. May 9, 2012). Dkt. 226.
[35] Amended Order, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. October 24, 2014). Dkt. 349.

of the lawsuits against it and has not satisfied any portion of these judgments, which continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

32. The Iranian Terrorism Victims and the damages they have each been awarded are listed in Exhibit 1 to the Verification of their Claims.

## III. The Defendant Property's Connection to Iranian-sponsored Terrorism

33. Iran has a long and well-documented history of using shadow fleets and ghost ships to evade the comprehensive sanctions regime the United States has imposed on the export of Iran's petroleum products. Critically, Iran channels the revenue from the illicit sale of its petroleum products directly into the furtherance of its terrorist activities—including those targeting the United States and its nationals around the globe. The Defendant Property is a central component of that illicit enterprise.

34. The Islamic Revolutionary Guard Corps ("IRGC") and the IRGC Quds Force ("IRGC-QF") use a network of shipping companies and front companies to hide their involvement in the sale and shipment of Iranian oil. Specifically, the Department of the Treasury's Office of Foreign Assets Control ("OFAC") has found that the IRGC-QF uses a "complex network of intermediaries … to obfuscate its involvement in selling Iranian oil." Complaint ¶13.

35. As alleged by the Government, the IRGC "generates substantial revenues from the sale of petroleum products" and "uses the proceeds from the distribution of petroleum to fund its terror activities." Complaint ¶¶14, 15.

36. The Secretary of the Treasury has previously found that holding groups and companies in the petrochemical sector and elsewhere "provide financial lifelines to the IRGC." Complaint ¶13.

37. OFAC has designated numerous Iranian agencies and instrumentalities that are involved in perpetrating state-sponsored terrorism or in the smuggling and sale of illicit petroleum products as a source of funding for those acts of terrorism.

38. In October 2007, OFAC designated the IRGC-QF under Executive Order 13,224. Complaint ¶16.

39. In October 2017, OFAC also designated the IRGC pursuant to Executive Order 13,224 for providing material support, including training, personnel, and military equipment, to the IRGC-QF. Complaint ¶16.

40. In October 2020, OFAC "designated the Iranian Ministry of Petroleum under Executive Order 13,224 for providing financial support to the Islamic Revolutionary Guard Corps – Quds Force ("IRGC-QF")." Complaint ¶10. "OFAC found that '[t]he Iranian Ministry of Petroleum has been used by individuals at the highest levels of the Iranian regime to facilitate the IRGC-QF's revenue generation scheme.'" Complaint ¶10.

41. In October 2020, OFAC also designated the National Iranian Oil Company pursuant to Executive Order 13,224 "for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the IRGC-QF." Complaint ¶21. "According to OFAC, the distribution of NIOC oil 'helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies.'" Complaint ¶20.

42. The TIFANI is a crude-oil tanker built in 2003 that claims to fly the flag of Botswana, but according to information obtained by law enforcement, the vessel is not legitimately registered with Botswana—a landlocked country that does not operate a registry of ships. Complaint ¶¶26-27. According to publicly available sources, since in or around August 2022, the TIFANI's registered and beneficial owner is Suriname-registered World Crew Provider NV, and

since in or around December 2024, the vessel's commercial and technical manager is India-based ENSA Ship Management Private Limited ("ENSA"). Complaint ¶28.

43. On July 30, 2025, the Department of State designated ENSA as a sanctions target pursuant to Executive Order 13,846 for knowingly engaging in a significant transaction for the purchase, acquisition, sale, transport, or marketing of petroleum or petroleum products from Iran. Complaint ¶29. On the same day, the TIFANI was identified as blocked property in which ENSA has an interest. Id.

44. As alleged in the Complaint, the TIFANI "has a history of engaging in business with Iran and sanctioned entities in Iran and exhibiting behaviors that are regularly employed by the ghost fleet, such as location spoofing and claiming false flags/nationalities," and "[t]he vessel continues to engage in business with sanctioned entities and continues to exhibit obfuscatory shipping practices." Complaint ¶30.

45. The Defendant Property has exhibited many of the tactics characteristic of the Iranian shadow fleet, including AIS spoofing in connection with ship-to-ship ("STS") transfers of illicit oil. Complaint ¶31. "Many of the TIFANI's AIS spoofing events happened in or around areas where ghost fleet tankers are known to engage in STS transfers, such as around the Malaysia/Singapore Eastern Outer Port Limits and off the United Arab Emirates." *Id.*

46. The Defendant Property has loaded more than 36 million barrels of Iran-origin crude oil directly from Iran, including from Kharg Island, Iran, since in or around June 2020, including the cargo currently onboard the vessel. Complaint ¶35. The TIFANI has also received millions of barrels of Iran-origin oil via STS transfer from vessels that loaded directly from Iran. *Id.*

## IV. Under TRIA, The Iranian Terrorism Victims Have An Interest in the Defendant Property.

47. The Terrorism Risk Insurance Act ("TRIA") provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment[s] to the extent of any compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. § 1610 Note. Accordingly, TRIA overrides "the civil-forfeiture statute."[36]

48. The Iranian Terrorism Victims are judgment creditors of Iran as a direct result of Iran's acts of state-sponsored terrorism. TRIA thus entitles the Iranian Terrorism Victims to execute on the Defendant Property to satisfy those judgments.[37] This statutory entitlement confers upon the Iranian Terrorism Victims a possessory interest in the Defendant Property that is superior to the Government's forfeiture claim, and which permits them to bring the claims asserted herein. To the extent the Defendant Property (or the proceeds of any sale thereof) is not required to be transferred to the Iranian Terrorism Victims, it is required to be deposited into the United States Victims of State Sponsored Terrorism Fund for the benefit of all eligible U.S. victims of state-sponsored terrorism. *See* 34 U.S.C. § 20144(e)(2)(A).

49. In the context of a forfeiture action, at this stage of the proceedings, the Iranian Terrorism Victims need only "*allege* a colorable interest in the property."[38]

---

[36] *Est. of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).
[37] TRIA § 201(a).
[38] *U.S. v. $9,781,900.00 of Funds in the Name of Falcon Strategic Sols.*, --- F. Supp. 3d ---, 2025 WL 3470138, at *3 (D.D.C. Dec. 3, 2025) (quoting *United States v. Seventeen Thousand Nine Hundred Dollars ($17,900.00) in U.S. Currency*, 859 F.3d 1085, 1090 (D.C. Cir. 2017)) (emphasis in original).

50. The Iranian Terrorism Victims satisfy—and indeed exceed—the "colorable interest" threshold. As set forth below, each element necessary to establish the Iranian Terrorism Victims' interest in the Defendant Property under TRIA is met:

a. First, as demonstrated above, the Iranian Terrorism Victims hold substantial judgments for compensatory damages against Iran predicated on acts of terrorism, entered under 28 U.S.C. § 1605A or its predecessor statute 28 U.S.C. § 1605(a)(7).

b. Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979.[39]

c. Third, the Defendant Property was owned or operated for the benefit of Iran's agencies or instrumentalities. As alleged in the Complaint, NIOC is a subsidiary of the Iranian Ministry of Petroleum, and the Iranian Oil Terminals Company ("IOTC") and the National Iranian South Oil Company ("NISOC") are, in turn, subsidiaries of NIOC. Complaint ¶¶7, 20, 22, 25. Iran's constitution vests ownership of all large-scale industries, including oil resources, in the state (Article 44), and Iran's Oil Law expressly provides that "[t]he country's oil resources are part of the Anfal and public wealth" belonging to the Islamic government. Complaint ¶¶8, 9. The Government itself alleges that the Defendant Property affords NIOC, IOTC, and NISOC—each an agency or instrumentality of Iran—"sources of influence" over the IRGC. Complaint ¶¶1, 47. The Defendant Property materially served Iran in avoiding sanctions while providing the material function of illicitly selling its energy resources, at Iran's direction and behest.

---

[39] *See* TRIA § 201(d)(4); Exec. Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

d. Fourth, under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act.[40] The Government has used its authority under that statute to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran.[41]

51. Accordingly, in compliance with Rule G, the Iranian Terrorism Victims assert a claim against an amount of the Defendant Property as may be necessary to satisfy the full measure of outstanding compensatory damages owed to the Iranian Terrorism Victims under their judgments against Iran, together with all accrued post-judgment interest, calculated as of the date the Defendant Property is valued for purposes of judgment.

* * *

52. Pursuant to 28 U.S.C. § 983(a) and Rule G, the Iranian Terrorism Victims hereby assert a claim to the Defendant Property—as the property of an agency or instrumentality of Iran—that is senior to the Government's forfeiture claim. Congress enacted TRIA precisely to ensure that victims of state-sponsored terrorism may recover against the assets of their terrorist attackers. Notwithstanding the Government's forfeiture efforts, the Iranian Terrorism Victims reserve all rights and remedies available in law and equity to enforce their interest in the Defendant Property and to obtain the compensation to which they are entitled.

---

[40] TRIA § 201(d)(2)(A).
[41] 31 C.F.R. §§ 510.211, 560 *et seq.*, 594.201(a)(5).

Dated: November 2, 2026

Respectfully submitted,

*/s/ Aryeh S. Portnoy*

Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Michael Williams, D.C. Bar No. 90006255

CROWELL & MORING LLP
600 5th Street, N.W.
Washington, D.C. 20001
(202) 624-2500

*Attorneys for Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically filed the foregoing Notice of Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: November 2, 2026

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy

**VERIFICATION OF CLAIM**

I, Souzan Fanous, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 27 October 2026

DocuSigned by:
Souzan Fanous
BF722574C8874CA...

## VERIFICATION OF CLAIM

I, Christopher Wade Stelyan Ross, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 20 October 2026

Signed by:
Christopher Wade Stelyan Ross
C3F0EE8ACB37470...

# VERIFICATION OF CLAIM

I, Minnie Lee Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 13 October 2026

Signed by:

E438B315395B4E3...

**VERIFICATION OF CLAIM**

I, Tanya Karen Harshberger, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 13 October 2026

Signed by:

12775788A57B4B7...

Docusign Envelope ID: 6927AAA7-FDFF-899C-830E-AC0196AFB280


**VERIFICATION OF CLAIM**

I, Abboud Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:

D7F32C0B09CA4F7...

## VERIFICATION OF CLAIM

I, Abdollah Vahodar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-26

**VERIFICATION OF CLAIM**

I, Abdul Karim Nabih Rahal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.04.2026

A. Rahal



Scanned with CamScanner

# VERIFICATION OF CLAIM

I, Abdo Elia Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Abdo Elia Dagher
728B412DDE334EA...

**VERIFICATION OF CLAIM**

I, [signature] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

[signature]

# VERIFICATION OF CLAIM

I, Abdulrahman Dokmak hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11-10-2026

A.D دقماق

Scanned with CamScanner

# VERIFICATION OF CLAIM

I, Abdullatif Issa Dakmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

313E242C4A20458...

## VERIFICATION OF CLAIM

I, abed alrahman kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 9 2026

Abed Kurdi

**VERIFICATION OF CLAIM**

I, ABRAHAM TEEN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
ABRAHAM TEEN
439ADB1AFBFC444...

**VERIFICATION OF CLAIM**

I, Adel Chamcun hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8 - 10 - 2026

عادل شمعون

# VERIFICATION OF CLAIM

I, Adèle Abou Yammine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-oct-2026

# VERIFICATION OF CLAIM

I, Adham Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:
Adham Mohamad Abboud
DB3702A5A6A6426...

**VERIFICATION OF CLAIM**

I, Adham Mohammad Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:

3BB51DA8323A493...

# VERIFICATION OF CLAIM

I, Adrienne Marie Opdyke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
54217D67492D41D...

# VERIFICATION OF CLAIM

I, AFAF ALAEDDINE , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

# VERIFICATION OF CLAIM

I, Afifa Talal Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
8E7FDE232FCD4B2...

**VERIFICATION OF CLAIM**

I, Afife' Abou Harb, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

________________________

**VERIFICATION OF CLAIM**

I, Afif El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5. 2026

_______________________

**VERIFICATION OF CLAIM**

I, Ahlam Abi Abdallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/07

Ahlam Abi Abdallah

## VERIFICATION OF CLAIM

I, Ahmad issa dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Ahmad Khaled Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

83533D3A575840C...

## VERIFICATION OF CLAIM

I, Ahmad Malla, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

B8559D715B634E3...

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/10/2026, I electronically filed the foregoing Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the Southern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: 7/10/2026

*/s/ DRAFT*
NAME AHMAD KABBOUT

# VERIFICATION OF CLAIM

I, Ahmad Mohammad Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:

1CA631646955421...

VERIFICATION OF CLAIM

I, Ahmad Sayed Ahmad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Beirut, 6, 10, 2026.

# VERIFICATION OF CLAIM

I, Ahmad Saado, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DFC3F449DE4F417...

# VERIFICATION OF CLAIM

I, Ahmad ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Aida Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

Aida

## VERIFICATION OF CLAIM

I, Aida Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Aida Awad
56AF71D1C0D84D1...

# VERIFICATION OF CLAIM

I, Aida Ibrahim Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
EF2AEE204013446...

# VERIFICATION OF CLAIM

I, Aida Jureidini Wahmann, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Aida Jureidini Wahmann
623D3475758043E...

**VERIFICATION OF CLAIM**

I, Alaa Kassem Atie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DEE17C40EBAC4ED...

## VERIFICATION OF CLAIM

I, Plaid Daccab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9-10-2026

**VERIFICATION OF CLAIM**

I, Albert F. Pearson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Albert F. Pearson
61A255F97BE84E3...

**VERIFICATION OF CLAIM**

I, Alexandra Klavdia Amerian, hereby declare, under penalty of perjury pursuant to 28 U.S.C.§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 7, 2026

[signature]

**VERIFICATION OF CLAIM**

Ali HASSAN CHANI hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6-OCT-2026

________________________

# VERIFICATION OF CLAIM

I, ALi FAKiH hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Ali Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut 5/10/2026

# VERIFICATION OF CLAIM

I, Alireza Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

____________________



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Ali Hasan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: 06-10-2026

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

____________________

## VERIFICATION OF CLAIM

I, Ali Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

علی سعد

## VERIFICATION OF CLAIM

I, Ali Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

[signature]

2987597F876E47B...

## VERIFICATION OF CLAIM

I, [handwritten name] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/15/2026

[signature]

**VERIFICATION OF CLAIM**

I, ALI FARHAT, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2/10/2026

# VERIFICATION OF CLAIM

I, Alice Fares Jalkh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:

F0FB7DAA465A450...

**VERIFICATION OF CLAIM**

I, Allison Mantz McMeechan, Administrator of the est of Kenneth haas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Allison Mantz McMeechan, Administrator
44D3B394676D483...

Assaad **VERIFICATION OF CLAIM**

I, Elmaz Chamoun hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

Elmaz Assaad [illegible]
Chamoun

## VERIFICATION OF CLAIM

I, Amal Soweidan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5, 10, 2026

______________________________

**VERIFICATION OF CLAIM**

I, Amde Abou Yammine hereby, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08/ octobre/ 2026

**VERIFICATION OF CLAIM**

I, Amal El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Amal El Haddad

5/10/2026.

**VERIFICATION OF CLAIM**

I, Amal H. Al Kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 09, 2026

Kurdis. by proxy

**VERIFICATION OF CLAIM**

I, Amal -Iskandar-El-Hachem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 October 2026

Amal - El - Hachem

# VERIFICATION OF CLAIM

I, Amal Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Amal Meho
1D7CCBA754B44E5...

# VERIFICATION OF CLAIM

I, Amal Ezz, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: ١٠ ١٠ ٢٠٢٦

______________________________

**VERIFICATION OF CLAIM**

AMAL . O.KANBARi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

AK

## VERIFICATION OF CLAIM

I, AMNE Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

____________________

**VERIFICATION OF CLAIM**

I, Amer Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

1A8DFCD94308423...

**VERIFICATION OF CLAIM**

I, Amenah Kabbout hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

امنه محمد قبوط

Amenah Mohamad Kabbout

# VERIFICATION OF CLAIM

I, Amne Mustapha Boutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

# VERIFICATION OF CLAIM

I, Amine Matni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Amine Matni
AB9436A75B054C4...

# VERIFICATION OF CLAIM

I, [illegible], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

______________________________

# VERIFICATION OF CLAIM

I, Amne El-Natour Batakji, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Amne El-Natour Batakji
B03A6047904E444...

**VERIFICATION OF CLAIM**

I André A. Sassine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

Sassine André

# VERIFICATION OF CLAIM

I, Andrea Dora Ladtkow, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
D773CCAA0E3B4D9...

## VERIFICATION OF CLAIM

I, Andrea Lynn Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Andrea Lynn Twine
5A1570EABE81406...

**VERIFICATION OF CLAIM**

I, Andrée Saliba Barghout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 octobre 2026

Signé par :
Andrée Saliba Barghout
094D7356E10D4D1...

# VERIFICATION OF CLAIM

I, Andrew Rodger Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Andrew Rodger Wartell
79940BAE9E404A9...

# VERIFICATION OF CLAIM

I, Andrew Stanley Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Andrew Stanley Kerr
5819E3DD950E4C7...

# VERIFICATION OF CLAIM

I, Andrew Thomas Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

339EE45C569A487...

**VERIFICATION OF CLAIM**

I, Angela Ann Pierce, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Angela Ann Pierce
1E0EB00BCCEF420...

# VERIFICATION OF CLAIM

I, Angela Estes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
431275502D14470...

**VERIFICATION OF CLAIM**

I, Angela Holloway, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Angela Holloway
771E287C2F154B3...

# VERIFICATION OF CLAIM

I, Ani Khatchik Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ani Khatchik Jouharian
5252CCFF8FD347E...

# VERIFICATION OF CLAIM

I, Ani Setrak Meguerditchian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

F1E658A763CA4A7...

# VERIFICATION OF CLAIM

I, Anissa Mouakkassa, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

EE1C1F8CE2334FF...

**VERIFICATION OF CLAIM**

I, Anita Cason Lewis, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
[signature]
645021A783FC446...

**VERIFICATION OF CLAIM**

I, Ann Alison Haas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Ann Alison Haas
53E58EA5C14D45A...

**Robb, Maram**

**From:** Farhat, Lea
**Sent:** Monday, October 12, 2026 5:11 PM
**To:** Robb, Maram
**Subject:** Fw: Doc-usign

**Lea Farhat**
**Terrorism Litigation Portfolio Administrator**
Crowell & Moring LLP
lfarhat@crowell.com
+1.202.624.2932 direct

---

**From:** Farhat, Lea <LFarhat@crowell.com>
**Sent:** Friday, 09 October 2026 15:31:35
**To:** 'Kerr, Ann' <akerr@international.ucla.edu>
**Cc:** Murino, John <JMurino@crowell.com>; Portnoy, Aryeh <APortnoy@crowell.com>; Williams, Michael <MWilliams@crowell.com>; Robb, Maram <MRobb@crowell.com>
**Subject:** RE: Doc-usign

Ann,

Good morning. It is nice to hear from you. No worries, we will consider this email in lieu of a DocuSign signature.

Feel free to call us if you have any questions.

Thanks,

Lea

Lea Farhat
Senior Terrorism Litigation Portfolio Administrator
Crowell & Moring LLP
lfarhat@crowell.com
+1.202.624.2932 direct
-----Original Message-----
From: Kerr, Ann <akerr@international.ucla.edu>
Sent: Friday, October 9, 2026 12:31 AM
To: Farhat, Lea <LFarhat@crowell.com>
Subject: Doc-usign

Hello Lisa,
Thanks for sending us the information about another possible payout. I have not succeeded in signing the docusign from my phone at home. Hoping that this email will substitute for it. I would like to join the group supporting this action as described in your message.  I will call you in the morning to reconfirm!

# VERIFICATION OF CLAIM

I, Anthony Mello, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

0CC2B4262D88490...

# VERIFICATION OF CLAIM

I, Antoine Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT 5, 2026

Khoury Antoine E

# VERIFICATION OF CLAIM

I, ANTOINE SOUEIDAN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15-09-2026

A. Soueidan

## VERIFICATION OF CLAIM

Antonie Hanna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Antoine Khalil Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026

**VERIFICATION OF CLAIM**

I, ANTOIN SAYEGH hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/NOV./2026

________________________

**VERIFICATION OF CLAIM**

I, Antonio Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Antonio Mokbel
3E67FF199A28478...

## VERIFICATION OF CLAIM

I, Anwar Mehho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026

**VERIFICATION OF CLAIM**

I, Aouni Nassar Danaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



1D91597F840942F...

**VERIFICATION OF CLAIM**

I, Aref El Natour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:

[signature]

0793EAC5F09545C...

# VERIFICATION OF CLAIM

I, Aref Halim Rawda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
A. R
D0DDEEFCD9AA4F6...

**VERIFICATION OF CLAIM**

I, Aref Jawdat Marrouch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Arlette Daniel Johnston, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Arlette Daniel Johnston
63C892B761154D4...

# **VERIFICATION OF CLAIM**

I, Arnesia Ann Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Arnesia Ann Byers
7C4DF900A82046E...

# VERIFICATION OF CLAIM

I, Asmahan Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Asmahan Farhat
28564571E4454BE...

# VERIFICATION OF CLAIM

I, ASSEM EL BOUTARI, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
AC569BEB48A84CA...

# VERIFICATION OF CLAIM

I, Atef Khalil Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
B8C23CB5EB4F4C7...

**VERIFICATION OF CLAIM**

I, Aya Atef Rahal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



0F09700D74AC494...

## VERIFICATION OF CLAIM

I, Ayman MALLA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

## VERIFICATION OF CLAIM

I, Aziza Issa Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

**VERIFICATION OF CLAIM**

I, Aznive Agop Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
70DAD6FB2EF443F...

**VERIFICATION OF CLAIM**

I, Bachir Saad Kanaan Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bachir Saad Kanaan Atallah
30D8603D4D7F48A...

# VERIFICATION OF CLAIM

I, Bader Amine Ghannam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

37514D957BDE41C...

## VERIFICATION OF CLAIM

I, Badia ~~Kaddoum~~ El Kaddoum hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 - 10 - 2026

بديعه القدوم

# VERIFICATION OF CLAIM

I, Badih Halim Rawdah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Badih Halim Rawdah
FFB2906CC7F648B...

**VERIFICATION OF CLAIM**

I, Badr Hanna El-Khazen Turner, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Badr Hanna El-Khazen Turner
4572101CD70E460...

**VERIFICATION OF CLAIM**

I, Bahige Semaan Saoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
0F91C7B41E4E4F6...

**VERIFICATION OF CLAIM**

I, Barbara Ann Maxwell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:



3BA9F5AF1440492...

**VERIFICATION OF CLAIM**

I, Bassam N. Halabi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Bassam N. Halabi
A7325A4CB99A485...

## VERIFICATION OF CLAIM

I, Bassima Omar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

**VERIFICATION OF CLAIM**

I, Bassima Ayyache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 October, 2026

______________________________

**VERIFICATION OF CLAIM**

I, Bayard Dodge, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bayard Dodge
D83951A89BA84B5...

**VERIFICATION OF CLAIM**

I, Beatrice Rahi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

**VERIFICATION OF CLAIM**

I, Bedros Agop Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
B. [signature]
DFF517513C3E4EC...

## VERIFICATION OF CLAIM

I, Benjamin Scott Coleman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:
Benjamin Scott Coleman
F0D2BE665881490...

# VERIFICATION OF CLAIM

I, Berge Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Berge Pechtimaldjian
A1C637A1F4DD4CF...

## VERIFICATION OF CLAIM

I, Bernadette Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.5.2026

Bernadette

**VERIFICATION OF CLAIM**

I, Bilal Hussein Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4/10/2026

# VERIFICATION OF CLAIM

I, Bonnie Sue Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bonnie Sue Hobson
5B0A93CA45604D0...

## VERIFICATION OF CLAIM

I, Boulos Gerjes Al Kaddoum, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

بولس القدوم
_______________________

**VERIFICATION OF CLAIM**

I, Bossayna salman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: **Beirut 5-10-2026**

Bossayna

## VERIFICATION OF CLAIM

I, Boutros Gergis El-Kaddoum, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on 6 october 2026

بطرس جرجس القدوم

**VERIFICATION OF CLAIM**

I Boutrosyan, hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7 October 10 - 2026

# VERIFICATION OF CLAIM

I, Brandi Hardy Plants, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Brandi Hardy Plants
2CEC7062D4B8410...

# VERIFICATION OF CLAIM

I, Brian Gebran Hanna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Brian Gebran Hanna
7338CAF1C93F435...

**VERIFICATION OF CLAIM**

I, BRINDA NJEIM GEDEON, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct

Executed on 06/10/2026

Brinda Gédeón

**VERIFICATION OF CLAIM**

I, Camille J Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Camille J Boghos
7DA3D582AF65400...

VERIFICATION OF CLAIM

I Carine Daccache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/10/2026

# VERIFICATION OF CLAIM

I, Carla Hafez El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



**VERIFICATION OF CLAIM**

I, CARLA JOUN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

____________________

Docusign Envelope ID: 013A9AEE-7DAB-868D-81E3-EE686AB2FD96


# VERIFICATION OF CLAIM

I, Carla Maria Samir El Khazen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
CKhazen
CC9061E5B58A4A9...

**VERIFICATION OF CLAIM**

I, Carol Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Carole Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

Carole Ibrahim Keyrouz

**VERIFICATION OF CLAIM**

I, Carole Abdel-Massih hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026

# VERIFICATION OF CLAIM

I, Carole Joseph Chahine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026



# VERIFICATION OF CLAIM

I, Catherine Lee Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
C Votaw
A4002D364866467...

**VERIFICATION OF CLAIM**

I, Celine Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :
Celine Mokbel
E798C71A6BB6431...

**VERIFICATION OF CLAIM**

I, Shafika M. Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Shafika M Hattab

# VERIFICATION OF CLAIM

I, Chamoun I Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

B00261EB8EF6467...

**VERIFICATION OF CLAIM**

I, Charbel Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

شربل منصور

______________________

# VERIFICATION OF CLAIM

I, Charles Allen Light Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Charles Allen Light Jr.
83334BA6B3574D9...

**VERIFICATION OF CLAIM**

I, Charles Joseph McCaron, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Charles Joseph McCaron
39E43E7718B7457...

**VERIFICATION OF CLAIM**

I, Charles Philip Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
E31A96552CC343F...

VERIFICATION OF CLAIM

CHEHADE EL KHOURY hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-4-2026

_______________

**VERIFICATION OF CLAIM**

I, Cheryl Lee Pienkowski, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Cheryl Lee Pienkowski
26A6E143B3BC442...

# VERIFICATION OF CLAIM

I, Christa Gay De Gracia, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Christa Gay De Gracia
7B542B147B18423...

# VERIFICATION OF CLAIM

I, Christine Ann Locke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Christine Ann Locke
93165B943DD4480...

**VERIFICATION OF CLAIM**

I, Christine Elias George Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

A5B3BEBBF88B46B...

**VERIFICATION OF CLAIM**

I, Christine Fenergi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October, 2026

Christine

# VERIFICATION OF CLAIM

I, Christine Joun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

# VERIFICATION OF CLAIM

I, Christopher Howard Romero, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



**VERIFICATION OF CLAIM**

I, Christopher Thomas Wagar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Christopher Thomas Wagar
E247DD4988F0449...

# VERIFICATION OF CLAIM

I, Cindy Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Cindy Matar
07C7D47A72564F6...

**VERIFICATION OF CLAIM**

I, Claire-Louise Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D8EA206EB4C5422...

**VERIFICATION OF CLAIM**

I, Clara Leah Aliganga, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
Clara Leah Aliganga
2CDAEA2539064C5...

## VERIFICATION OF CLAIM

I, Claude Knesevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

CKnesevitch

5 October 2026

## VERIFICATION OF CLAIM

I, Clemence Azouri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

8 October 2026

**VERIFICATION OF CLAIM**

I, Collette McCann Schoellkopf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Collette McCann Schoellkopf
DD2471011506464...

**VERIFICATION OF CLAIM**

I, CR Emory, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

CR Cosby

9 Oct 2026

# VERIFICATION OF CLAIM

I, Costa Abinajem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Costa Abinajem
D28122958E2D4A6...

**VERIFICATION OF CLAIM**

I, Dalal Mohammed Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
2D443E5B6929426...

# VERIFICATION OF CLAIM

I, Dalia Zeaiter, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DC61E4CD94F7489...

**VERIFICATION OF CLAIM**

I, Daniel Joseph Pellegrino, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Daniel Joseph Pellegrino
EE72A299745148A...

**VERIFICATION OF CLAIM**

I, Dani Kassem CHAHROOR, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, Dany Kirakos Fermanian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

D6088D79DC464D7...

**VERIFICATION OF CLAIM**

I, Darine Hassan Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct - 05 - 2026

Darine Ayache

## VERIFICATION OF CLAIM

I, Darine Henderson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

E04CE38105CF419...

**VERIFICATION OF CLAIM**

I, Darine Jawdat Marrouch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Marrouch

# VERIFICATION OF CLAIM

I, Darryl Christopher Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Darryl Christopher Freeman
1DABD52729AB4F9...

# VERIFICATION OF CLAIM

I, David Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
David Abdo
922FC9300104425...

**VERIFICATION OF CLAIM**

I, David Benjamin Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
David Benjamin Alexander
78214806DAA2442...

# VERIFICATION OF CLAIM

I, Deborah Hobson-Bird, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
430142EC6D984FA...

**VERIFICATION OF CLAIM**

I, DEEB KHADRA hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7 October 2026

# VERIFICATION OF CLAIM

I, Dennis Arthur Foster, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Dennis Arthur Foster
BD94248E80DD499...

**VERIFICATION OF CLAIM**

I, Dexter Lenar Baker, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Dexter Lenar Baker
188F136EDD8C409...

# VERIFICATION OF CLAIM

I, Diab Allam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5, 10, 2026

______________________

**VERIFICATION OF CLAIM**

I, Diana Hernez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 11, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Dibeh Mohammad Yehya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on::

Tuesday 06/10/2026

ذيبة

**VERIFICATION OF CLAIM**

I, Dolly Nehme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

____________________________

# VERIFICATION OF CLAIM

I, Donald Rouse, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

9F45EFE028144FF...

**VERIFICATION OF CLAIM**

I, DONALD WILLIAM LEWIS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DONALD WILLIAM LEWIS
CD1CEDABAF1747F...

# VERIFICATION OF CLAIM

I, Doris Hanna Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 oktober 2026

Signed by:

F97379C032484D9...

# VERIFICATION OF CLAIM

I, Dorothy Pech, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Dorothy Pech
8A527FBB5B12471...

# VERIFICATION OF CLAIM

I, Douglas Norman Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Douglas Norman Klaucke
0B5F9BB5474D44C...

# VERIFICATION OF CLAIM

I, Dundas Craig McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Dundas Craig McCullough
5D89543F05E248E...

# VERIFICATION OF CLAIM

I, Earl Vincent McMaugh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
106F3DB60DB049A...

# VERIFICATION OF CLAIM

I, Edgard Habib Salameh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D158C2313FEF41A...

**VERIFICATION OF CLAIM**

I, Edith Lynn Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
Edith Lynn Bartley
2877416201914BD...

# VERIFICATION OF CLAIM

I, Edmond Habib Nahhas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Edmond Habib Nahhas
8DC78DA47D42408...

**VERIFICATION OF CLAIM**

I, Edwine Batrous Njeim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6th, 2026

# VERIFICATION OF CLAIM

I, Egambi Fred Kibuhiru Dalizu BY Temina Dalizu Power of Attorney, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Egambi Fred Kibuhiru Dalizu BY Temina Dalizu
1D971D45DA7A448...

## VERIFICATION OF CLAIM

I, Ehtilal Zeri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 /10 /2026

اعتدال زري

# VERIFICATION OF CLAIM

I, Eli Fouad Copty, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

Eli Fouad Copty

9EAFCF4D60B34A2...

**VERIFICATION OF CLAIM**

I, Eliana Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



**VERIFICATION OF CLAIM**

I, Elias matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 7, 2026

[signature]



CS CamScanner

# VERIFICATION OF CLAIM

I, ELIE SOUEIDAN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCTOBER 4TH - 2026

Elie Soueidan

**VERIFICATION OF CLAIM**

I, Elias Khalil hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Majem

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6-10-2026

# VERIFICATION OF CLAIM

I, Elias Lahoud Khadra hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

Elias Khadra

**VERIFICATION OF CLAIM**

I, Elie Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

# VERIFICATION OF CLAIM

I, Elie Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

2D2AA1D3F198413...

**VERIFICATION OF CLAIM**

I, Elie G. Karkour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct- 5. 2016

Elie Georges Karkour

**VERIFICATION OF CLAIM**

I, Elie Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Elie Nicolas Dagher
C4E07064BBAE417...

## VERIFICATION OF CLAIM

I, ELIE SALIM DAHER, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 oct. 2026

4 oct. 26.

ELIE SALIM DAHER.



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Elie El Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.5.2026

Elie

**VERIFICATION OF CLAIM**

I, Elie Wahib ElFata, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



F472553E24A1449...

**VERIFICATION OF CLAIM**

I, Elie Nguy hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Elizabeth D Weddle, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Elizabeth D Weddle
0D4672B5524946B...

# VERIFICATION OF CLAIM

I, ELIZABETH M SHEIL, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
F884D0881DD749C...

**VERIFICATION OF CLAIM**

I, Elly Salameh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

3AC57551E244400...

# VERIFICATION OF CLAIM

I, Emile Jamil Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Emile Jamil Boghos
80EEB47AAF8B41C...

# VERIFICATION OF CLAIM

I, Emily Boellert Vander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

94EFA4D5431441F...

**VERIFICATION OF CLAIM**

I Intissar Mohd hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Intissar

**VERIFICATION OF CLAIM**

I, Etienne Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

# VERIFICATION OF CLAIM

I, Eunice Maxine Woody, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Eunice M Woody
244F3A365783498...

# VERIFICATION OF CLAIM

I, Fadila Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut, 5 October 2026

________________________________

# VERIFICATION OF CLAIM

I, Fadi Maamari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

7B13012425E647E...

**VERIFICATION OF CLAIM**

I, Fadi Gabriel Akar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

03ACB4D738F142E...

# VERIFICATION OF CLAIM

I, Fadi Kassem Shahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

77E903C5FE7A4F9...

# VERIFICATION OF CLAIM

I, Fadi Lahoud Khadra, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
4FFC1FBCD8A644C...

**VERIFICATION OF CLAIM**

I, Fadi Jabbour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

## VERIFICATION OF CLAIM

I, Fadia philippe Hitti hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fadia Hitti

**VERIFICATION OF CLAIM**

I, Fadia Saleem Naserldine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fadia N

# VERIFICATION OF CLAIM

I, Fady Hanna Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Fady Hanna Haddad
15A72F9A9D6047A...

**VERIFICATION OF CLAIM**

I, Fahim Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

**VERIFICATION OF CLAIM**

I, Fares Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

**VERIFICATION OF CLAIM**

I, Farid El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

______________________

**VERIFICATION OF CLAIM**

I, Faris Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
34EADE51A435444...

**VERIFICATION OF CLAIM**

I, FAROUK HABRI hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

## VERIFICATION OF CLAIM

I Fatme Al Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 9. 2026

فاطمة

**VERIFICATION OF CLAIM**

I, Fatme Molla hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: / 4/10/2026

Fatme Molla

**VERIFICATION OF CLAIM**

I, Fatima Mohammad Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/september/2026

_______________________

**VERIFICATION OF CLAIM**

I, Fatima Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Fatima Khaled
EDC6D2916EE3454...

**VERIFICATION OF CLAIM**

I, Fatme Zeiour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:



CS CamScanner

**VERIFICATION OF CLAIM**

I, Fayad-Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

**VERIFICATION OF CLAIM**

I, Ferial Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026 فريال مطر

______________________________

**VERIFICATION OF CLAIM**

I, Ferdos Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

10/7/26

Ferdos Naja

## VERIFICATION OF CLAIM

I, Fouad Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fouad Mosbah Mirza

## VERIFICATION OF CLAIM

I, Frederic Boutros Njeim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Tuesday, October 6, 2026



# VERIFICATION OF CLAIM

I, Gary Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Gary Pechtimaldjian
DCA32FE90AB44D9...

**VERIFICATION OF CLAIM**

I, Genevière Ratti hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Genevieve Ratti

**VERIFICATION OF CLAIM**

I, George Abdul-Ahad Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

1028FF425258463...

# VERIFICATION OF CLAIM

I, George Carlton Saunders, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
George Carlton Saunders
B2815EEA7BBD49D...

**VERIFICATION OF CLAIM**

I, George Edmond Berbary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
456F011CD956437...

# VERIFICATION OF CLAIM

I, George Khalil Wajeem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6.10.2026

**VERIFICATION OF CLAIM**

I, Georges Abdel-Nour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026

## VERIFICATION OF CLAIM

I, George Sam. HERAEZ, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: oct 4, 2026

[signature]

## VERIFICATION OF CLAIM

I, Dalal Hermez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Hermez

**VERIFICATION OF CLAIM**

I, George Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5 - 2026

**VERIFICATION OF CLAIM**

I, Georges Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Georges Michel Saikali
B940E07E4D7D4D9...

# VERIFICATION OF CLAIM

I, Georges Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
AB3A10AE9261427...

**VERIFICATION OF CLAIM**

I, Georgette Michel Nasrallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

365E3D8413F4449...

## VERIFICATION OF CLAIM

I, Georgette Jamous, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October, 5, 2026

P.P. [signature]

# VERIFICATION OF CLAIM

I, Germaine Chekerjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 października 2026

Signed by:
Germaine Chekerjian
6EA0D93620AB40F...

**VERIFICATION OF CLAIM**

I, Ghada Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

**VERIFICATION OF CLAIM**

I, Ghada Daoud Kealaf hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Ghada Korkmaz hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 october 2026

غادة قرقماز
____________________

# VERIFICATION OF CLAIM

I, Ghada Tank ____________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
F2703796A277424...
______________________________

**VERIFICATION OF CLAIM**

I, GHALEB M. AYASH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 October 2026

**VERIFICATION OF CLAIM**

I, Ghayssaa Korkomaz, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Ghazi Khodon El Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

________________________

## VERIFICATION OF CLAIM

I, Ghinwa Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8 October 2026

# VERIFICATION OF CLAIM

I, Gilbert Garabedian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

DC4A1F9C26A54CC...

**VERIFICATION OF CLAIM**

I, Gladyss Amin Najm, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

Gladyss Najm

**VERIFICATION OF CLAIM**

I, Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

## VERIFICATION OF CLAIM

I, Habib K. Farah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/26

## VERIFICATION OF CLAIM

I, Habib kazem saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

# VERIFICATION OF CLAIM

I, Hagop Bedros Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Hagop Bedros Anserian
BB3F19B72517425...

# VERIFICATION OF CLAIM

I, Haidar Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026



## VERIFICATION OF CLAIM

I, haxssamissaDaKmarK, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

# VERIFICATION OF CLAIM

I, Hala A. Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Hala Hitti
B9760ED4312E4B5...

Hala Ali AYOUB **VERIFICATION OF CLAIM**

I, ______________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

Hala AYOUB

## VERIFICATION OF CLAIM

I, HALA HABIB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/11/2026

## VERIFICATION OF CLAIM

I, Hala Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/4

H.B

## VERIFICATION OF CLAIM

I, Halimeh Rawdah El Balah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

10D0CD8BD73F45A...

## VERIFICATION OF CLAIM

I, HAMDA KHALIL ZAYOUR , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the
foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and
correct.

Executed on: OCTOBER .06.2026

HKZ

## VERIFICATION OF CLAIM

I, Hana Anis Saab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 Oct 2026

______________________________

# VERIFICATION OF CLAIM

I, Hanan Fadl Rahhal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Hanan Fadl Ammar Rahhal
8251F1058456411...

# VERIFICATION OF CLAIM

I, Hanan Mohamed Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:
Hanan Hassan
25A678F2E563420...

# VERIFICATION OF CLAIM

I, Hanan Rahme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Hanan Rahme
62AF99E0BCB54AC...

**VERIFICATION OF CLAIM**

I, Hanan Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

**VERIFICATION OF CLAIM**

I, Hanneya Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

______________________

**VERIFICATION OF CLAIM**

I, Hani Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

______________________

**VERIFICATION OF CLAIM**

I, HANNA EL-KADDOUH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

**VERIFICATION OF CLAIM**

I, Hamza Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06.10.2026

# VERIFICATION OF CLAIM

I, Hany Elia Manneh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Hany Elia Manneh
868C8FDB801E49E...

## VERIFICATION OF CLAIM

I, HAROUT KHATCHERIAN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/oct/2026

**VERIFICATION OF CLAIM**

I, Hasmig Mardiros Bahnan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
H asmig Bahnan
3BD9EB8919714FD...

## VERIFICATION OF CLAIM

I, Hassana Hinkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/04/2026

Hassana Hinkara

## VERIFICATION OF CLAIM

I, HASSAN AYACHE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

H. Ayache

## VERIFICATION OF CLAIM

I, Hassan Fadel Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 october 2026

[signature]

# VERIFICATION OF CLAIM

I, Hassan Hussein Haidar-Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

4F6390D394534D7...

# VERIFICATION OF CLAIM

I, Hassan Khalil Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
2BDB4DBD989940D...

# VERIFICATION OF CLAIM

I, Hassan Mohamad Khodor El Kurd, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

C87EBEB991054B5...

**VERIFICATION OF CLAIM**

I, Hassan Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Hassan

# VERIFICATION OF CLAIM

I, Hassan Mustapha Kreidieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026



**VERIFICATION OF CLAIM**

I, Hassan Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October. 6, 2026

**VERIFICATION OF CLAIM**

I, Hayat Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

____________________

# VERIFICATION OF CLAIM

I, Hayfa Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:
Hayfa Mohamad Abboud
EEC9B63EA62E40A...

**VERIFICATION OF CLAIM**

I, Helen Fayez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Hélène Maalouf hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5,10,2026

Hélène Elias Maalouf

# VERIFICATION OF CLAIM

I, Henry J. Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

2F820AA32CA244E...

**VERIFICATION OF CLAIM**

I, Hicham Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 أكتوبر 2026

Signed by:



426109870EE34B5...

# VERIFICATION OF CLAIM

I, Hicham Taha El-Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



390BAFA2117840E...

**VERIFICATION OF CLAIM**

I, Hilan Tsoumparaki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

C02431C817B342F...

# VERIFICATION OF CLAIM

I, Helweh Faki hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7 October, 2026

# VERIFICATION OF CLAIM

I, Hind Halabi Nicholas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

489FFE0ED0724F4...

# VERIFICATION OF CLAIM

I, Hisham Shami hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 1st 2026

Hisham H. Shami

H. [signature]

**VERIFICATION OF CLAIM**

I, Hiam AlBoutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/26

Hiam AlBoutary

## VERIFICATION OF CLAIM

I, Hiam Fakher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

هيام فاخر

**VERIFICATION OF CLAIM**

I, Hoda Elias AL Maalouf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

هدى المعلوف

**VERIFICATION OF CLAIM**

I, Hoda Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Hoda

**VERIFICATION OF CLAIM**

I, Hoda Boutary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 4 - 2026

Hoda Boutary

# VERIFICATION OF CLAIM

I, Hoda Elias Al Maalouf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/9/2026

هدى المعلوف

**VERIFICATION OF CLAIM**

I, Hoda Issa Dahmash hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11 / 10 / 2026

هدى دهمش



Scanned with CamScanner

# VERIFICATION OF CLAIM

I, Houssam El Massri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026-9-18

______________________________

# VERIFICATION OF CLAIM

I, Hussam El Chebeir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 de outubro de 2026

Assinado por:
[signature]
000EAD2A216D4B2...

**VERIFICATION OF CLAIM**

I, Houssein Ali Fadl Allah Driss, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct. 6/10/2026

Executed on:

**VERIFICATION OF CLAIM**

I, Hussein Ali Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4/10/2026

**VERIFICATION OF CLAIM**

I, HUSSEIN FAKIH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

[signature]

**VERIFICATION OF CLAIM**

I, Hussein Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Hussein Mohamad Abboud
FAD5D987469A408...

## VERIFICATION OF CLAIM

I, Hussein Nabih Shandar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

**VERIFICATION OF CLAIM**

I, Ibrahim H Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

October 5th, 2026

**VERIFICATION OF CLAIM**

I, Ibrahim Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
2148657CCB3E429...

## VERIFICATION OF CLAIM

I, Ibrahim Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

Ibrahim Ibrahim

# VERIFICATION OF CLAIM

I, IBRAHIM ALAMEDDINE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
IBRAHIM ALAMEDDINE
0481D3FF64CB485...

# VERIFICATION OF CLAIM

I, Ibrahim Mohamad Kheir Sandos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ibrahim Mohamad Kheir Sandos
62AF99E0BCB54AC...

**VERIFICATION OF CLAIM**

Ibrahim Fanous hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5-2026

# VERIFICATION OF CLAIM

I, Ibtissam Hassan Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Ibtissam Hassan Najem
E0E8E224B14743A...

**VERIFICATION OF CLAIM**

I, Ihsan Hussein AlMokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
4557963AAEA040D...

# VERIFICATION OF CLAIM

I, Ilham Ezzeddine Jazaeirli, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:

3BB51DA8323A493...

## VERIFICATION OF CLAIM

I, IMAD HABIB SALAMEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct. 10/10/2026

Executed on:

عماد حبيب سلامة

IMAD KORFALI **VERIFICATION OF CLAIM**

I, _______________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05.10.26

_______________________

## VERIFICATION OF CLAIM

I, [signature], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Iman Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6. 10. 2026

Iman Hassan

**VERIFICATION OF CLAIM**

I, Intissar El Majzoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Intissad
856EB8B59B17448...

## VERIFICATION OF CLAIM

I, Irina Metni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Irina Metni
4549F3DE31FB4B4...

**VERIFICATION OF CLAIM**

I, IRMELINE KHOURY, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

S. Khoury

**VERIFICATION OF CLAIM**

I, Jaafar Hussein Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

349687AA4421469...

## VERIFICATION OF CLAIM

I, JACK GEORGE KRADJIAN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
JACK GEORGE KRADJIAN
14A4332EF44347C...

# VERIFICATION OF CLAIM

I, Jacqueline Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
A6A3DFFC3372411...

# VERIFICATION OF CLAIM

I, Jacques Laurence Massengill, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jacques Laurence Massengill
BCC3B7FE19B04BC...

# VERIFICATION OF CLAIM

I, Jalal Kassem Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

0E8CE7847C38419...

# VERIFICATION OF CLAIM

I, Jalissa Denise Spivey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jalissa Denise Spivey
3BD3162F6F3E423...

**VERIFICATION OF CLAIM**

I, Jamal Mohamad Walid Minkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Minkara

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, Jamal Mustapha Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

88B17A52F8E94BF...

# VERIFICATION OF CLAIM

I, Jameel Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:

C5BA5B04DFE74FE...

# VERIFICATION OF CLAIM

I, James Charles Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
James Charles Twine
2DAC1B8D9E874DD...

# VERIFICATION OF CLAIM

I, James Gandert, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
J. G.
32256C19DA8D47C...

**VERIFICATION OF CLAIM**

I, James Paul O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
James Paul O'Connor
C329474D2AE544D...

# VERIFICATION OF CLAIM

I, James Robert Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
930604293D90425...

**VERIFICATION OF CLAIM**

I, James Robert Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3D5CA6C0B0BF403...

# VERIFICATION OF CLAIM

I, Jamil Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jamil Jamal
A4001AE6524D4F4...

**VERIFICATION OF CLAIM**

I, ~~Jamile~~ Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

J. Ibrahim

# VERIFICATION OF CLAIM

I, Janan Lutf Habib, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

DD6553A1776145F...

**VERIFICATION OF CLAIM**

I, Jannie Lee Bringman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



**VERIFICATION OF CLAIM**

I, Jean Abi-Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
DA0B1C522A67410...

# VERIFICATION OF CLAIM

I, JEAN JOUN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

# VERIFICATION OF CLAIM

I, Jean Marie Kanaan Attallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:



D51AE865D21B4E4...

**VERIFICATION OF CLAIM**

I, Jean Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

26C2AD6177C442D...

**VERIFICATION OF CLAIM**

I, Jean-Pierre Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Jean Younes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

**VERIFICATION OF CLAIM**

I, Jeanne D'Arc Eid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

________________________

**VERIFICATION OF CLAIM**

I, Jean d'Arc Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

J.K.

**VERIFICATION OF CLAIM**

I, Jeffery Dean Spivey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jeffery Dean Spivey
0E3E6DE7B74940A...

# VERIFICATION OF CLAIM

I, Jesse Jonathan Edward Turner, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jesse Jonathan Edward Turner
579C4E2CE7B54C3...

# VERIFICATION OF CLAIM

I, JESSICA FRANCINE BRADSHAW, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
JESSICA FRANCINE BRADSHAW
567F0713F86B4E3...

# VERIFICATION OF CLAIM

I, Jewell Patricia Neal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jewell Patricia Neal
2593EF30AA7C45C...

**VERIFICATION OF CLAIM**

I, Jehad Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

_______________________

# VERIFICATION OF CLAIM

I, Jihad Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
E2059522228149D...

**VERIFICATION OF CLAIM**

I, Jill Denise Robbins, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:
42F113BD4B1A4CA...

**VERIFICATION OF CLAIM**

I, Jinane Chami hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

oct - 6 - 2026



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Joe Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/7/2026

_______________________

**VERIFICATION OF CLAIM**

I, John Anthony Jaramillo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
D05D1027C5234E4...

# VERIFICATION OF CLAIM

I, John Malcolm Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
John Malcolm Kerr
2FDB3F1F9A8B409...

# VERIFICATION OF CLAIM

I, John Malcolm Reid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
A49F2406B9F44C1...

# VERIFICATION OF CLAIM

I, John Mark Weir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
John Mark Weir
10A2E84B39374A2...

# VERIFICATION OF CLAIM

I, John Raymond Sheil, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
John Raymond Sheil
E2D60C3EB19548D...

**VERIFICATION OF CLAIM**

I, John William Gilden Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
973941B91C36487...

**VERIFICATION OF CLAIM**

I, Jomana abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/8/2026

جمانة عبود

**VERIFICATION OF CLAIM**

I, Jonathan Matthew Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3CA59631827A447...

**VERIFICATION OF CLAIM**

I, Joseph A. Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

08/10/2026

october/08/2026

# VERIFICATION OF CLAIM

I, Joseph Darwich Rahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
FFF1819E1430420...

# VERIFICATION OF CLAIM

I, Joseph Denegre Martin, IV, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Joseph Denegre Martin, IV
D0085BBB72FD45B...

## VERIFICATION OF CLAIM

I, Atallah Joseph hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5_october 2026

## VERIFICATION OF CLAIM

I, Joseph Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

Joseph Khoury

Khoury

# VERIFICATION OF CLAIM

I, Joseph Georges Soueidan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



38BB114723C04CB...

# VERIFICATION OF CLAIM

I, Joseph Paul Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Joseph Paul Englehardt
94A0BAB58D544EB...

# VERIFICATION OF CLAIM

I, Joseph S. Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Joseph S. Abdo
5A24F2F50B0546A...

**VERIFICATION OF CLAIM**

I, Joseph Yousef hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

## VERIFICATION OF CLAIM

I, yoselte Rahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

5/10/2026

# VERIFICATION OF CLAIM

I, Joyce Soueidan__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DDD89E8D183F4A0...

# VERIFICATION OF CLAIM

I, Judith Sheil Taft, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Judith Sheil Taft
8B48CC02B4AF4A9...

Courier - Notification Team - Outlook

## VERIFICATION OF CLAIM

I, Julie Barbaueil, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-10-2026

JBrde

# VERIFICATION OF CLAIM

I, June Beverly Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

6A9FB4F770384E4...

**VERIFICATION OF CLAIM**

I, Kamal Mohammed Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:



8CC3A0405C9E497...

# VERIFICATION OF CLAIM

I, Karen Ames Hale, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

276A7A5E1F584B7...

# VERIFICATION OF CLAIM

I, Karen Marie Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
8C8AECB8D578414...

# VERIFICATION OF CLAIM

I, Karen Marie Rodriguez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Karen Marie Rodriguez
A60610D2A68B4BD...

**VERIFICATION OF CLAIM**

I, KARIMEH CHALHOUB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

# VERIFICATION OF CLAIM

I, KASSEM ATTIEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

______________________________

**VERIFICATION OF CLAIM**

I, KASSEM HABIB SAAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5-10-2026

**VERIFICATION OF CLAIM**

I, Kassem Mohamad Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

______________________________

# VERIFICATION OF CLAIM

I, Kathleen Marie Ferrari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

4DF65D69080B4B2...

**VERIFICATION OF CLAIM**

I, Kawam Mwangi Evans, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Kawam Mwangi Evans
EC979D35F7264ED...

**VERIFICATION OF CLAIM**

I, Kawkab Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut, 5 October 2026

Kawkab

**VERIFICATION OF CLAIM**

I, Kawthar Faki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

Kawthar Faki

## VERIFICATION OF CLAIM

I, Kazuko S. Husri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

**VERIFICATION OF CLAIM**

I, Kevin Maurice McCray, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D7CF49449D4849C...

# VERIFICATION OF CLAIM

I, Kevin Michael Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

D6239A43D73C408...

**VERIFICATION OF CLAIM**

I, Khadije ibrahim Faki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

خديجة فقى ______

**VERIFICATION OF CLAIM**

I, Khaled Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Khaled Meho
5C5D329F3313488...

# VERIFICATION OF CLAIM

I, Khaled Tarzi Brahem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :
Khaled Tarzi Brahem
86E10ACD58524B1...

**VERIFICATION OF CLAIM**

I, Khalil Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Khalil Jamal
FC1DFCC60909404...

# VERIFICATION OF CLAIM

I, Kimberly Ann Zimmerman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Kimberly Ann Zimmerman
EDD551B115AD4BA...

## VERIFICATION OF CLAIM

I, Kimiko Hibri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

**VERIFICATION OF CLAIM**

I, Kristen Ames Brown, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

358AA6BA9B6B426...

# **VERIFICATION OF CLAIM**

I, Laura Anne Monday, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DE83EE67C36D48B...

**VERIFICATION OF CLAIM**

I, Laura Ashley Mourad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 oktober 2026

Signed by:
0214864E38B4459...

# VERIFICATION OF CLAIM

I, Laura Susanne Bergstrom, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

ABB8D0013E29447...

# VERIFICATION OF CLAIM

I, Lawrence Anthony Hicks, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Lawrence Anthony Hicks
81E423FBE45D430...

**VERIFICATION OF CLAIM**

I, Lawrence Henry Branch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Lawrence Henry Branch
3E6BD39367DB41F...

# VERIFICATION OF CLAIM

I, Lawrence Liptak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Lawrence Liptak
FFE88402E446471...

# VERIFICATION OF CLAIM

I, Lelia Maxwell Johnson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Lelia Maxwell Johnson
54ED43E45835482...

# VERIFICATION OF CLAIM

I, Lena Balian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Lena Balian
8903C5977FD7429...

# VERIFICATION OF CLAIM

I, Leo Rene Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Leo Rene Pezzi
CE7076F32F6C491...

**VERIFICATION OF CLAIM**

I, lilette yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

lilette yammine

**VERIFICATION OF CLAIM**

I, Lili Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

ليلي منصور

**VERIFICATION OF CLAIM**

I, Lina Knosevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Lina Knosevitch

5 october 2026

**VERIFICATION OF CLAIM**

I, Lena Mukara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 5 2026

## VERIFICATION OF CLAIM

I, Linda Bernabe Bradley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Linda Bernabe Bradley
4D8231F2FF5D486...

**VERIFICATION OF CLAIM**

I, Linda Khalil Majem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

**VERIFICATION OF CLAIM**

I, Lisa A Piascik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Lisa A Piascik
45E2E02CE99C44B...

# VERIFICATION OF CLAIM

I, Lonnie Duane Innmon, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Lonnie Duane Innmon
FD78A40DB9174B5...

**VERIFICATION OF CLAIM**

I, Lori Elaine Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Lori Elaine Dalizu
81E423FBE45D430...

**VERIFICATION OF CLAIM**

I, Louis Assaad Chamoun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

L. Ch لويس اسعد شمعون

# VERIFICATION OF CLAIM

I, Louis Wahib ElFata, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

6D377AC513744B1...

**VERIFICATION OF CLAIM**

I, LUCY ELIAS HAMRA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

Lucy Hamra

## VERIFICATION OF CLAIM

I, Maguy El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

10/05/2026

**VERIFICATION OF CLAIM**

I, Maggie SAUR hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Maggie D. SAUR

**VERIFICATION OF CLAIM**

I, Maguy Tayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

[signature]

# VERIFICATION OF CLAIM

I, Magid Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

FF1968E917D540F...

# VERIFICATION OF CLAIM

I, Maha Eltemsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026



**VERIFICATION OF CLAIM**

I, Maha Hage Reynolds, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Maha Reynolds
E2C191DB3DF24DC...

# VERIFICATION OF CLAIM

I, Maha M. Boutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

194FE41994D5496...

**VERIFICATION OF CLAIM**

I, Maha Mohamad Ayoubi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

Maha



Scanned with CamScanner

## VERIFICATION OF CLAIM

I, MahasenAliNajem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

04-10-2026 محاسن علي نجم

**VERIFICATION OF CLAIM**

I, MAHER MNEIMNEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT 5, 2026

Maher Mneimneh

**VERIFICATION OF CLAIM**

I, Maher Jabbar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

**VERIFICATION OF CLAIM**

I, Mahmoud Ali Yehya hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Tuesday 6.10.2026

# VERIFICATION OF CLAIM

I, Maisha Kirk Humphrey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Maisha Humphrey
8DFB5B2D8FD348E...

# VERIFICATION OF CLAIM

I, Majda Michel Ettore, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Majda Michel Ettore
0F915D8B52154C3...

**VERIFICATION OF CLAIM**

I, Makram Atiyah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Makram Atiyah
DE558BE11757411...

**VERIFICATION OF CLAIM**

I, Jalak Haddad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

جلاء حداد

**VERIFICATION OF CLAIM**

I, Malake Mohammad Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Monday, 5/10/2026

ملكة قبوط

# VERIFICATION OF CLAIM

I, Malek Geroges Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
3514FABD99084F9...

VERIFICATION OF CLAIM

I, Malek Jammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

## VERIFICATION OF CLAIM

I, Kamal Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, MARCEL AYoub hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 7th 2026

## VERIFICATION OF CLAIM

I, Marcelle Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Marlene Moussa elrahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: **5 / 10 / 2026**

**Marlene Moussa elrahi**

# VERIFICATION OF CLAIM

I, Margaret McIntyre Matteucci, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
E6067F365DA8413...

# VERIFICATION OF CLAIM

I, Maria Moorhouse__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
59D4FE53CDBF4DC...

## VERIFICATION OF CLAIM

I, mariam ali yehya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Tuesday october 6th, 2026

مریم علی یحیی

**VERIFICATION OF CLAIM**

I, Mario Karkour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

## VERIFICATION OF CLAIM

I, Marion Cecil Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12 octobre 2026

Signé par :
Marion Cecil Votaw
7EF12090038A42A...

**VERIFICATION OF CLAIM**

I, Mark Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Mark Antoine Karam
2EEC7C356FB047E...

**VERIFICATION OF CLAIM**

I, Mark Edwin Ladtkow, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
8044B02B485F48C...

**VERIFICATION OF CLAIM**

I, Mark Milton Foulon, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Mark Milton Foulon
370640B479D2437...

# VERIFICATION OF CLAIM

I, Marlene Jamil Elfar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
8BCF99CB5AFE41B...

## VERIFICATION OF CLAIM

I, Maroun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Chamoun

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

M.Ch. مارون شمعون

**VERIFICATION OF CLAIM**

I, Maraun Khalil Youssef Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

**VERIFICATION OF CLAIM**

I, Marie Khoury Jabbour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5, 2026

Marie Khoury

# VERIFICATION OF CLAIM

I, Marsey Gayle Cornett, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Marsey Gayle Cornett
CFB0E14502C34E2...

**VERIFICATION OF CLAIM**

I, Martha M. Jones, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Martha M Jones
7D673D7E7968450...

## VERIFICATION OF CLAIM

I, Martha Martin Ourso, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Martha Martin Ourso
9CE026D89B1647E...

**VERIFICATION OF CLAIM**

I, Marwan Fayez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 04 /2026

**VERIFICATION OF CLAIM**

I, Mary Ann Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Mary Gilden
A7D4A29A33DC4B7...

**VERIFICATION OF CLAIM**

I, [signature], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: September 15, 2026

[signature]

# VERIFICATION OF CLAIM

I Mary Haumer hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

# VERIFICATION OF CLAIM

I, Mary Jones Mitchell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Mary Jones Mitchell
1DEAA8FBF4E149E...

**VERIFICATION OF CLAIM**

I, Mary Agopian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8, 2026

Mary Agopian

# VERIFICATION OF CLAIM

I, Mary Linda Sue Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
[signature]
1FAF35EAB6CA449...

# VERIFICATION OF CLAIM

I, Mary Thaggard Treadway, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

977A7A19AA1E4FB...

**VERIFICATION OF CLAIM**

I, matar Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 7, 2026

# VERIFICATION OF CLAIM

I, Matia Joseph Safar Deek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:

F0FB7DAA465A450...

**VERIFICATION OF CLAIM**

I, Maya Hafez El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

1F9AD1CE4C524BC...

# VERIFICATION OF CLAIM

I, Meghan Elizabeth Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
E3478C42A416468...

# VERIFICATION OF CLAIM

I, Melissa Ann Comelek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Melissa Ann Comelek
531DE97DD74F432...

# VERIFICATION OF CLAIM

I, Melissa Renee Allen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Melissa Renee Allen
2FEDF46168D2469...

# VERIFICATION OF CLAIM

I, Metri Abi-Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:

13E952CA9E074AA...

**VERIFICATION OF CLAIM**

I, Micaela Ann O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Micaela Ann O'Connor
730656F1A3D947F...

# VERIFICATION OF CLAIM

I, Michael A. Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Michael A. Votaw
5D3CD3A87CA8446...

# VERIFICATION OF CLAIM

I, Michael Alan Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
815C5E96369C4EF...

**VERIFICATION OF CLAIM**

I, Michael Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Michael Daoud Khalaf
BA18F4C1821D4C7...

**VERIFICATION OF CLAIM**

I, Michael David Morelock, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Michael David Morelock
26B1DC0AC9DC47D...

# VERIFICATION OF CLAIM

I, Michael Grover Coe, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Michael Grover Coe
1720F21F63724BF...

**VERIFICATION OF CLAIM**

I, Michael Hawkins Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
[signature]
DEE897C124CE4D0...

**VERIFICATION OF CLAIM**

I, Michael J. Dolinar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

5FB306D1DABB4E5...

# VERIFICATION OF CLAIM

I, Michael Thomas McMaugh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
553D87100BEF421...

**VERIFICATION OF CLAIM**

I, MICHEL ANTOINE KARAM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
MICHEL ANTOINE KARAM
6606FB635BA6467...

## VERIFICATION OF CLAIM

I, Michel Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

_______________________

# VERIFICATION OF CLAIM

I, Michel Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

2B1E38E5CDA6487...

**VERIFICATION OF CLAIM**

I, Michel El Hachem, hereby declare, under penalty of perjury pursuant to U.S.C. § :

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

**VERIFICATION OF CLAIM**

I, Micheline Antoun El Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
AF7FBC5E16A64A4...

## VERIFICATION OF CLAIM

I, Micheline Iskandar AL Hachem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October/04/2026

Micheline Hachem.

# VERIFICATION OF CLAIM

I, Micheline J. Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Micheline J. Awad
8F8DD994B0BB470...

# VERIFICATION OF CLAIM

I, Mikhael Fouad Copty, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3060C4E38771432...

# VERIFICATION OF CLAIM

I, Mikhael Samadi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

_______________________________

## VERIFICATION OF CLAIM

I, Mikhael Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Mirella Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Mirella Mokbel
F18415EF03894E8...

## VERIFICATION OF CLAIM

I, Mirna Elia Daghr hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
5/10/2026

ميرنا ايليا داغر

**VERIFICATION OF CLAIM**

I, Mirvat Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
[signature]
359C8DA3240A493...

**VERIFICATION OF CLAIM**

I, Mirvat Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 September 2026

DocuSigned by:
Mirvat Saikali
359C8DA3240A493...

**VERIFICATION OF CLAIM**

I, Miwako Hibri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

**VERIFICATION OF CLAIM**

I, Mocink Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranjan Terrorism Victims is true and correct.

Executed on: 2026-10-5

M-H

**VERIFICATION OF CLAIM**

I, Mohamad Adnan Alame, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8,2026

Mohamad Adnan Alameddine

**VERIFICATION OF CLAIM**

I, Mohamad Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
9F4F21A49A10489...

# VERIFICATION OF CLAIM

I, Mohamad El-Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

390BAFA2117840E...

**VERIFICATION OF CLAIM**

I, Mohamad Fatt Massiri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

5657B3FE31F247D...

# VERIFICATION OF CLAIM

I, Mohamad Ibrahim Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

# VERIFICATION OF CLAIM

I, Mohamad Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
33F932F02359410...

# VERIFICATION OF CLAIM

I, Mohamad M. Menkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
26872B265F50499...

## VERIFICATION OF CLAIM

I, Mohamad Yehya Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

[signature]

## VERIFICATION OF CLAIM

I, Mohamad Habib Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Mohamed Tarek Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

BEF04257AED94CA...

# VERIFICATION OF CLAIM

I, Mohammad Saado hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Saado Mohammad

# VERIFICATION OF CLAIM

I, Mohammad Kassem Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
492FA80B8642452...

**VERIFICATION OF CLAIM**

I, mohammad SAhir AHMAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

**VERIFICATION OF CLAIM**

I, Mohammed Hussein Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

155377F9DF614F4...

## VERIFICATION OF CLAIM

I, MOHAMAD KASSEM ATIE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October, 04, 2026

**VERIFICATION OF CLAIM**

I, Mohamad Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

محمد فرحات

**VERIFICATION OF CLAIM**

I, Molly Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
7787071377D8417...

# VERIFICATION OF CLAIM

I, SABBAGH MONA GHATTAS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Mona Abboud hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/8/2026

منى عبود

# VERIFICATION OF CLAIM

I, Mona Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
10B95896511B4D0...

**VERIFICATION OF CLAIM**

I, Monia Natour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Monia Natour
1BACE774980A48A...

# VERIFICATION OF CLAIM

I, Montaha Qasim Farahat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
M. [signature]
4A9AD9C43EB34EE...

**VERIFICATION OF CLAIM**

I, Moufeed AlNusri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

## VERIFICATION OF CLAIM

I, Mona Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

فتاح

**VERIFICATION OF CLAIM**

I, Mounir Antoun El Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



**VERIFICATION OF CLAIM**

I, Mounira Khalil Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

______________________

**VERIFICATION OF CLAIM**

I, Mounira IBRAHIM hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Mounira Rafic Semaan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
63E9C30A51634A8...

**VERIFICATION OF CLAIM**

I, Mounir Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

منير فرحات

**VERIFICATION OF CLAIM**

I, Manzer Mokdad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

**VERIFICATION OF CLAIM**

I, Murray John McCann, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Murray John McCann
A89D59F2EDC645E...

# VERIFICATION OF CLAIM

I, Mustapha Hassan Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

BA62B9360A3743C...

**VERIFICATION OF CLAIM**

I, Mustapha Taha Boutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

**VERIFICATION OF CLAIM**

I, Naaman Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Nabil Teen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

## VERIFICATION OF CLAIM

I Nabil Hammoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5/10/2026

Nabil Hammoud

نبيل حمود

**VERIFICATION OF CLAIM**

I, NABIL AZOURI, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
8 October 2026

[signature]

# VERIFICATION OF CLAIM

I, Mabhi l av ay, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 Ocsnbep2027

DocuSigned by:

B9845492A19F477...

# VERIFICATION OF CLAIM

I, Nabil Jean Joun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

B1BBA14AA1B249E...

**VERIFICATION OF CLAIM**

I, Nabil Juraydini, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Nabil Juraydini
0C7CF44E40314DD...

**VERIFICATION OF CLAIM**

I, Nabil Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

# VERIFICATION OF CLAIM

I, Nada Elsonny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
1AED20EBCD76428...

**VERIFICATION OF CLAIM**

I, Nada Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october/9/2026

ندى المصري

**VERIFICATION OF CLAIM**

I, Nada Temsah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

Nada Temsah

**VERIFICATION OF CLAIM**

I, Nada Nehme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:
Nada Nehme
1BACE774980A48A...

**VERIFICATION OF CLAIM**

I, NADA · OMAR KAMBRISS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Nada Kambriss

## VERIFICATION OF CLAIM

I, Nader Assaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/sep/2026

NA
______________________________

**VERIFICATION OF CLAIM**

I, Nadine Hbeika, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Nadine Hbeika
5B2B4083E8FD430...

## VERIFICATION OF CLAIM

I, Nadine Knesevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Nadine Knesevitch
5 October 2026

**VERIFICATION OF CLAIM**

I, Nadwa Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Nadwa Jamal
FC1DFCC60909404...

## VERIFICATION OF CLAIM

I, Nafisa Rakhimova, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:



7CFE3BD02DC04D0...

**VERIFICATION OF CLAIM**

I, Nahed-Ayche, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Nahil Gergi Sahyoun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Nahil Gergi Sahyoun
B42787E89F9742C...

## VERIFICATION OF CLAIM

I, Nahla Ali KAAWAR, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 06, 2026



# VERIFICATION OF CLAIM

I, Naim Nammour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Naim Nammour
AE688D1C59D44AD...

**VERIFICATION OF CLAIM**

I, Najal Farah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5/2026

N. Farah

# VERIFICATION OF CLAIM

I, Najat Al masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Octobre / 8 / 2026

نجاة

**VERIFICATION OF CLAIM**

I, Najat SABA., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026 [signature]

# VERIFICATION OF CLAIM

I, Najat Samir Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

880850D460484F1...

# VERIFICATION OF CLAIM

I, Najet Tarzi Brahem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :



3A7208007071494...

## VERIFICATION OF CLAIM

I, Naji El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

**VERIFICATION OF CLAIM**

I, Najib Azouri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:



2C41BABB1C63422...

**VERIFICATION OF CLAIM**

I, Najwa Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. 10. 2026

______________________

**VERIFICATION OF CLAIM**

I, Najwa yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-Oct-2026

______________________________

## VERIFICATION OF CLAIM

I, Nancy Boro'dell Jessup, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Nancy Boro'dell Jessup
161F1073B89B435...

**VERIFICATION OF CLAIM**

I, Nancy Nizar Msheik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
NM
EB3F92F75A364C2...

**VERIFICATION OF CLAIM**

I, NASSER ISSA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 OCTOBER, 2026

N.M

# VERIFICATION OF CLAIM

I, Nassim A. Azouri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

27DE13BECB12467...

# VERIFICATION OF CLAIM

I, Natalie Jaramillo Ortberg, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Natalie Jaramillo Ortberg
B95FD7FE3B744DA...

## VERIFICATION OF CLAIM

I, Nathalie Joseph Chidiac, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-10-2026

N Chidiac

**VERIFICATION OF CLAIM**

I, Nathalie Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Nathalie Yachouh
EF2AEE204013446...

**VERIFICATION OF CLAIM**

I, NAWAL ABDO, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

[signature]

**VERIFICATION OF CLAIM**

I, Nawal Abou Yammine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/Oct/2026

[signature]

**VERIFICATION OF CLAIM**

I, Naual N4jem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6, 10, 2026

Naual NAjem

**VERIFICATION OF CLAIM**

I, Nazih Fares Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Nazih Fares Matar
D8C6A5DA14FD416...

## VERIFICATION OF CLAIM

I, NAZIRA Halim Rawda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT - 6-10-2026

NAZIRA Halim Rawda

# VERIFICATION OF CLAIM

I, Nerces Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

924F52C55E5D49C...

**VERIFICATION OF CLAIM**

I, Nichan Ohannes Terterian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Nichan Ohannes Terterian
4ED16E68456C47E...

## VERIFICATION OF CLAIM

I, Nicole Hamouche, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04.10.26

N. Hamouche

**VERIFICATION OF CLAIM**

I, Noha Mehho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
94201FFBAD1F4F9...

**VERIFICATION OF CLAIM**

I, Nohad Elias Atallah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

N. Atallah

**VERIFICATION OF CLAIM**

I, Norma Eid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

## VERIFICATION OF CLAIM

I, Oussama Habib, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/26

______________________________

# VERIFICATION OF CLAIM

I, Oussama Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026



CS CamScanner

**VERIFICATION OF CLAIM**

I, Patricia Anne Piascik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Patricia Anne Piascik
F49534B1F59143F...

**VERIFICATION OF CLAIM**

I, Patricia Dianne McSparran, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
PDM
C1EA9EE0EDAE4C5...

# VERIFICATION OF CLAIM

I, Paul Gregory Taylor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Paul Gregory Taylor
103881C3BEF14A8...

# VERIFICATION OF CLAIM

I, Paul Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

FAE258DB9F4241D...

## VERIFICATION OF CLAIM

I, Paul Victor Eid hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

**VERIFICATION OF CLAIM**

I Paulette Hamorche hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/9/2026

1

P. Hamorche
_______________________

# VERIFICATION OF CLAIM

I, Pauline Elias George Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Pauline
9DC359AD50CB424...

# VERIFICATION OF CLAIM

I, Peter James Hussey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Peter James Hussey
D638110953C04C6...

# VERIFICATION OF CLAIM

I, Philip Albert Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Philip Albert Alexander
1FDBC4E8EEAD4D2...

# VERIFICATION OF CLAIM

I, Philip M. Faraci Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Philip M. Faraci Jr.
1DC87D57C40B456...

**VERIFICATION OF CLAIM**

I, Pierre Elias Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Pierre Elias Khoury
E5E4A55425D74B0...

# VERIFICATION OF CLAIM

I, Pierre Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

36E0818DED46451...

**VERIFICATION OF CLAIM**

I, Pierre Haddad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

Pierre Haddad

**VERIFICATION OF CLAIM**

I Pierre younes younes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

04.10.2026

## VERIFICATION OF CLAIM

I, Rabih Edward El-Maalouf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/04/2026

# VERIFICATION OF CLAIM

I, Rabih Nabih Shoufair hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

ربيع نبيه الشير
________________________

**VERIFICATION OF CLAIM**

I, Ramez Taha Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026



**VERIFICATION OF CLAIM**

I, Rami Walid Mouakassa, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D0E16B8369CD4A0...

## VERIFICATION OF CLAIM

I, Ranahaider Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5-10-2026

## VERIFICATION OF CLAIM

I, Randa Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

________________________

**VERIFICATION OF CLAIM**

RANDA ELKHOURY hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on 10-14-2026

Randa Khoury

# VERIFICATION OF CLAIM

I, Randa Sayed Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/9/2026

Randa

____________________________

**VERIFICATION OF CLAIM**

I, Randell Craig Doane, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Randell Craig Doane
4E54C6DCFAA34B6...

**VERIFICATION OF CLAIM**

I, Rani Jawdat Marrouch hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Rorjus mokdad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Rojus mokdad

**VERIFICATION OF CLAIM**

I, Raouf Maher Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



# VERIFICATION OF CLAIM

I, Raymond Emerson Miller, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Raymond Emerson Miller
B81C32225DCD4F9...

**VERIFICATION OF CLAIM**

I, Rebecca Louise Jaramillo McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
C312A8DB32CB434...

**VERIFICATION OF CLAIM**

I, Reda Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

رضا فقيه

# VERIFICATION OF CLAIM

I, Renee Jean Essington, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Renee Jean Essington
1707A3E891644F0...

**VERIFICATION OF CLAIM**

I, Renée Bordahuf hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

رنه بردویل

# VERIFICATION OF CLAIM

I, Richard James Browning, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Richard James Browning
F7F37C420417475...

# VERIFICATION OF CLAIM

I, Richard Martin Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Richard Martin Kavaler
08EDBE3AD9BC4FE...

**VERIFICATION OF CLAIM**

I, Rick ________________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

A6B38F9B861E4C3...

VERIFICATION OF CLAIM

I, Rida Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

Rida Naj

# VERIFICATION OF CLAIM

I, Rima Hafez Fatah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 5, 2026

Ra

RIMA KAMAL **VERIFICATION OF CLAIM**

I, HARB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5. 2026

Rima Bou Ayash

# VERIFICATION OF CLAIM

I, Rima attieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Rima Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

Rima Khaled

E97112E8359F470...

# VERIFICATION OF CLAIM

I, Rima Kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

ريما الكردي
______________________

# VERIFICATION OF CLAIM

I, Rima Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Rima Nyang, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

# VERIFICATION OF CLAIM

I, Rita Awad Semaan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Rita Awad Semaan
2FA017D7626C477...

## VERIFICATION OF CLAIM

I, Rita Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

Rita
___________________________

**VERIFICATION OF CLAIM**

Rita-jad Nasr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/26

[signature]

## VERIFICATION OF CLAIM

I, Rita Kehdy Almacddissi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:



47E64194D760469...

# VERIFICATION OF CLAIM

I, Robert Kirk, Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
6FE5A9246AA942F...

**VERIFICATION OF CLAIM**

I, Robert Labib Mousbah Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

77E899500F4E43D...

# VERIFICATION OF CLAIM

I, Robert Michael Kirk, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Robert Michael Kirk
9D69C084D00040E...

# VERIFICATION OF CLAIM

I, Robert Essington Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:



3D367D0AB5654EF...

**VERIFICATION OF CLAIM**

I, Roberta T Coats, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Roberta T Coats
AC0C71B910244FA...

# VERIFICATION OF CLAIM

I, Roger Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Roger Antoine Karam
BD92DE9C38F0465...

# VERIFICATION OF CLAIM

I, ROGER ELIAS ATALLAH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th

# VERIFICATION OF CLAIM

I, Roger Jean Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Roger Jean Awad
29C7EB4D868A44E...

**VERIFICATION OF CLAIM**

I, Roukaya Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut 5/10/2026

**VERIFICATION OF CLAIM**

I, Ronald Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Ronald Pechtimaldjian
FCE3CD3D5FE54E7...

# VERIFICATION OF CLAIM

I, Ronnie Victor Tumolo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

[signature]

BE0F89A8CE7E46D...

# VERIFICATION OF CLAIM

I, Roy Hobeika, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Roy Hobeika
E8E7E17CCD6E427...

**VERIFICATION OF CLAIM**

I, Rony Daccache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/10/2026

# VERIFICATION OF CLAIM

I, Rony Joseph Maakaroun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Rony Joseph Maakaroun
386E9FCC6908420...

# VERIFICATION OF CLAIM

I, Rosalyn Shantell Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
F06D2318EF4D478...

**VERIFICATION OF CLAIM**

I, Rose Brown, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Rose Brown
B9760ED4312E4B5...

# VERIFICATION OF CLAIM

I, Rose Corneal Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Rose Corneal Freeman
5035FDB13611435...

# VERIFICATION OF CLAIM

I, Rose Marie Mello, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Rose M Mello
B11570664CFD4CF...

# VERIFICATION OF CLAIM

I, ROSE EL_KADDOUM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

Rose

## VERIFICATION OF CLAIM

I, Roula Berbary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5. 2026

Roula

**VERIFICATION OF CLAIM**

I, Roula Hanna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Roula Hanna
F6F0E20AE7744F2...

**VERIFICATION OF CLAIM**

I, Rozina Dionysia Semenoglou, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
92E521FCCC1F4A9...

**VERIFICATION OF CLAIM**

I, Rudy Edgard Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Rudy Edgard Khoury
A387A77C404F4E7...

**VERIFICATION OF CLAIM**

I, Russell Davin Barile, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Russell Davin Barile
35683B2E4E5D44B...

## VERIFICATION OF CLAIM

I, Saad Mansour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

# VERIFICATION OF CLAIM

I, Saad Kanaan Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/06

**VERIFICATION OF CLAIM**

I, Saiida Khalil Yousef Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

____________________

# VERIFICATION OF CLAIM

I, Safaa Shahrour, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 October 2026

Safaa Shahrour

**VERIFICATION OF CLAIM**

I, Safi Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5. 10. 2026

SAAD Safi

**VERIFICATION OF CLAIM**

I, Saeid Mansouri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 - 8-2026

## VERIFICATION OF CLAIM

I, Saideh Berkoshi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

S.B

## VERIFICATION OF CLAIM

I Safiba Mahmud Alhardy hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

________________________

## VERIFICATION OF CLAIM

I, Salah Hamma, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Salam A. Undhagen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
442F857280884F4...

# VERIFICATION OF CLAIM

I, Salam Daher Azzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



E8304F0405EF4F4...

# VERIFICATION OF CLAIM

I, Saleh Musbah Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
F98064AA44F844F...

# VERIFICATION OF CLAIM

I Salim AlMasri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October/8/2026

Salim [signature]

**VERIFICATION OF CLAIM**

I, Sally Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Sally Antoine Karam
62DE81C09A834F3...

**VERIFICATION OF CLAIM**

I, SaLWa KHALiL, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

سلوى

**VERIFICATION OF CLAIM**

I, Samar Dahdouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samar Dahdouh
200562EBC2644E1...

# VERIFICATION OF CLAIM

I, Sami Antoun El Harouni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 de octubre de 2026

Firmado por:

1ACCA295812A430...

**VERIFICATION OF CLAIM**

I, Sami Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
7958C3BE2A5649C...

**VERIFICATION OF CLAIM**

I, SAMI SAYED AHMAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

SAMI SAYED AHMAD

VERIFICATION OF CLAIM

I, Samia Ishandar AL-Hashem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4 - 2026

Samia AL-Hashem

**VERIFICATION OF CLAIM**

I, Samia Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October-4-2026

سمية حمو

# VERIFICATION OF CLAIM

I, Samia Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

# VERIFICATION OF CLAIM

I, Samia Melhem Hermez Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

0EBFF2B41A2F42C...

**VERIFICATION OF CLAIM**

I, Samia Metni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samia Metni
7EC11DF1F5DC40C...

**VERIFICATION OF CLAIM**

I, Samih Afif Baalbaki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
6080F15828764D4...

VERIFICATION OF CLAIM

I, Samih NajeM hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026

**VERIFICATION OF CLAIM**

I, Samir A. Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
F35D0559369F4C0...

# VERIFICATION OF CLAIM

I, Samir Chafic Dandan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Samir Chafic Dandan
AFF79E1618064B8...

# VERIFICATION OF CLAIM

I, Samir Chaouki Hage, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Samir Hage
477536143C0C44A...

**VERIFICATION OF CLAIM**

______________ hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

______________________

# VERIFICATION OF CLAIM

I, Samir Jamil Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samir Jamil Boghos
FD426D1F41BF47F...

**VERIFICATION OF CLAIM**

I, Samir Fares, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2020

VERIFICATION OF CLAIM

I, Samir Hamdan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7/10/2026

DCACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, Samira Abdul Ahad Ayoub Vieillard, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

BAC7F698544440F...

**VERIFICATION OF CLAIM**

I, Samira Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October - 4 - 2026

______________________

**VERIFICATION OF CLAIM**

I, Samira najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

06-10-2026

**VERIFICATION OF CLAIM**

I Samira Mansour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

[signature]

# VERIFICATION OF CLAIM

I, Sammy Lee Jackson Jr.____, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Sammy Lee Jackson Jr.
6CB105306D37409...

# VERIFICATION OF CLAIM

I, Samuel Aaron Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:
[signature]
5B21F5C7002443A...

**VERIFICATION OF CLAIM**

I, Samuel Grant Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Samuel Grant Wartell
A33E1F83F58844A...

# VERIFICATION OF CLAIM

I, *Sana Hajj Alameddine* , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8, 2026

S. Alameddine

**VERIFICATION OF CLAIM**

I, Sandra Lemke Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sandra Lemke Englehardt
94A0BAB58D544EB...

**VERIFICATION OF CLAIM**

I, Sara Hikmat Fayez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Monday, October 5, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Sara Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sara Jouharian
4BC60465DB6849D...

# VERIFICATION OF CLAIM

I, Sassine Hanna Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sassine Hanna Sarrouh
7D46E652E555428...

# VERIFICATION OF CLAIM

I, Sawsan Issa Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

# VERIFICATION OF CLAIM

I, Scott Carleton Stevens, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Scott Carleton Stevens
EBB537A94E054E4...

## VERIFICATION OF CLAIM

I, Serop Srabian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Serop Srabian
6DEB959FE8A54E7...

**VERIFICATION OF CLAIM**

I, Seta Ourfalian Nahas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Seta Ourfalian Nahas
77D3EBD8A182457...

**VERIFICATION OF CLAIM**

I, Seth Aram Ourfalian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Seth Aram Ourfalian
17D29B6205984B3...

**VERIFICATION OF CLAIM**

I, Shpwan Rayett Watson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Shpwan Watson
81E28344C2744E4...

**VERIFICATION OF CLAIM**

I, Sierra Alexandria Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Sierra Alexandria Jackson
31BC5D906E854B4...

# VERIFICATION OF CLAIM

I, Silva MacMillan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Silva MacMillan
C857F0793C54409...

## VERIFICATION OF CLAIM

I, Simon Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Simon Michel Saikali
1DE67DF815B448E...

# VERIFICATION OF CLAIM

I, Simon Sakr El Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

_______________________________

**VERIFICATION OF CLAIM**

I, Steinman MALLA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

[signature]

**VERIFICATION OF CLAIM**

I, Slim Skandrani, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



**VERIFICATION OF CLAIM**

I, Sukna Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

# VERIFICATION OF CLAIM

I, SONIA ABDO hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

**VERIFICATION OF CLAIM**

I, Sonia El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

Sonia Haddad

## VERIFICATION OF CLAIM

I, Sonpa Hitte, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

Sonpa Hitte

**VERIFICATION OF CLAIM**

I, Souad Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

## VERIFICATION OF CLAIM

I, Souaad Nehmeh, hereby declare, under penalty of perjury pursuant to U.S.C. § :

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

[signature]

## VERIFICATION OF CLAIM

I, Souad Haidar Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Souha Chaouki Hage, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Suha C Hage
C54E6E678CB842F...

**VERIFICATION OF CLAIM**

I, Souhaila Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Souhaila Abdo
5A24F2F50B0546A...

**VERIFICATION OF CLAIM**

I, Souhere Hasson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: 06-10-2026

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Sou[signature]

**VERIFICATION OF CLAIM**

I, Stephen D. Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

9EE4EE05856B42B...

**VERIFICATION OF CLAIM**

I, Stephen Harding Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Stephen Harding Martin
AA4696BBFA884A6...

**VERIFICATION OF CLAIM**

I, Steven Jacob Nickel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Steven Jacob Nickel
217DC4A799C340B...

**VERIFICATION OF CLAIM**

I, Steven Timothy Kilburn, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Steven Timothy Kilburn
3E9082D922864C9...

**VERIFICATION OF CLAIM**

I, Soha Hafez Farah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4th 2026

[signature]

**VERIFICATION OF CLAIM**

I, Soumaya Fouad Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

______________________________

**VERIFICATION OF CLAIM**

I, Susan Carol Weir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Susan Carol Weir
B3E14834309A45F...

**VERIFICATION OF CLAIM**

I, Susan Elizabeth Kerr Van de Ven, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

A8D771F88FDD49F...

# VERIFICATION OF CLAIM

I, Susan Elizabeth Bryson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Susan Elizabeth Bryson
5E6C9AC5FED549C...

**VERIFICATION OF CLAIM**

I, Susan Helene Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Susan Helene Alexander
5960AD2E4B32404...

# VERIFICATION OF CLAIM

I, Susan Votaw West, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

A1CB0F0038FE414...

# VERIFICATION OF CLAIM

I, Suzie Hasheesh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Suzie Marcos

# VERIFICATION OF CLAIM

I, Sylva Jamil Abdel Hay hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5, 2026

Sylva Jamil Abdel Hay

**VERIFICATION OF CLAIM**

I, Taghrid Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

T-H تغريد حسن

# VERIFICATION OF CLAIM

I, TAKLA LEBBOS hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

____________________________

# VERIFICATION OF CLAIM

I, Tamar Nahabedian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:

34BF9EBD953E415...

**VERIFICATION OF CLAIM**

I, Tamam Khalil najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

تمام خليل نجم

# VERIFICATION OF CLAIM

I, Tammy Lee Stehley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

[signature]

1341AD551F344B7...

**VERIFICATION OF CLAIM**

I, TANYA EDGAR KHOURY, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5th of October 2026

Tanya [signature]

**VERIFICATION OF CLAIM**

I, Tara Colleen Vironda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Tara Colleen Vironda
8D71CEC4C06A446...

# VERIFICATION OF CLAIM

I, Tara Lia Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Tara Lia Kavaler
9EA2D4D10B7C4B0...

**VERIFICATION OF CLAIM**

I, Tarek Ziad El Hosri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 - october, 2026

_______________________

**VERIFICATION OF CLAIM**

I, Temina Engesia Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

1D971D45DA7A448...

# VERIFICATION OF CLAIM

I, Teodoro Anthony Gandert, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

69061DE058B145E...

# VERIFICATION OF CLAIM

I, Teresa Lorraine Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
0B456F4C7BDE4E3...

# VERIFICATION OF CLAIM

I, Terry Patrick Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

A886EA6180134DA...

**VERIFICATION OF CLAIM**

I, Fherese Kerdar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

______________________

# VERIFICATION OF CLAIM

I, Therese Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

301D88688ABA4E7...

**VERIFICATION OF CLAIM**

I, Thomas Jeffrey Brant, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

B503B5A2FBAF4F7...

# VERIFICATION OF CLAIM

I, Thomas Leopold Moya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
2F34B7DB2350488...

**VERIFICATION OF CLAIM**

I, Timothy Stehley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:

F0C1DE965CB14B3...

## VERIFICATION OF CLAIM

I, TONY ABDO, hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

[signature]

# VERIFICATION OF CLAIM

I, Tony Nicolas Halabi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Tony Nicolas Halabi
0FC196E25DE7446...

**VERIFICATION OF CLAIM**

I, Tonya Catrice McCurdy, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

2786830E16064CA...

# VERIFICATION OF CLAIM

I, Varoujan Ohannes Tartarian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

EB1998160C6245B...

**VERIFICATION OF CLAIM**

I, Varoujan Trouchakerian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Varoujan Trouchakerian
02CD91D507F54C0...

# VERIFICATION OF CLAIM

I, Vasken Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12 October 2026

Signed by:
7E862C873C264B5...

# VERIFICATION OF CLAIM

I, [illegible] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 September 2026

**VERIFICATION OF CLAIM**

I, Violette Nahas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
VN
9ED21CA93854459...

# VERIFICATION OF CLAIM

I, Wadad Hammoud hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6.10.2026

# VERIFICATION OF CLAIM

I, Wadiha Abo Yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08/oct/2026.

Wadiha Y.

**VERIFICATION OF CLAIM**

I, Wael Fanous, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Wael Fanous
89AFCA11577B459...

# VERIFICATION OF CLAIM

I, WaFa Nin Fara hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October/5/2026

وفاء صباغ

# VERIFICATION OF CLAIM

I, wafaa Boutary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 16 2026

wafaa Boutary

**VERIFICATION OF CLAIM**

I, Wafita Fouad Al Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

wf

**VERIFICATION OF CLAIM**

I, Wafic Hammoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
5/10/2026

Wafic Hammoud

[signature]

**VERIFICATION OF CLAIM**

I, Wafika Al Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/october/2026

وفيقة
______________________

## VERIFICATION OF CLAIM

I, Wakeem Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5.10.2026

## VERIFICATION OF CLAIM

I, Walid Youssef Fakher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Tuesday, October 06, 2026

**VERIFICATION OF CLAIM**

I, Walid Hamid Alhajj, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Walid Hamid Alhajj
C01C197E2EFF4F7...

# VERIFICATION OF CLAIM

I, Walid Kamal Abi Faraj, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



## VERIFICATION OF CLAIM

I, Walid Sayed Ahmed hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 21-9-2026

**VERIFICATION OF CLAIM**

I, Walid Mustapha Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

569D00C1D11E4E5...

## VERIFICATION OF CLAIM

I, WALID Nehme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

## VERIFICATION OF CLAIM

I, Ward Zahi Soueidan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ward
DC8AB5B96D26441...

# VERIFICATION OF CLAIM

I, Wayne Mello JR.______________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:

4F9FE070AE9747F...

## VERIFICATION OF CLAIM

I, Wayne Mello Sr.__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



**VERIFICATION OF CLAIM**

I, WiLSoN.B. NJeim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

07 OCT 2026

**VERIFICATION OF CLAIM**

I, Wissam Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
BA26F87DC26E47E...

VERIFICATION OF CLAIM

I, Yahya Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 6 -2026

# VERIFICATION OF CLAIM

I, yolanda freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
yolanda freeman
0C0157232AA0442...

**VERIFICATION OF CLAIM**

I, Yolla D. Massoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-OCT-2026

Molla D. Massoud

**VERIFICATION OF CLAIM**

I, Youssef Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
0AD7CC125009476...

**VERIFICATION OF CLAIM**

I, Yousef Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

____________________

**VERIFICATION OF CLAIM**

I, Youssef Akar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Youssef Akar
47757D35FA96448...

## VERIFICATION OF CLAIM

I, **Youssef habib saad** hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5.10.2026

**VERIFICATION OF CLAIM**

I, Yousef Kakkoul, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct-5-2026

يوسف كركور

Yousef Manaef Kakkoul

DCACTIVE-86712703.1

VERIFICATION OF CLAIM

I, Youssef Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Kamal Mosbah Mirza

Kamal Mirza

**VERIFICATION OF CLAIM**

I, Yousse Fakhr hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5. 2026

Youssef Fak

**VERIFICATION OF CLAIM**

I, Yun Hui Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Yun Hui Twine
2DAC1B8D9E874DD...

**VERIFICATION OF CLAIM**

I, Yvonne Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Yvonne Ames
B6459EBF8CCC45B...

# VERIFICATION OF CLAIM

I, Zaher Kassab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

______________________



تم المسح الضوئي بـ CamScanner

# VERIFICATION OF CLAIM

I, Zakaria Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

856EB8B59B17448...

**VERIFICATION OF CLAIM**

I, ZEINAB IBRAHIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

______________________

**VERIFICATION OF CLAIM**

I, Zeinab Y. Ayash, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/15/2026

## VERIFICATION OF CLAIM

I, ________________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Zein AL ABEDEEN Korkomaz

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/20/2026

زين العابدين قرقماز

## VERIFICATION OF CLAIM

I, Zeina Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

زينة منصور

# VERIFICATION OF CLAIM

I, Ziad Fouad Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
78055D47FE714B4...

# VERIFICATION OF CLAIM

I, Ziad Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Ziad Sami Khaled
154153F06282422...

## VERIFICATION OF CLAIM

I, Zivart Zella Khatcherian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
E618CBCB430940D...

# VERIFICATION OF CLAIM

I, Zouhair Attieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

**VERIFICATION OF CLAIM**

I, Agathe Lahoud hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-17-2026

# VERIFICATION OF CLAIM

I, Ahmad hussien najem , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

____________________________

## VERIFICATION OF CLAIM

I, Aida Hernez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19 October 2026

Legal Guardian
Michel M. Farah

VERIFICATION OF CLAIM

I, Ali Kassem Zeloyr hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

## VERIFICATION OF CLAIM

I, Amal Mansour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26/10/2026

**VERIFICATION OF CLAIM**

I, Monika Khadra hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26/10/2026

**VERIFICATION OF CLAIM**

I, ANTOINE DAHER, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17-10-2026

**VERIFICATION OF CLAIM**

Antoine Hanna hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, Antoinette Dib hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17|10|2026

انطوانيت ديب

**VERIFICATION OF CLAIM**

I, Antonios Doumit Daher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 20_10_2026

AD – [signature]

## VERIFICATION OF CLAIM

I, Itaf Salim Zeiour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

_______________________

## VERIFICATION OF CLAIM

I, Chady Khacha hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26/10/2026

**VERIFICATION OF CLAIM**

I, charbel otieh hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
10-17-2026

**VERIFICATION OF CLAIM**

I, Emilio Kheir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october-26-2026

Emilio

**VERIFICATION OF CLAIM**

I, Fadwa Meko hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 October 2026

Fadwa

## VERIFICATION OF CLAIM

I, Tarek EiD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.24.26

**VERIFICATION OF CLAIM**

I, FAISAL RAWDA hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-19-2026

FAISAL [signature]

FOUAD **VERIFICATION OF CLAIM**

I, N SHOUBEIR hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19 - 10 - 2026

_______________



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, George Karam hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17-10-2026

**VERIFICATION OF CLAIM**

I, georgete KARKour, hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on. 26/10/2026

georgete KARKour

## VERIFICATION OF CLAIM

I, Ghada ATIE hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 OCT 2026

**VERIFICATION OF CLAIM**

I, Ghada Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

18/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, HALIM EL Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/18/2026

________________________

<u>VERIFICATION OF CLAIM</u>

I Hanan Mukdad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

H. Mukdad

**VERIFICATION OF CLAIM**

I, Hasna Fayad Zeiour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

____________________

**VERIFICATION OF CLAIM**

I, Hilela Helfer hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

[signature] 17 Oct 2026

**VERIFICATION OF CLAIM**

I, Houeida Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 21/10/2026

## VERIFICATION OF CLAIM

I, Ibrahim Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

**VERIFICATION OF CLAIM**

I, [signature] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/19/2026

[signature]

**VERIFICATION OF CLAIM**

I, IHSAN HAMADEH hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 20-10-2026

IHSAN HAMADEH

**VERIFICATION OF CLAIM**

I, Imaam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Samir Mehko

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19-10-2026

Imaa

**VERIFICATION OF CLAIM**

I, Issam Daouk hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

VERIFICATION OF CLAIM

I, yacqueline Amin Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 26 - 2026

y. N

VERIFICATION OF CLAIM

I, jamal abdala Hlelri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12/10/26

جمال الحلبي

**VERIFICATION OF CLAIM**

I, Jamila Jamil Assaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 17th, 2026

## VERIFICATION OF CLAIM

I, Jocelyne Dagher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 18/10/2026

Jocely

## VERIFICATION OF CLAIM

I, Johnny Antoine El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

J. Haddad

**VERIFICATION OF CLAIM**

I, Johnny Daghen hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

____________________

**VERIFICATION OF CLAIM**

I, Joseph Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october - 17 - 2026

Joseph Khoury



Scanned with TapScanner

## VERIFICATION OF CLAIM

I, Khadija Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26/october/2026

________________________________

**VERIFICATION OF CLAIM**

I, Khaled El Kaddoum, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Kheirie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Ibrahim Mehho

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

**VERIFICATION OF CLAIM**

I, Lourice ElTayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12/10/2026

لوريس الطيار



CS CamScanner

**VERIFICATION OF CLAIM**

I, Lili Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19 October 2026

Lili Harouny

# VERIFICATION OF CLAIM

I, Lina Assaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16 sep. 2026

______________________________

VERIFICATION OF CLAIM

I, Maha, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

Maha Mehho

## VERIFICATION OF CLAIM

I, MAY T. CHIDIAC hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/17/2026

مي شدياق

**VERIFICATION OF CLAIM**

I, Moy Kamel Abu Hamdan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

Moy Kamel Abu Hamdan

## VERIFICATION OF CLAIM

I, Melhem Attieh hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-17-2026

[signature]

**VERIFICATION OF CLAIM**

I, Meya Fayyad Zeiour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

# VERIFICATION OF CLAIM

I, Mohammad al Banna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

_______________________

**VERIFICATION OF CLAIM**

I, [illegible] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17 - 10 / 26

[illegible]

**VERIFICATION OF CLAIM**

I, MONA EL HOURANI, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

18.10.2026

**VERIFICATION OF CLAIM**

I, Mona Khalil Jaouk, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17-10-2026

**VERIFICATION OF CLAIM**

I, Mounir Daouk, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-17-2026

# VERIFICATION OF CLAIM

I, Najib Mahmoud Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/18/2026



CS CamScanner

**VERIFICATION OF CLAIM**

I, Najla Chidiac hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 18, 10, 2026

Najla Ch

**VERIFICATION OF CLAIM**

I, Natholi El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

18/10/2026

**VERIFICATION OF CLAIM**

I, Nayla ATIE hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 18, 2026

[signature]

## VERIFICATION OF CLAIM

I, Noha Fata hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 18 - 10 - 2026

N.H

**VERIFICATION OF CLAIM**

I Norma dib hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

نورما ديب

**VERIFICATION OF CLAIM**

نورالهدى شعبان, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 17-2026

**VERIFICATION OF CLAIM**

I, Omar Saab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19 October 2026

Scanned with CamScanner

## VERIFICATION OF CLAIM

I, RAMONA Farid DACCACHE hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

19/10/2026

**VERIFICATION OF CLAIM**

I, RENE DAOOACHE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

17/10/2026

**VERIFICATION OF CLAIM**

I,_RENEE DACCACHE__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

___17/10/26___________________________

## VERIFICATION OF CLAIM

I, Rima Assaf Saab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

## VERIFICATION OF CLAIM

I, Romeo Dagher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

17/10/2026 روميو داغر

**VERIFICATION OF CLAIM**

I, Rose Keyrouz SABBAGH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/10/2026

## VERIFICATION OF CLAIM

Rola Fakher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

Rola

## VERIFICATION OF CLAIM

I, Saydé Abou Yammine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026.

S.Y.

**VERIFICATION OF CLAIM**

I, Salim El Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 19, 2026

**VERIFICATION OF CLAIM**

I, Salim Ali Toraj hereby declare, under penalty of perjury pursuant to

§ 1746:

I verify under the penalty of perjury under the laws of the United States of Americ

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims i

correct.

Executed on: 19/10/2026

Salim Ali Toraj

**VERIFICATION OF CLAIM**

I, Sami Hosein Moussa Korkomaz hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 26/10/2026

سامي قرقماز

**VERIFICATION OF CLAIM**

I, SANiyA ZAyouR hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

**VERIFICATION OF CLAIM**

I, Soulandia Timani, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 17, 2026

سولنديا
عيتاني

______________________

# VERIFICATION OF CLAIM

I Sourya yamine hereby declare, under penalty of perjury pursuant to U.S.C. § :

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

سوريا.مين

**VERIFICATION OF CLAIM**

I, Thérèse Daher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 17/10/2026

**VERIFICATION OF CLAIM**

I, Wafaa Fata, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 18-10-2026

**VERIFICATION OF CLAIM**

I, WAHIB GEORGES ABOUZEID, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT-17-26

## VERIFICATION OF CLAIM

I, Wissam Fakher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 19/10/2026

**VERIFICATION OF CLAIM**

I, YASMINE MARWAN ATTIEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 19, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Yolla Youssef, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
10-17-2026

Yolla
______________________________

**VERIFICATION OF CLAIM**

I, GEORGES (HAJ) RAGHEB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 30/OCT/2026

[signature]

**VERIFICATION OF CLAIM**

I, Hilela Helser hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

17 Oct 2026