AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
*Plaintiff*
v.
MOTOR TANKER TIFANI et al.
*Defendant*

Case No. 1:26-cv-1373-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Claimants listed in Exhibits A through F .

Date: November 04, 2026

/s/ Douglass A. Mitchell
*Attorney's signature*

Douglass A. Mitchell (DDC Bar: Bar ID: WI0029)
*Printed name and bar number*

Mitchell Allyn, Ltd.
1000 N. Green Valley Parkway
Ste 440-575
Henderson, NV 89074
*Address*

dmitchell@mitchellallyn.com
*E-mail address*

720-350-1208
*Telephone number*

N/A
*FAX number*