# EXHIBIT E

Judgment Creditors in *Bauer, et al. v. al-Qaeda Islamic Army, et al.*

VIRGINIA BAUER as Personal Representative of the ESTATE OF W. DAVID BAUER, II
W.DAVID BAUER, III
STEPHEN BAUER
JACQUELINE BAUER
HEIDI BAUER-POLLARD, as Personal Representative of the ESTATE OF WALTER D. BAUER
HEIDI BAUER-POLLARD, as Personal Representative of the ESTATE OF DOROTHY BAUER
GRETCHEN ABERNATHY
HEIDI BAUER-POLLARD
ROSEMARY BAUER, as Personal Representative of the ESTATE OF ROBERT G. BAUER
LISA BEAMER, as Personal Representative of the ESTATE OF TODD M. BEAMER
LISA BEAMER
ANDREW T. BEAMER
MORGAN AVINGER
DAVID P. BEAMER
DAVID L. BEAMER
MARGARET BEAMER
MELISSA WILSON
MICHELE BEAMER-SORENSEN;
MARK BEATINI, as Personal Representative of the ESTATE OF MICHAEL C. BEATINI
MARK BEATINI, as Personal Representative of the ESTATE OF DORIS BEATINI
NANDA BEATINI and JEFFERY PICKETT as co-Personal Representatives of the ESTATE OF MICHAEL L. BEATINI
MARK BEATINI
JEFFERY PICKETT as Personal Representative of the ESTATE OF THOMAS BEATINI
NANDA BEATINI
PANDORA BHARVANEY as Personal Representative of the ESTATE OF ANIL T. BHARVANEY
PANDORA BHARVANEY
SAVITRI T. BHARVANEY
SHENAZ K. BHARVANEY DASWANI as Personal Representative of the ESTATE OF GOVIND BHARVANEY
SHENAZ K. BHARVANEY DASWANI as Personal Representative of the ESTATE OF KISHORE BHARVANEY
CATHYANN BONNETT as Personal Representative of the ESTATE OF COLIN BONNETT
CATHYANN BONNETT
KODY BONNETT
JULIA V. BONNETT
MARVA PARRIS as Personal Representative of the ESTATE OF AUBREY A. PARRIS
HEATHER BONNETT as surviving Sibling of COLIN BONNETT
DEBORAH BOWDEN HART as Personal Representative of the ESTATE OF THOMAS BOWDEN
DEBORAH BOWDEN HART
ALISON V. BOWDEN HART
SARAH J. BOWDEN HART

JAMES BOWDEN
JENNIFER HENRY as Personal Representative of the ESTATE OF SHAWN E. BOWMAN, JR.
JENNIFER HENRY
LIAM BOWMAN HENRY
JACK BOWMAN HENRY
CAROL A. BOWMAN, as Personal Representative of the ESTATE OF SHAWN E. BOWMAN, SR.
CAROL A. BOWMAN
JAMES E. BOWMAN
JENNIFER BRENNAN WATERHOUSE as Personal Representative of the ESTATE OF THOMAS M. BRENNAN
JENNIFER BRENNAN WATERHOUSE
THOMAS M. BRENNAN, II
CATHERINE A. BRENNAN
JOHN O. BRENNAN and MARYBETH MAGEE as Co-Personal Representatives of the ESTATE OF JOHN V. BRENNAN
JOHN O. BRENNAN and MARY BETH MAGEE as Co-Personal Representatives of the ANITA BRENNAN
JOHN O. BRENNAN
PAUL BRENNAN
MARY BETH MAGEE
MICHAEL BRENNAN
LAURA BUSTILLO as Personal Representative of the ESTATE OF MILTON BUSTILLO
LAURA BUSTILLO
ALESSANDRA BUSTILLO
DAYNA SPORDONE
MARGARITA BETTER
DISSA BUSTILLO as Personal Representative of the ESTATE OF GILBERTO BUSTILLO, SR.
DISSA BUSTILLO
HENRY BUSTILLO
MIRNA BUSTILLO
GILBERTO BUSTILLO, JR.
ELIZABETH CANDELA as Personal Representative of the ESTATE OF JOHN ANTHONY CANDELA
ELIZABETH CANDELA
JULIETTE CANDELA
JOHN ARTHUR CANDELA
JOSEPH G. CANDELA as Personal Representative of the ESTATE OF JOHN C. CANDELA
JOSEPH G. CANDELA as Personal Representative of the ESTATE OF PHYLLIS CANDELA
JOSEPH G. CANDELA
MICHAEL SPELLER as Personal Representative of the ESTATE OF VALERIE SPELLER
THOMAS MEE as Personal Representative of the ESTATE OF ANN MEE
JOAN BRADY
HEIDI SEELBACH as Public Administrator and Administratrix CTA of the ESTATE OF EDWARD CARLINO

HEIDI SEELBACH, as Public Administrator and Administratrix of the ESTATE OF MARIE CARLINO
LISA CARLINO
LEONARD DiVITTORIO as Personal Representative of the ESTATE OF SALVATORE CARLINO
LEONARD DiVITTORIO as Personal Representative of the ESTATE OF MARY CARLINO
TERESEA CUNNINGHAM as Personal Representative of the ESTATE OF MICHAEL J. CUNNINGHAM
TERESA CUNNINGHAM
WILLIAM M. CUNNINGHAM
PAUL CUNNINGHAM
JULIEANNE CUNNINGHAM
BERNADETTE T. HAYES
SEAN CUNNINGHAM
ANDREW CUNNINGHAM
KAREN D'AMBROSI as Personal Representative of the ESTATE OF JACK L. D'AMBROSI, JR.
KAREN D’AMBROSI
JACQUELINE SCALES
EMILY SLAVIN
TINA D'AMBROSI as Personal Representative of the ESTATE OF JACK L. D'AMBROSI, SR.
DENISE BONOLI
DEAN J. D'AMBROSI
MARY DANAHY as Personal Representative of the ESTATE OF PATRICK W. DANAHY
MARY DANAHY
KATHLEEN T. DANAHY
GRACE A. DANAHY
ALISON M. DANAHY
JOHN DIMEGLIO as Personal Representative of the ESTATE OF DAVID DIMEGLIO
JOHN DIMEGLIO
PATTI S. DIMEGLIO
DANIEL DIMEGLIO
SANDRA FELT as Personal Representative of the ESTATE OF EDWARD P. FELT
SANDRA FELT
KATHRYN FELT
ADRIENNE P. FELT
SHIRELY A. FELT
LAWRENCE FELT
GORDON FELT
NANCY FOSTER as Personal Representative of the ESTATE OF NOEL J. FOSTER
NANCY FOSTER
NANCY FOSTER as Parent and Natural Guardian of MEGAN FOSTER, an incapacitated adult
NICOLE FOSTER
BARBARA GALLUCCI as Personal Representative of the ESTATE OF VINCENZO GALLUCCI
BARBARA GALLUCCI
ALYSSA GALLUCCI
JOSEPH D. GALLUCCI

FILOMENA GRACE SANTORELLI as Personal Representative of the ESTATE OF ANGELA GALLUCCI
FILOMENA GRACE SANTORELLI as Personal Representative of the ESTATE OF JOSEPH GALLUCCI
FILOMENA GRACE SANTORELLI
MICHAEL J. GIORDANO as Personal Representative of the ESTATE OF DONNA GIORDANO
MICHAEL J. GIORDANO
DOMENICK D'AMBOLA as Personal Representative of the ESTATE OF JESSAMINE D'AMBOLA
DOMENICK D'AMBOLA
ELAINE BARRETT
LYZBETH GLICK BEST as Personal Representative of the ESTATE OF JEREMY GLICK
LYZBETH GLICK BEST
EMERSON GLICK
LLOYD GLICK
JOAN GLICK
JENNIFER GLICK
JED GLICK
JARED GLICK
JOANNA GLICK DANINO
JONAH GLICK
JILL GOLDSTEIN as Personal Representative of the ESTATE OF STEVEN GOLDSTEIN
JILL GOLDSTEIN
HANNA GOLDSTEIN
HARRIS GOLDSTEIN
ELSA G. STRONG as Personal Representative of the ESTATE OF LINDA K. GRONLUND
ELSA G. STRONG as Personal Representative of the ESTATE OF DORIS GRONLUND
MARGUERITE GLIDDEN, as Personal Representative of the ESTATE OF ARTHUR G. GRONLUND
ELSA G. STRONG
EILEEN HANNAFORD as Personal Representative of the ESTATE OF KEVIN J. HANNAFORD
EILEEN KANNAFORD
KEVIN J. HANNAFORD, JR.
PATRICK HANNAFORD
BARBARA RACHKO as Personal Representative of the ESTATE OF BRYAN JACK
BARBARA RACHKO
JAMES T. JACK as Personal Representative of the ESTATE OF JAMES H. JACK
JAMES T. JACK as Personal Representative of the ESTATE OF HELEN M. JACK
JAMES T. JACK;
THOMAS S. JOHNSON as Personal Representative of the ESTATE OF SCOTT JOHNSON
THOMAS S. JOHNSON
MARGARET ANN JOHNSON
MARGARET WAGER as Personal Representative of the ESTATE OF THOMAS P. JOHNSON
MARGARET WAGER
MICHELE JONES FERRELL as Personal Representative of the ESTATE OF DONALD T. JONES, II

MICHELLE JONES FERRELL
DONALD T. JONES, III
TAYLOR N. JONES
JUDITH JONES as Personal Representative of the ESTATE OF DONALD T. JONES, SR.
JUDITH JONES
WILLIAM B. JONES
LORI KANE as Personal Representative of the ESTATE OF HOWARD KANE
LORI KANE
JASON B. KANE
ROCHELLE KANE
ADAM KANE as Personal Representative of the ESTATE OF BRUCE KANE
ADAM KANE
HOLLY ANN TANZ
ROSE KELLER as Personal Representative of the ESTATE OF JOSEPH J. KELLER
ROSE KELLER
SYDNIE KELLER
JOSEPH D. KELLER
JUNE SASLOW
JENNIFER LUTZ
H. MICHAEL KEDEN as Personal Representative of the ESTATE OF ADAM J. LEWIS
PATRICIA D. LEWIS
SOPHIA LEWIS
REILLY LEWIS
ARTHUR LEWIS
CAROLINE LEWIS
KATHRYN HEBERT as Personal Representative of the ESTATE OF GERALDINE LEWIS
PAMELA PASSERETTA
KATHRYN HEBERT
CAMERON F. MACRAE, III as Personal Representative of the ESTATE OF CATHERINE F. MACRAE
CAMERON F. MACRAE, III
ANN B. MACRAE
ANN C. MACRAE
AUDREY MAGNUSON as Personal Representative of the ESTATE OF RONALD E. MAGNUSON
AUDREY MAGNUSON
JEFFREY A. MAGNUSON
SHERYL A. MAGNUSON
JAMES MAHER as Personal Representative of the ESTATE OF JEANNE MAHER
JAMES MAHER
JEANNE BRANDOFINO
CHRISTINA MAHER as Personal Representative of the ESTATE OF RAYMOND MAHER, JR.
MARGARET MEYER as Personal Representative of the ESTATE OF DAVID R. MEYER
MARGARET MEYER
HEIDI MENNONA

HEATHER VULPONE
DAWN MEYER-FUCHS
KRISTINE MEYER
FAITH MEYER as Personal Representative of the ESTATE OF CHARLES MEYER
ELLEN ROBB as Personal Representative of the ESTATE OF KRISTEN MONTANARO
ELLEN ROBB
JAMIE MONTANARO and KAREN MONTANARO, as Co-Personal Representatives of the ESTATE OF FRANK MONTANARO
JAMIE MONTANARO
KAREN MONTANARO
BETH K. MURPHY as Personal Representative of the ESTATE OF KEVIN J. MURPHY
BETH K. MURPHY
CONNOR J. MURPHY
CAITLYN B. MURPHY
SALLY F. RYAN as Personal Representative of the ESTATE OF TIMOTHY F. MURPHY, JR.
SALLY F. RYAN
MICHAEL MURPHY
TIMOTHY P. MURPHY
JOHN F. MURPHY
MARY BETH DOUGHERTY
ARLENE ORSINI as Personal Representative of the ESTATE OF RONALD ORSINI
ARLENE ORSINI
DANIELLE ORSINI PANDOLFI
PAULINE ORSINI as Personal Representative of the ESTATE OF ROBERT ORSINI
JENNIFER PRICE-SALKEVER as Personal Representative of the ESTATE OF JEAN H. PETERSON
JENNIFER PRICE-SALKEVER
CATHERINE A. STOVER
DAVID SHERWOOD, SR. as Personal Representative of the ESTATE OF GRACE P. SHERWOOD
RICHARD A. HOADLEY
ROBERT D. HOADLEY, and JENNIFER PRICE-SALKEVER as Co-Personal Representatives of the ESTATE OF WALTER E. HOADLEY
RICHARD A. HOADLEY
ROBERT D. HOADLEY and JENNIFER PRICE-SALKEVER as Co-Personal Representatives of the ESTATE OF HELEN M. HOADLEY
NANCY HOADLEY as Personal Representative of the ESTATE OF RICHARD HOADLEY
MARGARET ECKERT, Personal Representative of the ESTATE OF SEAN ROONEY
MARGARET ECKERT as Personal Representative of the ESTATE OF BEVERLY ECKERT
CYNTHIA BLEST as Personal Representative of the ESTATE OF ROSEMARY ROONEY
CYNTHIA BLEST
MAURA ROONEY
SHEILA ROONEY
BRENDAN ROONEY
BRIAN ROONEY
JOHN SANDERS as Personal Representative of the ESTATE OF STACEY SANDERS

JOHN SANDERS
MARTHA SANDERS
LAURA SANDERS WYATT
TOMOKO T. SCHLAG as Personal Representative of the ESTATE OF STEVEN F. SCHLAG
TOMOKO T. SCHLAG
DAKOTA I. SCHLAG
GARRETT M. SCHLAG
SIERRA A. SCHLAG
ELLEN HUGHES and JEAN NEBBIA as Co-Personal Representatives of the ESTATE OF DONALD SCHLAG
ELLEN HUGHES and JEAN NEBBIA as Co-Personal Representatives of the ESTATE OF PATRICIA SCHLAG
JEAN NEBBIA
ELLEN HUGHES
SUZANNE PENAVIC as Personal Representative of the ESTATE OF JOSEPH M. SISOLAK
SUZANNE PENAVIC
CHARLES MCQUADE as Personal Representative of the ESTATE OF PAUL SISOLAK
CHARLES BEN RELLER as Personal Representative of the ESTATE OF ANNA J. POWELL
CHARLES BEN RELLER as Personal Representative of the ESTATE OF TERESA RELLER
YVONNE SISOLAK as Personal Representative of the ESTATE OF THOMAS P. SISOLAK
MARY SMITH as Personal Representative of the ESTATE OF DANIEL SMITH
MARY SMITH
ELIZABETH SMITH
MICHAEL SMITH
MCCARTHY SMITH
SEAN PATRICK SMITH
MICHELE TANNER as Personal Representative of the ESTATE OF MICHAEL TANNER
MICHELLE TANNER
SASHA BUTLER
GIANNA TANNER
RENEE ABBATE as Personal Representative of the ESTATE OF MARY TANNER
RENEE ABBATE
KENNETH C. TANNER
MARIA MARASCIULO
NICOLE TANNER-D'AMBROSIO
JENNIFER TARANTINO as Personal Representative of the ESTATE OF KENNETH JOSEPH TARANTINO
JENNIFER TARANTINO
JASON J. TARANTINO
KENNETH JAMES TARANTINO
AMY C. VASEL as Personal Representative of the ESTATE OF SCOTT VASEL
AMY C. VASEL
MATTHEW J. VASEL
RYAN A. VASEL

JANYNE V. DEMBICKI as Personal Representative of the ESTATE OF CHARLES VASEL
JANYNE V. DEMBICKI as Personal Representative of the ESTATE OF MYNDA VASEL
JANYNE V. DEMBICIKI
KATHLEEN M. WISNIEWSKI as Personal Representative of the ESTATE OF ALAN L. WISNIEWSKI
KATHLEEN M. WISIEWSKI
JESSICA M. WISNIEWSKI
ERICA C. WISNIEWSKI
MATTHEW P. WISNIEWSKI
THOMAS WARENKIEWICZ as Personal Representative of the ESTATE OF MURIEL WISNIEWSKI
CHIEMI YORK as Personal Representative of the ESTATE OF KEVIN P. YORK
CHIEMI YORK
AIDAN YORK :
CONNOR YORK
DOLORES YORK as Personal Representative of the ESTATE OF JOHN YORK
TIMOTHY YORK
ROSEANN ZISA as Personal Representative of the ESTATE OF SALVATORE ZISA
ROSEANN ZISA
CHRISTINA ZISA
JOSEPH ZISA
ROSEMARIE MARTIE as Personal Representative of the ESTATE OF JOSEPH ZISA
ROSEMARIE MARTIE as Personal Representative of the ESTATE OF JOSEPHINE ZISA
ANTHONY ZISA
JANE PRESTO :