# EXHIBIT F

Judgment Creditors in *Parker, et al. v. Islamic Republic of Iran*

JOAN PARKER as Personal Representative of the ESTATE OF PHILIP LACEY PARKER
JOAN PARKER
CAROL A. SUAREZ and MANUEL T. SUAREZ as Co-Personal Representatives of the ESTATE OF DAVID S. SUAREZ
CAROL A. SUAREZ
MANUEL T. SUAREZ
BRYAN A. SUAREZ
KRISTEN M. CARPENTER