**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1373** |
| **MOTOR TANKER TIFANI BEARING INTERNATIONAL MARITIME NUMBER 9273337, AND OIL CARGO LADEN THERON,** | : | |
| | : | |
| Defendants *In Rem*, | : | |

**GOVERNMENT'S STATUS REPORT**

On October 16, 2026, this Court ordered the Parties to file a joint status report. Before and since the Court's order, two claimants have filed claims to the Defendant Property. *See* D.E. 15, 21.

The Court had previously ordered the sale of the Defendant Property in order to maximize their value. D.E. 6. At this time no party has filed an objection to the sale of the Defendant Property and sale negotiations remain ongoing. The Government has been communicating with counsel for each of the claimants.

Despite many market-driven variables, the Government believes that the sale of the Defendant Property may be executed within the next few weeks. Upon final execution of the sale, the United States intends to file a Notice of Accounting documenting the net proceeds as the substitute res in this action. While the Government's immediate goal is to maximize the value of the Defendant Property, we will continue to discuss with the claimants the merits of their respective claims.

* * * * *

Dated: November 5, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *__/s/ Rajbir Datta__*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden__*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: __/s/ *Joshua L. Sohn*__
Joshua L. Sohn
Trial Attorney