# EXHIBIT A-1

Judgment Creditors in *Havlish, et al. v. bin Laden, et al.*

FIONA HAVLISH
FIONA HAVLISH as Personal Representative of the ESTATE OF DONALD G. HAVLISH, JR.
WILLIAM HAVLISH as Personal Representative of the ESTATE OF DONALD G. HAVLISH, SR.
WILLIAM HAVLISH
NATHAN CONKLIN as Personal Representative of the ESTATE OF SUSAN CONKLIN
RUSSA STEINER as Personal Representative of the ESTATE OF WILLIAM R. STEINER
RUSSA STEINER
CLARA CHIRCHIRILLO as Personal Representative of the ESTATE OF PETER CHIRCHIRILLO
CLARA CHIRCHIRILLO
LIVIA CHIRCHIRILLO
CATHERINE DEBLIECK
TARA BANE as Personal Representative of the ESTATE OF MICHAEL A. BANE
TARA BANE
ARLINE PEABODY-BANE as Personal Representative of the ESTATE OF JACK DONALD BANE
JANE HALLER as Personal Representative of the ESTATE OF WILLIAM GODSHALK
JANE HALLER as Personal Representative of the ESTATE OF GRACE PARKINSON GODSHALK
ELLEN SARACINI as Personal Representative of the ESTATE OF VICTOR SARACINI
ELLEN SARACINI
JOANNE RENZI as Personal Representative of the ESTATE OF ANNE C. SARACINI
JOANNE RENZI
THERESANNE LOSTRANGIO as Personal Representative of the ESTATE OF JOSEPH LOSTRANGIO;
THERESANNE LOSTRANGIO
KAREN BINGHAM as Personal Representative of the ESTATE OF GERALD BINGHAM
JULIA BORYCZEWSKI and MICHELE BORYCZEWSKI as co-Personal Representatives of the ESTATE OF MARTIN BORYCZEWSKI;
JULIA BORYCZEWSKI as Personal Representative of the ESTATE OF KRYSTYNA BORYCZEWSKI
JULIA BORYCZEWSKI and MICHELE BORYCZEWSKI as co-Personal Representatives of the ESTATE OF MICHAEL BORYCZEWSKI
JULIA BORYCZEWSKI
MICHELE BORYCZEWSKI
GRACE KNESKI as Personal Representative of the ESTATE OF STEVEN CAFIERO
GRACE KNESKI
RICHARD A. CAPRONI as Personal Representative of the ESTATE OF RICHARD M. CAPRONI
CHRISTOPHER CAPRONI
DOLORES CAPRONI
LISA CAPRONI-BROWN
CHRISTOPHER CAPRONI as Personal Representative of the ESTATE OF MICHAEL CAPRONI
RICHARD A. CAPRONI
ALICE CARPENETO
LESLIE COALE BROWN as Personal Representative of the ESTATE OF JEFFREY COALE

LESLIE COALE BROWN as Personal Representative of the ESTATE OF WILLIAM COALE
FRANCES M. COFFEY as Personal Representative of the ESTATE OF DANIEL M. COFFEY
FRANCES M. COFFEY
DANIEL D. COFFEY, M.D.
KEVIN M. COFFEY
FRANCES M. COFFEY as Personal Representative of the ESTATE OF JASON COFFEY
FRANCES M. COFFEY
DANIEL D. COFFEY, M.D.
KEVIN M. COFFEY
KEITH BRADKOWSKI as Personal Representative of the ESTATE OF JEFFREY COLLMAN
KATHRYN E. COLLMAN as Personal Representative of the ESTATE OF DWAYNE W. COLLMAN
ESTATE OF BRIAN COLLMAN
CHARLES COLLMAN
BRENDA MARTIN
LOISANNE DIEHL as Personal Representative of the ESTATE OF MICHAEL DIEHL
LOISANNE DIEHL
MICHELLE DORF WALMACH and LINDA SAMMUT as co-Personal Representatives of the ESTATE OF STEPHEN DORF
MICHELLE DORF as Personal Representative of the ESTATE OF ANN MARIE DORF
TARA DORF as Personal Representative of the ESTATE OF JOSEPH DORF
MICHELLE DORF WALMACH
MICHELLE DORF WALMACH and LINDA SAMMUT as co-Personal Representatives of the ESTATE OF MORRIS DORF
ROBERT DORF
LINDA SAMMUT
CORAZON FERNANDEZ as Personal Representative of the ESTATE OF JUDY FERNANDEZ
CORAZON FERNANDEZ
REGINA MARIA MERWIN as Personal Representative of the ESTATE OF RONALD GAMBOA
REGINA MARIA MERWIN
TINA GRAZIOSO as Personal Representative of the ESTATE OF JOHN GRAZIOSO
TINA GRAZIOSO
JIN LIU as Personal Representative of the ESTATE OF LIMING GU JIN LIU
ALAN GU
MAUREEN HALVORSON as Personal Representative of the ESTATE OF JAMES D. HALVORSON
MAUREEN HALVORSON
HAOMIN JIAN a/k/a ALEX JIAN
FUMEI CHIEN HUANG
HUICHUN JIAN
HUI-CHUAN JIAN
HUI-CHIEN CHEN
HUI-ZON JIAN
PAUL LAVELLE as Personal Representative of the ESTATE OF DENIS LAVELLE
LUKE RICHARD PAPROCKI as Personal Representative of the ESTATE OF MARIE ANN PAPROCKI

STEPHANIE GIGLIO as Personal Representative of the ESTATE OF ROBERT LEVINE
STEPHANIE GIGLIO as Personal Representative of the ESTATE OF RONI LEVINE
MICHAEL LOGUIDICE, SR
BETTE MAERZ as Personal Representative of the ESTATE OF RALPH S. MAERZ, JR.
MARGARET MAURO as Personal Representative of the ESTATE OF DOROTHY MAURO
MARGARET MAURO
RAMON MELENDEZ as Personal Representative of the ESTATE OF MARY MELENDEZ
RAMON MELENDEZ
PATRICIA MILANO as Personal Representative of the ESTATE OF PETER T. MILANO
PATRICIA MILANO
IVY MORENO as Personal Representative of the ESTATE OF YVETTE NICOLE MORENO
IVY MORENO
JOANNE LOVETT as Personal Representative of the ESTATE OF BRIAN NUNEZ
JOANNE LOVETT
DIANE OGNIBENE as Personal Representative of the ESTATE OF PHILIP PAUL OGNIBENE
DIANE OGNIBENE as Personal Representative of the ESTATE OF VINCENT A. OGNIBENE
MARTINA PANIK-STANLEY as Personal Representative of the ESTATE OF MARTIN PANIK
MARTINA PANIK-STANLEY as Personal Representative of the ESTATE OF LINDA ELLEN PANIK
MARY LYNN-ANNA "MARTINA" PANIK STANLEY
CHRISTINE PAPASSO as Personal Representative of the ESTATE OF SALVATORE T. PAPASSO
CHRISTINE PAPASSO
JOEL R. PERRY as Personal Representative of the ESTATE OF JOHN WILLIAM PERRY
JOEL R. PERRY as Personal Representative of the ESTATE OF PATRICIA J. PERRY
RODNEY RATCHFORD as Personal Representative of the ESTATE OF MARSHA RATCHFORD
RODNEY RATCHFORD
RODNEY M. RATCHFORD
MARSHAE R. RATCHFORD
MARANDA C. RATCHFORD
JUDITH REISS as Personal Representative of the ESTATE OF JOSHUA SCOTT REISS
JUDITH REISS
JOYCE ANN RODAK as Personal Representative of the ESTATE OF JOHN M. RODAK
JOYCE ANN RODAK
CHELSEA NICOLE RODAK PRIMAVERA
DEVON MARIE RODAK LOVELL
JOHN RODAK
REGINA RODAK
JOANNE GORI
DIANE ROMERO as Personal Representative of the ESTATE OF ELVIN ROMERO
DIANE ROMERO
HELEN ROSENTHAL
LOREN ROSENTHAL as Personal Representative of the ESTATE OF RICHARD ROSENTHAL
LOREN ROSENTHAL
RACHAEL LOGAN as Personal Representative of the ESTATE OF ALEXANDER ROWE

ED RUSSIN
BARRY RUSSIN as Personal Representative of the ESTATE OF GLORIA RUSSIN
BARRY RUSSIN
VICTOR SANTILLAN as Personal Representative of the ESTATE OF MARIA THERESA SANTILLAN
VICTOR SANTILLAN as Personal Representative of the ESTATE OF EXPEDITO SANTILLAN
VICTOR SANTILLAN as Personal Representative of the ESTATE OF ESTER SANTILLAN
PAUL SCHERTZER as Personal Representative of the ESTATE OF SCOTT SCHERTZER
PAUL SCHERTZER
RONALD SLOAN as Personal Representative of the ESTATE OF PAUL K. SLOAN
RONALD S. SLOAN
RAYMOND SMITH, JR. as Personal Representative of the ESTATE OF GEORGE ERIC SMITH
RAYMOND ALEXANDER SMITH
KATHERINE SOULAS as Personal Representative of the ESTATE OF TIMOTHY P. SOULAS
KATHERINE SOULAS
GEORGE STERGIOPOULOS, M.D. and ANGELA STERGIOPOULOS as co-Personal Representatives of the ESTATE OF ANDREW STERGIOPOULOS
GEORGE STERGIOPOULOS, M.D.
ANGELA STERGIOPOULOS
SANDRA STRAUB as Personal Representative of the ESTATE OF EDWARD W. STRAUB
SANDRA STRAUB
JOAN E. TINO as Personal Representative of the ESTATE OF JENNIFER TINO
JOAN E. TINO
PAMELA SCHIELE
CHRISTINE BARTON as Personal Representative of the ESTATE OF JEANMARIE WALLENDORF
CHRISTINE BARTON
CHRISLAN FULLER MANUEL as Personal Representative of the ESTATE OF META WALLER
MICHAEL PAIGE as Personal Representative of the ESTATE OF TIMOTHY RAYMOND WARD
BRIANNA GOMES as Personal Representative of the ESTATE OF DOYLE RAYMOND WARD
MAUREEN HALVORSON
STEPHEN L. CARTLEDGE
MICHELLE WRIGHT
LEONARD ZEPLIN
LEONA ZEPLIN
JOSLIN PARADISE