# EXHIBIT B-1

Judgment Creditors in *Hoglan, et al. v. Islamic Republic of Iran, et al.*

CANDYCE S. HOGLAN as Personal Representative of the ESTATE OF MARK KENDALL BINGHAM
CANDYCE S. HOGLAN as Personal Representative of the ESTATE OF ALICE HOGLAN a/k/a HOAGLAND
KUI LIONG LEE as Personal Representative of the ESTATE OF SIEW NYA ANG
KUI LIONG LEE
WINNEE LEE
JEANEE LEE
ARLINE PEABODY-BANE
BRIAN MAJOR
BRENDA E. JOBE
JOSEPH L. CARPENETO as Personal Representative of the ESTATE OF JOYCE ANN CARPENETO
JOSEPH CARPENETO
NICHOLAS CHIRCHIRILLO
MICHAEL CHIRCHIRILLO
LESLIE COALE BROWN as Personal Representative of the ESTATE OF JOAN ANN COALE
LESLIE COALE BROWN :
DANIEL D. COFFEY, M.D. as Personal Representative of the ESTATE OF JEANNETTE COFFEY
DANIEL D. COFFEY, M.D. as Personal Representative of the ESTATE OF DANIEL F. COFFEY, JR.
COLLEEN MCDONALD
KEITH BRADKOWSKI
KEITH BRADKOWSKI as Personal Representative of the ESTATE OF BEVERLY SUTTON
KATHRYN E. COLLMAN
CAROLYN SUTTON
VICKI LYNN MICHEL
CHARLES GENGLER;:
STEVEN GENGLER
SUSAN BOHAN
TANYA DAVIS as Personal Representative of the ESTATE OF WAYNE T. DAVIS
TANYA DAVIS
GABRIELLE HUNTER DAVIS
MALACHAI ROARKE DAVIS
NOVERTA DAVIS-DEAN
JASON DIEHL
JEANNETTE DIEHL BERGQUIST
TIMOTHY REGAN as Personal Representative of the ESTATE OF EMMA FERNANDEZ REGAN
CORAZON FERNANDEZ as Personal Representative of the ESTATE OF CIRILO FERNANDEZ
RICHARD FERNANDEZ
RENEE L. GAMBOA
RENEE L. GAMBOA as Personal Representative of the ESTATE OF RANULF GAMBOA
MARIA JOULE

RACHEL G. MALUBAY
JAMES HALLER as Personal Representative of the ESTATE OF JAMES BOND GODSHALK
JANE G. HALLER
ALEESE HARTMANN LIVESEY
KATHRYN GRAZIOSO
KRISTEN GRAZIOSO
MICHAEL GRAZIOSO
CAROLEE AZZARELLO as Personal Representative of the ESTATE OF SANDRA GRAZIOSO
CAROLEE AZZARELLO
KAREN VENTRE
KRISTY GRAZIOSO
DEBORAH GRAZIOSO as Personal Representative of the ESTATE OF TIMOTHY GRAZIOSO
DEBORAH GRAZIOSO
LAUREN GRAZIOSO
BRIANA GRAZIOSO
CAROLEE AZZARELLO as Personal Representative of the ESTATE OF SANDRA GRAZIOSO
CAROLEE AZZARELLO
KAREN VENTRE
KRISTY GRAZIOSO
DOUGLAS HALVORSON
KATE HALVORSON as Personal Representative of the ESTATE OF EVELYN HALVORSON
KATE HALVORSON
MICHAELA HAVLISH
LEA MICHAELA BITTERMAN
SEAN BITTERMAN
DERRICK HOBIN
MELODIE HOMER as Personal Representative of the ESTATE OF LEROY W. HOMER, JR.
MELODIE HOMER
LAUREL HOMER
JU-HSIU "CONNIE" JIAN as Personal Representative of the ESTATE OF HWEIDAR JIAN
JU-HSIU "CONNIE" JIAN
WILLIAM JIAN
KEVIN JIAN
AUDREY R. JONES;
CANDY MOYER as Personal Representative of the ESTATE OF JOHN R. JONES
ROBERT A. JONES
CANDY MOYER
ANITA KORSONSKY
DINA LAFOND
PATRICIA CALOIA as Personal Representative of the ESTATE OF EMILY LAVELLE
PATRICIA CALOIA
BARBARA DZIADEK
KATHLEEN PALACIO
PAUL LAVELLE

BARBARA LURMAN as Personal Representative of the ESTATE OF LEON LEBOR
RINA a/k/a JOY KAUFMAN as Personal Representative of the ESTATE OF BESSIE LEBOR
BARBARA LURMAN
RINA a/k/a JOY KAUFMAN
STEPHANIE GIGLIO
MICHAEL LOGUIDICE, SR. as Personal Representative of the ESTATE OF CARMELLO J. LOGUIDICE
JOSEPH LOSTRANGIO, JR.
CATHRYN LOSTRANGIO
DIANE LOSTRANGIO as Personal Representative of the ESTATE OF JAMES LOSTRANGIO
KAREN LUNDER as Personal Representative of the ESTATE OF CHRISTOPHER E. LUNDER
KAREN LUNDER
ERICH MAERZ
RAMON MELENDEZ, JR.
RICKY MELENDEZ
JESSE MELENDEZ
TYLER MELENDEZ
FLORENCE ROSARIO
MARGARET MONTANEZ
PETER C. MILANO
JESSICA MILANO STARKS
ALFRED MILANO
FRANK MILANO
MAUREEN RACIOPPI
THOMAS MILANO
PHILOMENA MISTRULLI as Personal Representative of the ESTATE OF JOSEPH D. MISTRULLI
PHILOMENA MISTRULLI
MARY ANN MISTRULLI-ROSSER
JOSEPH MISTRULLI
ANGELA MISTRULLI
JOHNNY S. MISTRULLI and MARIA LAMBERT as Personal Representative of the ESTATE OF ANNE MISTRULLI
MARIA LAMBERT
JOHNNY S. MISTRULLI
JASON RUBEN MORENO f/k/a ROLANDO R. MORENO
LEIANA MORENO
NOELIA MORENO
AMY MARTINEZ as Personal Representative of the ESTATE OF LOUIS J. NACKE
AMY MARTINEZ
NEAL GREEN
ERIC NUNEZ
THERESA PAPASSO
SALVATORE PAPASSO
VINCENT PAPASSO

JOEL R. PERRY as Personal Representative of the ESTATE OF JAMES LESLIE PERRY
JOEL R. PERRY
JANICE PERRY MONTOYA
ANTHONY M. HOFFMAN as Personal Representative of the ESTATE OF CLAUDIA STALLWORTH
REGINALD SIMPSON
ROOSEVELT STALLWORTH
CARL STALLWORTH
CYNTHIA WATTS
ANGELA STALLWORTH-BLUNT
CHRISTIAN B. STALLWORTH f/k/a BRIAN CHRISTIAN
AMANDA ROGERS
JENNIFER REISS SILLMAN as Personal Representative of the ESTATE OF GARY REISS
ADAM REISS
JORDAN REISS
JONATHAN REISS
JENNIFER REISS SILLMAN
DIANA DIAZ as Personal Representative of the ESTATE OF CARMEN ROMERO
DIANA DIAZ as Personal Representative of the ESTATE OF ISAAC ROMERO
DIANA DIAZ
LOREN ROSENTHAL as Personal Representative of the ESTATE OF EVAN ROSENTHAL
LOREN ROSENTHAL as Personal Representative of the ESTATE OF SETH ROSENTHAL
AUDREY MODEL as Personal Representative of the ESTATE OF LEONARD ROSENTHAL
AUDREY MODEL as Personal Representative of the ESTATE OF FLORENCE ROSENTHAL
AUDREY MODEL
VICTOR SANTILLAN
RAYMOND SANTILLAN
KIRSTEN SARACINI
BRIELLE SARACINI
LORI BRODY
ELLEN SCHERTZER
ROY-YETKUTIEL SHEFI
NAOMI-RUTH SHEFI:
PATRICIA SLOAN
MATT SLOAN
SARAH FUNK
RAYMOND WOOD as Personal Representative of the ESTATE OF MARION THOMAS
RAYMOND SMITH, JR.
CARL SMITH
KEVIN SMITH
KORRY SMITH
TANYA WARREN
LETRICIA SMITH
ELAINA SMITH-WYLIE

CHRISTINE JACKSON
BARBARA HARGROVE
RAYMOND A. SMITH as Personal Representative of the ESTATE OF DEBORAH SALLAD
TIMOTHY P. SOULAS, JR.
ANDREW J. SOULAS
CHRISTOPHER SOULAS
MATTHEW SOULAS
NICOLE SOULAS
DANIEL SOULAS
FREDERICK SOULAS
STEPHEN SOULAS
FREDERICK SOULAS III
DANIEL D. SOULAS
MICHELLE DONLAN
DARREN STEINER
JORDAN STEINER
MERIDITH REVERDITO
ROBERT STEINER as Personal Representative of the ESTATE OF WILMA STEINER
ROBERT STEINER
GEORGE M. STEINER as Personal Representative of the ESTATE OF GEORGE W. STEINER
KATHLEEN STERGIOPOULOS
GEORGE STERGIOPOULOS, JR.
AARON STRAUB
JONATHAN STRAUB
MICHAEL STRAUB
SAMUEL STRAUB
EDWARD A. STRAUB
STANLEY STRAUB
MATTHEW STRAUB
SALVATORE TINO, JR.
JEFFREY TINO
SALVATORE TINO, III
JOSEPH NICKLO
MELLANIE CHAFE
CHRISTOPHER BARTON
JOHN BARTON
MICHAEL PAIGE as Personal Representative of the ESTATE OF SUSANNE WARD-BAKER
PETER A. MCDERMOTT as Personal Representative of the ESTATE OF JEANNE MCDERMOTT
DIAN DEMBINSKI as Personal Representative of the ESTATE OF SANDRA WRIGHT CARTLEDGE
DIAN DEMBINSKI
MELANIE BUCHMAN as Personal Representative of the ESTATE OF LORETTA HAINES
STEPHEN BRADISH
LYNNE DUNN as Personal Representative of the ESTATE OF JOHN BRADISH a/k/a JACK BRADISH

GERALDINE DEBORAH SPAETER
DEBRA ZEPLIN as Personal Representative of the ESTATE OF MARC SCOTT ZEPLIN
DEBRA ZEPLIN
RYAN ZEPLIN
ETHAN ZEPLIN