# EXHIBIT C-1

Judgment Creditors in *Ray, et al. v. Islamic Republic of Iran*

HERMAN RAY as Personal Representative of the ESTATE OF DENEASE CONLEY
CHERRIE L. ALLEN
IRMA JOYCE FLETCHER
MYRA BYRD as Personal Representative of the ESTATE OF EARL RAY
HERMAN RAY
HERMAN RAY as Personal Representative of the ESTATE OF JAMES RAY
STANLEY RAY, DECEASED
BARBARA HAYNES-JENKINS
AARON ADLER
ALICE DOERGE ADLER
ISABELL DANSIGER ADLER
JAY ADLER
LAUREN SARAH ADLER MARTINELLI
RICHARD DEBLASE
ANITA DEBLASE
ANTHONY DEBLASE
HARLEY DINARDO as Personal Representative of the ESTATE OF ESTERINA DINARDO
HARLEY DINARDO
PIO DINARDO
ANDREW ECONOMOS
OLGA VALINOTTI
ANDREW ECONOMOS and OLGA VALINOTTI as Co-Personal Representatives of the ESTATE OF LEON ECONOMOS
CONSTANCE FINNICUM
GEORGE GABRIELLE a/k/a GABE GABRIELLE
VITO GARFI as Personal Representative of the ESTATE OF FRANCESCO GARFI
VITO GARFI
VITO GARFI as Personal Representative of the ESTATE OF SALVATORE GARFI
MARIANNA GARFI
KRISTY GRAZIOSO as Personal Representative of the ESTATE OF HANK GRAZIOSO
KRISTY GRAZIOSO as Personal Representative of the ESTATE OF HANK GRAZIOSO
THERESA COOKE
MICHELLE HARGIS
CHRISTINE HOMER
CHRISTINE HOMER as Personal Representative of the ESTATE OF THOMAS FREIMARK
ILSE HOMER
MONIQUE HOMER
MARILYN JOHNSON
CHERYL HOMER WILSON :
GERMAINE WILSON
ANDREW BRIAN JORDAN, JR.
DAVID LEBOR

RINA a/k/a JOY KAUFMAN as Personal Representative of the ESTATE OF PHILIP LEBOR
DANIELLE MCGUIRE as Personal Representative of the ESTATE OF PATRICK MCGUIRE
DANIELLE MCGUIRE
MARA MCGUIRE
RYAN MCGUIRE
SEAN MCGUIRE
SHEA MCGUIRE
ELIZABTEH MEDAGLIA-CORDES as Personal Representative of the ESTATE OF ROCCO MEDAGLIA
MARYELLEN MEDAGLIA as Personal Representative of the ESTATE OF ANNEMARIE MEDAGLIA
DIANA MEDAGLIA
KATHLEEN MEDAGLIA-DELLAPENNA
MARYELLEN MEDAGLIA
MICHAEL MEDAGLIA
ELIZABETH MEDAGLIA-CORDES
JOANNE MISTRULLI as Personal Representative of the ESTATE OF FRANK MISTRULLI
MARY ELLEN MURACH as Personal Representative of the ESTATE OF EDWARD JOHN MURACH
MARY ELLEN MURACH
RICHARD J. MURACH
KATHERINE TYNION
LOUIS PAUL NACKE II
JOSEPH NICHOLAS NACKE
DALE ALLEN NACKE as Personal Representative of the ESTATE OF LOUIS P. NACKE
DALE ALLEN NACKE as Personal Representative of the ESTATE OF PHILOMENIA MILLACE NACKE
KENNETH NACKE
PAULA NACKE JACOBS
DALE ALLEN NACKE
THOMAS PAPASSO
PATRICIA MASON