# EXHIBIT D-1

Judgment Creditors in *Maher, et al. v. Islamic Republic of Iran*

DANIEL R. MAHER as Personal Representative of the ESTATE OF DANIEL L. MAHER
JOSEPH F. MAHER as Personal Representative of the ESTATE OF KATHERINE MAHER
DANIEL R. MAHER
JOSEPH F. MAHER
PATRICIA D. CASAZZA, as Personal Representative of the ESTATE OF JOHN F. CASAZZA
PATRICIA D. CASAZZA
JOHN FRANCIS CASAZZA
MINDY KLEINBERG as Personal Representative of the ESTATE OF ALAN DAVID KLEINBERG
MINDY KLEINBERG
JACOB KLEINBERG
LAUREN KLEINBERG
SAM KLEINBERG
LORIE JILL VAN AUKEN as Personal Representative of the ESTATE OF KENNETH VAN AUKEN
LORIE JILL VAN AUKEN
DR. MATTHEW D. VAN AUKEN
SARAH VAN AUKEN