# EXHIBIT D-2

# <u>EXHIBIT A</u>

***Bauer et al. v. al Qaeda Islamic Army, et al.,***
**02-cv-7236 (GBD)(FM)**

# ***Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)**

| **Estate of** | **Family Members** | **Solatium Damages** |
|---|---|---|
| W. David Bauer | Virginia Bauer Spouse | $12,500,000.00 |
| | W. David Bauer, III Child | $8,500,000.00 |
| | Stephen Bauer Child | $8,500,000.00 |
| | Jacqueline Bauer Child | $8,500,000.00 |
| | Walter D. Bauer (died post-9/11) Parent | $8,500,000.00 |
| | Dorothy Bauer Parent | $8,500,000.00 |
| | Robert Bauer Sibling | $4,250,000.00 |
| | Gretchen Abernathy Sibling | $4,250,000.00 |
| | Heidi Pollard Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Paul F. Beatini | Susan Beatini Spouse | $12,500,000.00 |
| | Julia R. Beatini Child | $8,500,000.00 |
| | Daria L. Beatini Child | $8,500,000.00 |
| | Michael Beatini (died in 2014) Parent | $8,500,000.00 |
| | Doris Beatini (died in 2010) Parent | $8,500,000.00 |
| | Michael Beatini (died in 2015) Sibling | $4,250,000.00 |
| | Thomas Beatini Sibling | $4,250,000.00 |
| | Nanda Beatini Sibling | $4,250,000.00 |
| | Mark Beatini Sibling | $4,250,000.00 |
| Anil T. Bharvaney | Pandora Bharvaney Spouse | $12,500,000.0 |
| | Savitri Bharvaney Parent | $8,500,000.00 |
| | Govind Bharvaney (died post-9/11) Parent | $8,500,000.00 |
| | Kishore Bharvaney Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Colin Bonnett | Cathy Ann Bonnett Spouse | $12,500,000.00 |
| | Kody Bonnett Child | $8,500,000.00 |
| | Aubrey A. Parris Parent | $8,500,000.00 |
| | Julia V. Bonnett Parent | $8,500,000.00 |
| | Heather Bonnett Sibling | $4,250,000.00 |
| Thomas Bowden | Deborah Bowden Hart Spouse | $12,500,000.00 |
| | [redacted][1] Child | $8,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | Thomas Bowden Sr. Parent | $8,500,000.00 |
| | Sheila Bowden Parent | $8,500,000.00 |
| | Kathleen Bowden Sibling | $4,250,000.00 |
| | Paul Bowden Sibling | $4,250,000.00 |
| | James Bowden Sibling | $4,250,000.00 |

[1] The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Shawn E. Bowman | Jennifer Bowman Henry Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | Shawn Bowman Sr. Parent | $8,500,000.00 |
| | Carol Bowman Parent | $8,500,000.00 |
| | James Bowman Sibling | $4,250,000.00 |
| Thomas Brennan | Jennifer Brennan Waterhouse Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | John Brennan Parent | $8,500,000.00 |
| | Anita Brennan Parent | $8,500,000.00 |
| | John Brennan Sibling | $4,250,000.00 |
| | Paul Brennan Sibling | $4,250,000.00 |
| | Marybeth Brennan Sibling | $4,250,000.00 |
| | Michael Brennan Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Milton Bustillo | Laura Bustillo Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | Margarita Better Parent | $8,500,000.00 |
| | Gilberto Bustillo (died post-9/11) Parent | $8,500,000.00 |
| | Henry Bustillo Sibling | $4,250,000.00 |
| | Gilberto Bustillo, Jr. Sibling | $4,250,000.00 |
| | Dissa Bustillo Sibling | $4,250,000.00 |
| | Mirna Bustillo Sibling | $4,250,000.00 |
| John A. Candela | Elizabeth Candela Spouse | $12,500,000.00 |
| | Juliette Candela Child | $8,500,000.00 |
| | John Candela Jr. Child | $8,500,000.00 |
| | John C. Candela (died in 2002) Parent | $8,500,000.00 |
| | Phyllis Candela (died in 2012) Parent | $8,500,000.00 |
| | Joseph Candela Sibling | $4,250,000.00 |
| | Valerie Speller Sibling | $4,250,000.00 |
| | Karen Ann Mee Sibling | $4,250,000.00 |
| | Joan Brady Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Edward Carlino | Marie Carlino | Spouse | $12,500,000.00 |
| | Lisa Lopez | Child | $8,500,000.00 |
| | Salvatore Carlino | Parent | $8,500,000.00 |
| | Mary M. Carlino | Parent | $8,500,000.00 |
| Michael J. Cunningham | Teresa Cunningham | Spouse | $12,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | Laurence Cunningham | Parent | $8,500,000.00 |
| | Bernadette Cunningham | Sibling | $4,250,000.00 |
| | Paul Cunningham | Sibling | $4,250,000.00 |
| | Sean Cunningham | Sibling | $4,250,000.00 |
| | Andrew Cunningham | Sibling | $4,250,000.00 |
| | Julieanne Cunningham | Sibling | $4,250,000.00 |

| **Estate** | **Family Members** | **Solatium Damages** |
|---|---|---|
| Jack L. D’Ambrosi, Jr. | Karen D'Ambrosi Spouse | $12,500,000.00 |
| | Jacqueline D'Ambrosi Child | $8,500,000.00 |
| | Emily E. D'Ambrosi Child | $8,500,000.00 |
| | Jack D’Ambrosi, Sr. Parent | $8,500,000.00 |
| | Denise Bonoli Sibling | $4,250,000.00 |
| | Dean D'Ambrosi Sibling | $4,250,000.00 |
| Patrick Danahy | Mary Danahy Sammel Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | Grace A. Danahy Child | $8,500,000.00 |
| | Francis Danahy Parent | $8,500,000.00 |
| | Mary-Anne Danahy Parent | $8,500,000.00 |
| | Kathleen Samuelson Sibling | $4,250,000.00 |
| | Denise Duffy Sibling | $4,250,000.00 |
| | Michael Danahy Sibling | $4,250,000.00 |
| | Mary Ann Danahy Sibling | $4,250,000.00 |
| | John Danahy Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| David DiMeglio | John DiMeglio | Parent | $8,500,000.00 |
| | Patti DiMeglio | Parent | $8,500,000.00 |
| | Daniel DiMeglio | Sibling | $4,250,000.00 |
| Vincenzo Gallucci | Barbara Gallucci | Spouse | $12,500,000.00 |
| | Joseph Gallucci | Child | $8,500,000.00 |
| | Alyssa Gallucci | Child | $8,500,000.00 |
| | Joseph Gallucci | Parent | $8,500,000.00 |
| | Angela Gallucci | Parent | $8,500,000.00 |
| | Grace Santorelli | Sibling | $4,250,000.00 |
| Donna Giordano | Michael Giordano | Child | $8,500,000.00 |
| | Domenick D'Ambola | Father | $8,500,000.00 |
| | Jessamine D'Ambola (Died in 2003) | Mother | $8,500,000.00 |
| | Elaine Barrett | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jeremy Glick | Lyzbeth Glick Best | Spouse | $12,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | Lloyd Glick | Parent | $8,500,000.00 |
| | Joan Glick | Parent | $8,500,000.00 |
| | Joanna Glick | Sibling | $4,250,000.00 |
| | Jennifer Glick | Sibling | $4,250,000.00 |
| | Jed Glick | Sibling | $4,250,000.00 |
| | Jared Glick | Sibling | $4,250,000.00 |
| | Jonah Glick | Sibling | $4,250,000.00 |
| Steven Goldstein | Jill Goldstein | Spouse | $12,500,000.00 |
| | Hanna Goldstein | Child | *$8,500,000.00* |
| | [redacted] | Child | $8,500,000.00 |
| | Alyce Goldstein | Parent | $8,500,000.00 |
| | Robert Goldstein | Sibling | $4,250,000.00 |
| Linda Gronlund | Doris Gronlund | Parent | $8,500,000.00 |
| | Gunnar Gronlund (died in 2002) | Parent | $8,500,000.00 |
| | Elsa Strong | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kevin Hannaford | Eileen Hannaford | Spouse | $12,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | James Hannaford | Parent | $8,500,000.00 |
| | Nancy Hannaford | Parent | $8,500,000.00 |
| | Elizabeth Saraceno | Sibling | $4,250,000.00 |
| | Patrick Hannaford | Sibling | $4,250,000.00 |
| Donald T. Jones, II | Michele Jones-Ferrell | Spouse | $12,500,000.00 |
| | Taylor N. Jones | Child | $8,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | Donald T. Jones, Sr. | Parent | $8,500,000.00 |
| | Judith Jones | Parent | $8,500,000.00 |
| | William B. Jones | Sibling | $4,250,000.00 |
| Scott Johnson | Thomas S. Johnson | Parent | $8,500,000.00 |
| | Ann Johnson | Parent | $8,500,000.00 |
| | Margaret Johnson | Sibling | $4,250,000.00 |
| | Thomas P. Johnson (died in 2015) | Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Howard Kane | Lori Kane Spouse | $12,500,000.00 |
| | Jason B. Kane Child | $8,500,000.00 |
| | Bruce Kane (died in 2016) Parent | $8,500,000.00 |
| | Rochelle Kane Parent | $8,500,000.00 |
| | Adam Kane Sibling | $4,250,000.00 |
| | Holly Ann Kane Sibling | $4,250,000.00 |
| Joseph Keller | Rose Keller D'Alessandro Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | June Saslow Parent | $8,500,000.00 |
| | Jennifer Lutz Sibling | $4,250,000.00 |
| Catherine MacRae | Cameron MacRae Parent | $8,500,000.00 |
| | Ann B. MacRae Parent | $8,500,000.00 |
| | Ann C. MacRae Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Ronald Magnuson | Audrey Magnuson Spouse | $12,500,000.00 |
| | Jeffrey A. Magnuson Child | $8,500,000.00 |
| | Sheryl A. Magnuson Child | $8,500,000.00 |
| | Knut Magnuson Sibling | $4,250,000.00 |
| Daniel Maher | Kathy Maher Spouse | $12,500,000.00 |
| | Daniel Maher Child | $8,500,000.00 |
| | Joseph Maher Child | $8,500,000.00 |
| | Raymond Maher Jr. Sibling (died post 9/11) | $4,250,000.00 |
| | James Maher Sibling | $4,250,000.00 |
| | Jeanne Brandofino Sibling | $4,250,000.00 |
| David Meyer | Margaret Meyer Spouse | $12,500,000.00 |
| | Heidi Meyer Child | $8,500,000.00 |
| | Heather Meyer Child | $8,500,000.00 |
| | Dawn Meyer Child | $8,500,000.00 |
| | Charles Meyer Sibling | $4,250,000.00 |
| | Kristine Riordan Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kristen Montanaro | Ellen Robb | Parent | $8,500,000.00 |
| | Frank Montanaro | Parent | $8,500,000.00 |
| | Karen Montanaro | Sibling | $4,250,000.00 |
| | Jamie Montanaro | Sibling | $4,250,000.00 |
| Kevin Murphy | Beth Murphy | Spouse | $12,500,000.00 |
| | Connor K. Murphy | Child | $8,500,000.00 |
| | Caitlyn B. Murphy | Child | $8,500,000.00 |
| | Sally Heyser | Parent | $8,500,000.00 |
| | Timothy Murphy (died post-9/11) | Parent | $8,500,000.00 |
| | Mary Beth Dougherty | Sibling | $4,250,000.00 |
| | Timothy Murphy, Jr. | Sibling | $4,250,000.00 |
| | Michael Murphy | Sibling | $4,250,000.00 |
| | Jack Murphy | Sibling | $4,250,000.00 |
| Ronald Orsini | Arlene Orsini | Spouse | $12,500,000.00 |
| | Danielle Orsini Pandolfi | Child | $8,500,000.00 |
| | Barbara Orsini | Sibling | $4,250,000.00 |
| | Robert Orisini | Sibling | $4,250,000.00 |

| **Estate** | **Family Members** | **Solatium Damages** |
|---|---|---|
| Jean Peterson | Jennifer Price-Selkever Child | $8,500,000.00 |
| | Catherine Price Child | $8,500,000.00 |
| | Grace Sherwood Child | $8,500,000.00 |
| | Virginia Hoadley (died post-9/11) Parent | $8,500,000.00 |
| | Walter Hoadley (died in 2003) Parent | $8,500,000.00 |
| | Richard Hoadley Sibling | $4,250,000.00 |
| John Ryan | Patricia Ryan Spouse | $12,500,000.00 |
| | Laura Ryan Child | $8,500,000.00 |
| | Kristen Ryan Child | $8,500,000.00 |
| | Colin Ryan Child | $8,500,000.00 |
| | John Ryan, Sr. Parent | $8,500,000.00 |
| | Mary Ryan Parent | $8,500,000.00 |
| | Patrick Ryan Sibling | $4,250,000.00 |
| | Teague Ryan Sibling | $4,250,000.00 |
| | Aileen Ryan Burden Sibling | $4,250,000.00 |
| | Colleen Ryan (died post 9/11) Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Steven F. Schlag | Tomoko T. Schlag Spouse | $12,500,000.00 |
| | Dakota I. Schlag Child | $8,500,000.00 |
| | Garrett M. Schlag Child | $8,500,000.00 |
| | Sierra A. Schlag Child | $8,500,000.00 |
| | Donald Schlag Parent | $8,500,000.00 |
| | Patricia Schlag Parent | $8,500,000.00 |
| | Jean Schlag Sibling | $4,250,000.00 |
| | Ellen Schlag Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne Sisolak Penavic Spouse | $12,500,000.00 |
| | Paul Sisolak Parent<br>(died in 2003) | $8,500,000.00 |
| | Anna J. Powell Parent | $8,500,000.00 |
| | Theresa Reller Sibling | $4,250,000.00 |
| | Thomas Sisolak Sibling<br>(died in April 2016) | $4,250,000.00 |

| **Estate** | **Family Members** | **Solatium Damages** |
|---|---|---|
| Daniel Smith | Mary Smith Spouse | $12,500,000.00 |
| | Elizabeth Smith Child | $8,500,000.00 |
| | Michael Smith Child | $8,500,000.00 |
| | Tracey Smith (dec. year unknown) Parent | $8,500,000.00 |
| | Helen McCarthy (dec. year unknown) Parent | $8,500,000.00 |
| Michael Tanner | Michele Tanner Spouse | $12,500,000.00 |
| | Sasha Tanner Child | $8,500,000.00 |
| | Gianna Tanner Child | $8,500,000.00 |
| | Mary Tanner (died in 2015) Parent | $8,500,000.00 |
| | Kenneth Tanner Jr. Sibling | $4,250,000.00 |
| | Rene Abbatte Sibling | $4,250,000.00 |
| | Nicole Tanner Sibling | $4,250,000.00 |
| | Maria Marascuilo Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| Scott Vasel | Amy Vasel Spouse | $12,500,000.00 |
| | [redacted] Child | $8,500,000.00 |
| | Ryan A. Vasel Child | $8,500,000.00 |
| | Mynda Vasel (died in 2004) Parent | $8,500,000.00 |
| | Charles Vasel (died in 2010) Parent | $8,500,000.00 |
| | Janyne Dembicki Sibling | $4,250,000.00 |
| Alan Wisniewski | Kathy Wisniewski Spouse | $12,500,000.00 |
| | Jessica M. Wisniewski Child | $8,500,000.00 |
| | Erica C. Wisniewski Child | $8,500,000.00 |
| | Matthew Wisniewski Child | $8,500,000.00 |
| | Muriel Wisniewski (died in 2003) Parent | $8,500,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Salvatore Zisa | Roseann Zisa | Spouse | $12,500,000.00 |
| | Christina Zisa | Child | $8,500,000.00 |
| | Joseph Zisa | Child | $8,500,000.00 |
| | Joseph Zisa (died in 2014) | Parent | $8,500,000.00 |
| | Josephine Zisa | Parent | $8,500,000.00 |
| | Rosemarie Martie | Sibling | $4,250,000.00 |
| | Phyllis Zisa Kelly | Sibling | $4,250,000.00 |
| | Jane Zisa Presto | Sibling | $4,250,000.00 |
| | Anthony Zisa | Sibling | $4,250,000.00 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 31 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**[PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT**

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II* and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the attached Exhibits A and B are awarded solatium damages;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an application for economic damages awards that will be approved on the same basis as previously awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
October ____, 2016

SO ORDERED:

OCT 31 2016

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2022

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

-----------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-06977
Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236
Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

On October 17, 2022, Patricia Ryan, Kristen Ryan, Colin Ryan, Laura Ryan, Katherine Maher, Daniel Maher, and Joseph Maher (collectively, "Plaintiffs") moved to sever their claims against the Taliban and the "Saudi defendants" from Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236 ("Bauer"), under Rule 21 of the Federal Rules of Civil Procedure. ECF No. 8644 at 2.[1] They also requested leave to file a short form complaint against the Taliban in a new member case to be consolidated with Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-06977 ("Ashton"). Id.

Plaintiffs' prior counsel, Baumeister & Samuels, P.C. ("Baumeister"), oppose severance on the grounds that Plaintiffs have no live claims in Ashton or Bauer, and therefore there is nothing for the Court to sever. ECF No. 8648 at 3. Plaintiffs, however, believe that their claims against the Taliban and the Saudi defendants remain in Ashton and Bauer and only their Iran

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

claims have been removed to Ryan, et al. v. The Islamic Republic of Iran, et al., No. 20-cv-00266 ("Ryan"). ECF No. 8650.

## DISCUSSION

The parties' current dispute has its genesis in Plaintiffs' September 2019 motion to substitute counsel. Plaintiffs named Dennis Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC ("Wiggins Childs") as their new attorney. ECF Nos. 5164, 5165. Baumeister partially opposed the Plaintiffs' motions. ECF Nos. 5169, 5171.

On November 26, 2019, the Court held a conference to discuss the parties' central concern, which related to a charging lien. During the conference, the Court observed that it seemed "appropriate that [the] substitution should be granted and that the plaintiff[s] should be moved into a new case so that they can be represented by new counsel." ECF No. 5354 at 3:16–18. At the conclusion of the hearing, the Court directed the parties to "file a stipulation . . . to move these plaintiffs out of the Ashton and Bauer cases and into a new case." ECF No. 5354 at 27:23–25. Following the hearing, the Court issued an order granting the motions to substitute and stating:

> By Tuesday, December 10, 2019, Plaintiffs are directed to voluntarily withdraw their claims from the Ashton and Bauer actions and file a new member case associated with the Havlish action, or otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints.

ECF No. 5312. Nothing in the order limited the withdrawal to Plaintiffs' Iran claims.

Thereafter, Plaintiffs submitted a status letter in December 2019 indicating that they planned to file a "motion to remove and transfer the claims from their current complaints" into a "new Complaint to be entitled Ryan, et al. v. The Islamic Republic of Iran, et al." ECF No. 5374 at 2. They filed that motion on January 6, 2020, and a corrected version on January 8, 2020. ECF Nos. 5444, 5464. The accompanying memorandum of law states: "All of the Ryan Plaintiffs

have voluntarily withdrawn their claims from the Ashton, Bauer and Burnett actions." ECF No. 5465 at 15. The Court granted Plaintiffs' motion on January 9, 2020. ECF No. 5480.

On August 3, 2020, Plaintiffs filed a motion seeking to "transfer[]" their claims against Sudan from the Ashton and Bauer cases into a new member case using a short form complaint. ECF No. 6354. The Plaintiffs acknowledged that the Court had directed Plaintiffs' claims to "be moved into a new case to be captioned Ryan, et. al.," but noted that, "[o]n the advice of co-counsel for European judgment enforcement, only defendants associated with Iran were made a part of the Ryan case." ECF No. 6350 at 4. The Plaintiffs specifically stated that they had not pursued their claims against Sudan and the Kingdom of Saudi Arabia for this reason. The Court denied the motion without addressing the status of Plaintiffs' claims in Ashton and Bauer. ECF No. 6374.

Separately, two Plaintiffs, Daniel and Joseph Maher, recently joined MDL member case Grazioso, et al. v. Islamic Emirate of Afghanistan, a/k/a The Taliban, et al., No. 22-cv-01188. This further indicates that Plaintiffs have no live claims against the Taliban in Ashton and Bauer.

The remaining Plaintiffs filed a notice of amendment and a motion for default judgment against the Taliban on October 14, 2022. ECF Nos. 8636, 8638. The default judgment motion is premised on a certificate of default issued in Ashton and therefore is proper only if Plaintiffs' Taliban claims remain in Ashton.

In short, Plaintiffs were ordered to withdraw their claims from Ashton and Bauer; they represented that they had done so in a motion to transfer their claims to a new member case; and then, as part of their litigation strategy, they chose to bring claims only against Iran in Ryan. On these facts, the Court is inclined to deny the motion to sever as moot.

A conference is SCHEDULED for Friday, November 18, 2022, at 10:00 a.m. in Courtroom 110, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss the status of any live claims against the Taliban and the Kingdom of Saudi Arabia. If this date is unavailable for any party, please contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

If the conference confirms the Court's tentative conclusion, the Court will deny the motion to sever and direct the Plaintiffs' current counsel to meet with the Plaintiffs' Executive Committees to propose a process for filing new claims against the Taliban via a short form complaint or other similar mechanism.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2022
New York, New York

Case 1:03-md-01570-GBD-SN Document 5908-1 Filed 02/11/20 Page 27 of 41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD)(SN)

FEB 2 1 2020

This Document Relates To:
*Ryan, et al. v. Islamic Republic of Iran, et al.,* 1:20-cv-00266 (GBD)(SN)

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS

Upon consideration of the evidence and arguments submitted by Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, in the action styled *Ryan, et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN), who are each the estate of a victim of the terrorist attacks on September 11, 2001 who was killed either on September 11, 2001 or in the immediate aftermath of September 11, 2001, and the Judgment by Default for liability entered against the Islamic Republic of Iran on August 31, 2015, *sub. nom. Ashton, et al v. al Qaeda Islamic Army, et al.*, 02-cv-6987 (GBD)(FM)(1:03-md-01570, Doc. No. 3014), together with the entire record in this case, it is hereby:

**ORDERED** that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Islamic Republic of Iran and on behalf of Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, in the action styled *Ryan, et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN), who are each the estate of a victim of the terrorist attacks on September 11, 200; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, were granted a Default Judgment against the Islamic Republic of Iran (1:03-md-01570, Doc. No. 3014), and were awarded compensatory damages of $2,000,000.00 for conscious pain and suffering (1:03-md-01570, Docs. No. 3226, dated March 8, 2016; 1:03-md-01570, Doc. No. 3229, dated March 9, 2016); and it is

**ORDERED** that Plaintiff, the Estate of John J. Ryan, is awarded economic damages in the amount of $21,160,744.00 to be added to the existing judgment for $2,000.000.00 for pain and suffering as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit A to the Pantazis Declaration; and it is

**ORDERED** that the Estate of Daniel L. Maher is awarded economic damages in the amount of $7,662,835.00 to be added to the existing judgment for $2,000.000.00 for pain and suffering, as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit A to the Pantazis Declaration; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, may submit an application for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York

FEB 2 1 2020, 2020

**SO ORDERED**:

George B. Daniels

GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**----------------------------------------------------------------X**

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977
Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236
Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003
Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

Before the Court is a motion to sever the claims of certain plaintiffs[1]—Katherine Maher, Daniel R. Maher, Joseph Maher, and the Estate of Daniel L. Maher (collectively, the "Maher Plaintiffs")—from the consolidated cases in Ashton, et al. v. Al Qaeda Islamic Army, et al, No. 02-cv-06977 ("Ashton v. Al Qaeda"), Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236 ("Bauer"), and Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003 ("Ashton v. KSA"), (collectively, "Ashton/Bauer"). ECF No. 8644.[2] The Maher Plaintiffs seek to prosecute their claims in new and existing cases. See ECF No. 8786. To that end, they request that the Court open three new cases and transfer certain docket entries from the Ashton/Bauer dockets to new and existing case dockets. See id.; ECF Nos. 8794, 8886.

---

[1] This motion was originally joined by other plaintiffs who have since changed counsel and retracted their request to sever and transfer their claims. See ECF Nos. 8836, 8845, 8898. The Court will issue a separate order addressing those plaintiffs.
[2] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The impetus for severing these claims was the Maher Plaintiffs' 2019 change in representation from Baumeister & Samuels, P.C. to Wiggins Childs Pantazis Fisher Goldfarb LLC. See ECF Nos. 5165. The fallout from that decision—including disputes over charging liens and the status of various claims—led to several rounds of briefing and consumed three Court hearings. See ECF Nos. 8703 (summarizing the procedural history through November 2022), 8913 (scheduling third conference).

After discussion with current and former counsel, the Court determined that the most appropriate course of action was to first sever the Maher Plaintiffs' claims from Ashton/Bauer *nunc pro tunc* to the date of the original purported severance and then transfer those claims into new cases. This will formalize the removal of the Maher Plaintiffs from the Ashton/Bauer action while preserving the status of their claims. It will not impact the status of the Maher Plaintiffs' claims in Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266 ("Ryan"), or Grazioso, et al. v. Islamic Emirate of Afghanistan, et al., No. 22-cv-01188 ("Grazioso"), except to explicitly incorporate certain docket entries from the Ashton/Bauer cases into Ryan, as ordered below.

Counsel provided the Court a list of plaintiffs and defendants to be added to each new case and a list of Ashton/Bauer docket entries that apply to the Maher Plaintiffs' claims. See ECF No. 8886. Although the Court cannot transfer all of these docket entries into the Maher Plaintiffs' new cases, it incorporates them by reference. The Court will transfer complaints and amended complaints to the new cases, because without those docket entries, ECF will not permit a defendant to file an answer. The Court will also transfer docket events denoting entries of default to avoid confusion about the status of defaulting defendants.

Among the docket entries that will be incorporated by reference are pending motions whose outcomes will bind the Maher Plaintiffs. To the extent possible, the Court will explicitly note the case names and docket numbers of the Maher Plaintiffs' new cases in its decisions on these pending motions so it is clear that the decisions apply to the new cases. That said, the Court's decisions will apply to the Maher Plaintiffs' claims even if they do not reference the new case names and docket numbers.

## CONCLUSION

The Court ORDERS that all claims by the Maher Plaintiffs against all defendants are severed from Ashton/Bauer *nunc pro tunc* to January 9, 2020.

The Maher Plaintiffs' claims in Ryan and Grazioso will continue to be prosecuted in those cases and this order does not impact the status of those claims. The docket entries listed in Appendix A—as well as any other service events, defaults, discovery, filings, proceedings, and orders previously applicable to the Maher Plaintiffs claims in Ryan—are deemed incorporated into Ryan and are applicable to and binding upon the Maher Plaintiffs in Ryan.

The Court respectfully directs the Clerk of the Court to open three new cases to be styled Maher, et al. v. Kingdom of Saudi Arabia, et al., Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al., and Maher, et al. v. Republic of the Sudan. These three new cases shall be accepted into this multidistrict litigation case, In re Terrorist Attacks on September 11, 2001, No. 03-md-01570, assigned to Judge George B. Daniels, and referred to Judge Sarah Netburn in accordance with ECF No. 3418. Once these cases have been opened, the Clerk's Office will contact counsel to arrange payment of the filing fees.

The Maher Plaintiffs' severed claims (other than those prosecuted in Ryan and Grazioso) are transferred into these three new cases as prescribed in Appendices B, C, and D. This order shall be filed in each new case. The Clerk of the Court is respectfully directed to docket in each

case the complaints, amended complaints, and entries of default included in the list of docket entries in Appendices B, C, and D. All docket entries listed in Appendices B, C, and D—as well as any other complaints, service events, defaults, discovery, filings, proceedings, and orders previously applicable to the Maher Plaintiffs' claims against the relevant defendants—are deemed incorporated into the new cases and are applicable to and binding upon the Maher Plaintiffs in each of the new cases.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 8644, 8794, and 8885 and the related motions in Ashton v. Al Qaeda, No. 02-cv-06977, ECF Nos. 1786, 1880, and 1918; Bauer, No. 02-cv-07236, ECF Nos. 192, 218, and 227; Ashton v. KSA, No. 17-cv-02003, ECF No. 259; and Ryan, No. 20-cv-00266, ECF Nos. 114, 121, and 126.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: April 4, 2023
New York, New York

## APPENDIX A

**Case:** Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

**Docket entries deemed incorporated:**

Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236, ECF Nos. 11, 32, 38, 111, 358, 465, 758, 759

Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977, ECF Nos. 14, 15, 16, 17, 18, 19, 20, 36

## APPENDIX B

**New case:** Maher, et al. v. Kingdom of Saudi Arabia, et al.

**Plaintiffs:**

Estate of Daniel L. Maher (personal representative: Katherine Maher)

Katherine Maher

Daniel R. Maher

Joseph F. Maher

**Defendants:**

Kingdom of Saudi Arabia

**Docket entries deemed incorporated:**

Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003, ECF Nos. 1, 20

## APPENDIX C

**New case**: Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.

**Plaintiffs**:

Estate of Daniel L. Maher (personal representative: Katherine Maher)

Katherine Maher

Daniel R. Maher*

Joseph F. Maher*

*Note: These plaintiffs assert claims against all defendants listed below *except* the Taliban, Al Qaeda, and the Estate of Osama bin Laden, each of which is marked with an asterisk.

**Defendants**[3]:

World Assembly of Muslim Youth

International Islamic Relief Organization

Muslim World League

Abdullah Bin Saleh Al Obaid

Abdullah Muhsen Al Turki

Adnan Basha

Yassin Kadi

Abdullah Omar Naseef

Aqeel Al Aqeel

Dallah Avco Trans Arabia Co. Ltd.

Soliman H.S. Al-Buthe

---

[3] Defendants' names are spelled in various ways in the complaints and on the docket. To aid the Clerk of the Court in effectuating these orders, the Court has attempted to use the spellings that appear on ECF and/or the operative complaint. It has included a/k/a designations recognized by ECF. Where ECF lists a/k/a names as separate defendants, the Court does so here. Where the a/k/a names do not appear on ECF, the Court omits them.

Case 1:20-cv-01573-GBD Document 25-8 Filed 11/05/20 Page 8 of 12

Sulaiman Al-Ali[4]

Islamic Emirate of Afghanistan a/k/a The Taliban*

Al Qaeda Islamic Army a/k/a Al Qaeda*

Estate of Osama Bin Laden*

Egyptian Islamic Jihad

Muslim Brotherhood

Mohamad Bayazid

Gulbuddin Hekmatyar

Wa'el Jelaidan

Benevolence International Foundation, Inc.

Taibah International Aid Association

Global Relief Foundation, Inc.

Muwaffaq Foundation

Akida Bank Private Limited

Al Taqwa Bank

Hassan Bahfzallah

Adel Batterjee a/k/a Sheikh Adil Galil Batargy

Mansour Al-Kadi

Nada Management Organization SA

Al Taqwa Management Organization

Nasco Nasreddin Holdings SA

---

[4] Sulaiman Al-Ali is listed as "terminated" as a defendant as of July 14, 2011 on the main MDL docket, but the Court's decision dismissing claims against Al-Ali was reversed. See In re Terrorist Attacks on Sept. 11, 2001, 714 F.3d 659 (2d Cir. 2013). The Clerk of the Court is respectfully requested to remedy this designation.

Ali Ghaleb Himmat

Piedmont Poultry

Yousef M. Nada

Youssef M. Nada Establishment[5]

Mufti Mohammed Rashid

Abdulrahman Alamoudi

Armand Albert Freidrich Huber a/k/a Ahmed Huber

Global Diamond Resources

Gum Arabic Co. Ltd.

Mamoun Darkazanli

Mamoun Darkazanli Import-Export Company

Miga – Malaysian Swiss, Gulf and African Chamber

Mohammed Bahareth

Mustafa Ahmed Al-Hawsawi

New Diamond Holdings

Said Bahaji

Sana-Bell Inc.

Sanabel Al Kheer, Inc.

Sanabil Al-Khair

Sherif Sedky

Estate of Ayman Al Zawahiri

Abd Al Rahim Al Nashiri

---

[5] This defendant is not easily identifiable on the main MDL docket, but is listed this way on the complaint.

Bilal Bin Marwan

Abu Zubaydah

Khalid Sheikh Mohammed

Muhammed Galeb Kalaje Zouaydi

Mounir El-Motassadeq

Ramzi Mohammed Abdullah Binalshibh

Estate of Abdulaziz Al Omari

Estate of Ahmed Al Ghamdi

Estate of Ahmed Al Nami

Estate of Ahmed Ibrahim A. Al Haznawi

Estate of Fayez Ahmed

Estate of Hamza Al Ghamdi

Estate of Hani Hanjour

Estate of Khalid Al Midhar

Estate of Majed Moqued

Estate of Marwan Al-Shehhi

Estate of Mohald Al Shehri

Estate of Mohammed Atta

Estate of Nawaf Al Hazmi

Estate of Saeed Al Ghamdi

Estate of Salem Al Hazmi

Estate of Satam Al-Suqami

Estate of Waleed Al-Shehri

Estate of Ziad Samir Jarrah

Zacarias Moussaoui

**Docket entries deemed incorporated:**

Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977, ECF Nos. 5, 11, 12, 32, 38, 111, 194, 247, 253, 465, 524, 528

Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236, ECF Nos. 1, 8, 10, 133, 167, 168, 169

In re Terrorist Attacks of Sept. 11, 2001, No. 03-md-01570, ECF Nos. 1, 447, 3311, 3323, 7870, 8275

## APPENDIX D

**New case:** Maher, et al. v. Republic of the Sudan

**Plaintiffs:**

Estate of Daniel L. Maher (personal representative: Katherine Maher)

Katherine Maher

Daniel R. Maher

Joseph F. Maher

**Defendants:**

Republic of the Sudan

**Docket entries deemed incorporated:**

Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977, ECF Nos. 11, 32, 38, 111, 358, 465, 652, 1322

Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236, ECF No. 1

In re Terrorist Attacks of Sept. 11, 2001, No. 03-md-01570, ECF Nos. 5824, 5825, 6285, 6286, 6288, 6291, 6328, 6350, 6351, 6374, 6397, 6399, 6493, 6401, 6427, 6428, 6429, 6537, 6462, 6482, 6492, 6493, 6496, 6521, 6537, 6539, 6540, 6547, 6574, 6575, 6649, 6713, 7060, 7136, 7250, 7266, 7942, 8090, 8143, 8169, 8170, 8549, 8570, 8707, 8708, 8717, 8791, 8792, 8793, 8834

Case 1:03-md-01570-GBD-SN Document 9172 Filed 06/28/23 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**-----------------------------------------------------------------X**

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

At their request, all judgments and claims by the Ryan and Breitweiser Plaintiffs, as defined in ECF No. 8985,[1] have been transferred or dismissed from Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266. See ECF Nos. 8985 (restoring and transferring claims and judgments), 9082 (notice of voluntary dismissal), 9161 (approval of voluntary dismissal). For the reasons stated at the Court's March 16, 2023 conference, and in light of the status of the Ryan Plaintiffs' claims as referenced above, the Clerk of the Court is respectfully directed to change the caption of Case No. 20-cv-00266 to Katherine Maher, Individually, and as Personal Representative of the Estate of Daniel L. Maher, et al. v. Islamic Republic of Iran, et al.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: June 28, 2023
New York, New York

[1] Unless otherwise note, all ECF number refer to the main MDL docket, No. 03-md-01570.