# EXHIBIT F-2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 4 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case *Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD) (SN)

**~~[PROPOSED]~~ FINAL ORDER OF SUMMARY JUDGMENT**

Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those plaintiffs in the case *Parker, et al. v. Islamic Republic of Iran,* 18-cv-114167 identified in the attached Exhibit A against the Islamic Republic of Iran (the "*Parker* Plaintiffs"); and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

**ORDERED** that the *Parker* Plaintiffs identified on Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this Court on this issue.

Dated: SEP 0 4 2019, 2019
New York, New York

SO ORDERED:

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

***Parker, et al. v. The Islamic Republic of Iran*, Civil Action No. 18-11416**

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Philip L. Parker | Joan Z. Parker | Spouse | $12,500,000.00 |
| | Stephanie Z. Parker | Child | $8,500,000.00 |
| | Estate of George L. Parker | Parent | $8,500,000.00 |
| | Leslie P. Bennison | Sibling | $4,250,000.00 |
| David S. Suarez | Carol A. Suarez | Parent | $8,500,000.00 |
| | Manuel T. Suarez | Parent | $8,500,000.00 |
| | Kristen M. Carpenter | Sibling | $4,250,000.00 |
| | Bryan A. Suarez | Sibling | $4,250,000.00 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 07 2020

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)

**[redacted] ORDER OF FINAL JUDGMENT**

Upon consideration of the evidence and arguments submitted by the *Parker* Plaintiffs in the above-captioned action, and the Judgment by Default against Defendant Islamic Republic of Iran ("Iran") against whom liability default was entered on August 31, 2015 (ECF No. 3014), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded compensatory damages for their decedents' conscious pain and suffering as set forth in Exhibit A; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded prejudgment interest of 4.96% per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Parker* Plaintiffs may submit applications seeking economic losses or punitive damages at a later date consistent with future rulings of this Court.

Dated: New York, New York
January ___, 2020

JAN 0 7 2020

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Case 1:20-cv-00037-GBD Document 25-1 Filed 01/02/20 Page 4 of 4

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Philip | L. | Parker | | $2,000,000.00 | | $2,000,000.00 |
| 2 | David | S. | Suarez | | $2,000,000.00 | | $2,000,000.00 |