# Verifications for the Hoglan Claimants

**VERIFICATION**

I, Kui Liong Lee, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 8a5325b47b

SIGNATURE

**VERIFICATION**

I, Winnee Lee, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 2a561e6afd

SIGNATURE

**VERIFICATION**

I, Jeanee Lee, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jeanee Lee

Egnyte Sign - b7e0f8d998

SIGNATURE

**VERIFICATION**

I, Joseph Carpeneto, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Nicholas Chirchirillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Nicholas Chirchirillo

Egnyte Sign - 1b4a5b2f1c

SIGNATURE

**VERIFICATION**

I, Michael Chirchirillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 .




SIGNATURE

## VERIFICATION

I, Leslie Coale Brown, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Leslie C. Brown

Egnyte Sign - c785e0db91

SIGNATURE

**VERIFICATION**

I, Colleen McDonald, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 483871868b

SIGNATURE

**VERIFICATION**

I, Keith Bradkowski, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Keith A Bradkowski

Egnyte Sign - 33a977b495

SIGNATURE

**VERIFICATION**

I, Kathryn E. Collman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Kathryn Collman

Egnyte Sign - 50dafd22ca

SIGNATURE

# VERIFICATION

I, Carolyn Sutton, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carolyn Sutton

Egnyte Sign - 2938b310d5

SIGNATURE

**VERIFICATION**

I, Vicki Lynn Michel, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Vicki Michel

Egnyte Sign - 4e0241ff9b

SIGNATURE

**VERIFICATION**

I, Charles Gengler, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 828541f3af

SIGNATURE

**VERIFICATION**

I, Steven Gengler, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 50b53985ba

SIGNATURE

**VERIFICATION**

I, Susan Bohan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Tanya Davis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Tanya Davis*

Egnyte Sign - 8ea1ac522a

SIGNATURE

**VERIFICATION**

I, Gabrielle Hunter Davis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - badae6317d

SIGNATURE

**VERIFICATION**

I, Malachai Roarke Davis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 91041e47ed

SIGNATURE

**VERIFICATION**

I, Jeannette Diehl Bergquist, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 33ab559453

SIGNATURE

**VERIFICATION**

I, Richard Fernandez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 58b6fbdbb0

SIGNATURE

**VERIFICATION**

I, Maria Joule, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 2f040a255d

SIGNATURE

**VERIFICATION**

I, Rachel G. Malubay, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - aa4ee69499

SIGNATURE

**VERIFICATION**

I, Aleese Hartmann Livesey, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 0d81e83364

SIGNATURE

## VERIFICATION

I, Michael Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Carolee Azzarello, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carolee Azzarello

Egnyte Sign - a00e9ba02a

SIGNATURE

**VERIFICATION**

I, Kristy Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Deborah Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Deborah P Grazioso

Egnyte Sign - dd43469273

SIGNATURE

**VERIFICATION**

I, Douglas Halvorson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Douglas J Halvorson

Egnyte Sign - 6bc3622a30

SIGNATURE

**VERIFICATION**

I, Kate Halvorson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 4ff5969aae

SIGNATURE

**VERIFICATION**

I, Lea Bitterman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - ac40a1d38f

SIGNATURE

**VERIFICATION**

I, Sean Bitterman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Derrick Hobin, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Melodie Homer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Laurel Homer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

## VERIFICATION

I, Ju-Hsiu Jian, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - b869bb3591

SIGNATURE

# VERIFICATION

I, William Jian, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 010ab2070a

SIGNATURE

# VERIFICATION

I, Kevin Jian, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Audrey R. Jones, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 8abe5e04b8

SIGNATURE

**VERIFICATION**

I, Robert A. Jones, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ____________________.

Egnyte Sign - 18d1c15ae5

SIGNATURE

**VERIFICATION**

I, Candy Moyer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 95fccb54c9

SIGNATURE

**VERIFICATION**

I, Anita Korsonsky, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Anita Korsonsky*

Egnyte Sign - 2364dab8d2

SIGNATURE

**VERIFICATION**

I, Dina LaFond, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Anita Korsonsky

Egnyte Sign - 17c239f548

SIGNATURE

**VERIFICATION**

I, Barbara Dziadek, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Paul Lavelle, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Barbara Lurman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 498ef41beb

SIGNATURE

**VERIFICATION**

I, Rina Joy Kaufman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 0510e31ba8

SIGNATURE

**VERIFICATION**

I, Stephanie Giglio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joseph Lostrangio, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Joseph Lostrangio Jr

Egnyte Sign - 8f9428d399

SIGNATURE

**VERIFICATION**

I, Cathryn Lostrangio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ____________.




______________________________________

SIGNATURE

**VERIFICATION**

I, Karen Lunder, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Ramon Melendez, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - cea13c675e

SIGNATURE

**VERIFICATION**

I, Ricky Melendez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - ad2ce9bb19

SIGNATURE

**VERIFICATION**

I, Tyler Melendez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Peter C. Milano, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - b4894a5b97

SIGNATURE

**VERIFICATION**

I, Frank Milano, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Frank Milano*

Egnyte Sign - 5466bd0d2e

SIGNATURE

**VERIFICATION**

I, Maureen Racioppi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Maureen Racioppi

Egnyte Sign - e84b64d9d0

SIGNATURE

**VERIFICATION**

I, Thomas Milano, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Thomas Milano

Egnyte Sign - 65b28d0f11

SIGNATURE

**VERIFICATION**

I, Philomena Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Mary Ann Mistrulli-Rosser, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joseph Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Angela Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Angela Mistrulli

Egnyte Sign - a79c0c8e4b

SIGNATURE

**VERIFICATION**

I, Maria Lambert, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 8f78664228

SIGNATURE

**VERIFICATION**

I, Jason Ruben Moreno f/k/a Rolando R. Moreno, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jason Moreno

Egnyte Sign - d4f156a318

SIGNATURE

**VERIFICATION**

I, Leiana Moreno, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Noelia Moreno, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Noelia Moreno

Egnyte Sign - febcf6e381

SIGNATURE

# VERIFICATION

I, Amy Martinez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - cdaae0009a

______________________________

SIGNATURE

**VERIFICATION**

I, Neal Green, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - e4e662b46c

SIGNATURE

**VERIFICATION**

I, Eric Nunez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - b85528b5cf

SIGNATURE

**VERIFICATION**

I, Theresa Papasso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Theresa Papasso

Egnyte Sign - 8384abbfc0

SIGNATURE

**VERIFICATION**

I, Salvatore Papasso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Salvatore Papasso

Egnyte Sign - 61b37d3626

SIGNATURE

**VERIFICATION**

I, Vincent Papasso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Vincent Papasso

Egnyte Sign - b063feeaba

SIGNATURE

**VERIFICATION**

I, Joel R. Perry, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Joel R. Perry

Egnyte Sign - 6082684079

SIGNATURE

**VERIFICATION**

I, Janice Perry Montoya, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Carl Stallworth, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 16587d7c05

SIGNATURE

**VERIFICATION**

I, Cynthia Watts, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 1de0310376

SIGNATURE

**VERIFICATION**

I, Angela Stallworth-Blunt, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - b602ac0f6c

SIGNATURE

**VERIFICATION**

I, Christian B. Stallworth f/k/a Brian Christian, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - c1ad863efd

SIGNATURE

**VERIFICATION**

I, Amanda Rogers, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Adam Reiss, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 99960d6b58

SIGNATURE

**VERIFICATION**

I, Jordan Reiss, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jonathan Reiss, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jennifer Reiss, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jennifer Sillman

Egnyte Sign - 74ea641047

SIGNATURE

**VERIFICATION**

I, Diana Diaz, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 8378fd980e

SIGNATURE

**VERIFICATION**

I, Audrey Model, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ___________.

Audrey Model

Egnyte Sign - 49ee681695

_______________________________________

SIGNATURE

**VERIFICATION**

I, Kirsten Saracini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Brielle Saracini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Brielle Saracini

Egnyte Sign - 1ff5117715

SIGNATURE

# VERIFICATION

I, Lori Brody, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Lori Brody

Egnyte Sign - f468c9b277

SIGNATURE

**VERIFICATION**

I, Ellen Schertzer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

paul schertzer

Egnyte Sign - 113a7e921b

SIGNATURE

**VERIFICATION**

I, Roy Yetkutiel Shefi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Naomi Ruth Shefi Applebaum, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Naomi Shefi

Egnyte Sign - 0e76574f95

SIGNATURE

**VERIFICATION**

I, Matt Sloan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Sarah Funk, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Sarah Funk

Egnyte Sign - 7758b06000

SIGNATURE

**VERIFICATION**

I, Raymond Smith, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 0969614e18

SIGNATURE

**VERIFICATION**

I, Carl Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Kevin Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Korry Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - fd415b6d30

SIGNATURE

**VERIFICATION**

I, Letricia Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Letricia Smith

Egnyte Sign - ab9be5ff9d

SIGNATURE

**VERIFICATION**

I, Andrew J. Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Andrew Soulas

Egnyte Sign - 164b776d22

SIGNATURE

**VERIFICATION**

I, Christopher Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Nicole Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 67d6ccf37e

SIGNATURE

**VERIFICATION**

I, Daniel Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 35a394c853

SIGNATURE

**VERIFICATION**

I, Stephen Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Frederick Soulas, III, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Frederick B Soulas III*

Egnyte Sign - c6c4aaf4ff

SIGNATURE

**VERIFICATION**

I, Daniel D. Soulas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Daniel D. Soulas

Egnyte Sign - 52fcfd9bd7

SIGNATURE

**VERIFICATION**

I, Michelle Donlan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - cce58951c4

SIGNATURE

**VERIFICATION**

I, Darren Steiner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 3204a7fef2

SIGNATURE

**VERIFICATION**

I, Jordan Steiner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jordan Steiner

Egnyte Sign - 5e3d70652b

SIGNATURE

**VERIFICATION**

I, Meredith Reverdito, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Meredith Reverdito

Egnyte Sign - d789f38aab

SIGNATURE

**VERIFICATION**

I, Kathleen Stergiopoulos, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michael Straub, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - aa01ac8d97

SIGNATURE

**VERIFICATION**

I, Samuel Straub, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Samuel E. Straub

Egnyte Sign - e347726735

SIGNATURE

**VERIFICATION**

I, Stanley Straub, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Stanley A. Straub

Egnyte Sign - faa49bd84e

SIGNATURE

**VERIFICATION**

I, Matthew Straub, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Salvatore Tino, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joseph Nicklo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - f81232076f

SIGNATURE

**VERIFICATION**

I, Mellanie Chafe, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Christopher Barton, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Christopher Barton

Egnyte Sign - 7efebae98f

SIGNATURE

**VERIFICATION**

I, Ryan Zeplin, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 39a407aed8

SIGNATURE

**VERIFICATION**

I, Ethan Zeplin, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Ethan Zeplin

Egnyte Sign - 0798b1f5d8

SIGNATURE

**VERIFICATION**

I, Estate of Mark Kendall Bingham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Candyce Hoglan, as Personal Representative of the Estate of Alice Hoglan a/k/a Hoagland, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Candyce Hoglan

Egnyte Sign - 142bfd0adf

SIGNATURE

**VERIFICATION**

I, Kui Liong Lee, as Personal Representative of the Estate of Siew Nya Ang, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 4ed44af914

SIGNATURE

**VERIFICATION**

I, Joseph Carpeneto, as Personal Representative of the Estate of Joyce Ann Carpeneto, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Leslie Coale Brown, as Personal Representative of the Estate of Joan Ann Coale, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 .




SIGNATURE

**VERIFICATION**

I, Daniel D. Coffey, as Personal Representative of the Estate of Jeannette Coffey, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Daniel D Coffey

Egnyte Sign - 94aaca6aa4

SIGNATURE

**VERIFICATION**

I, Daniel D. Coffey, as Personal Representative of the Estate of Daniel F. Coffey, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Daniel D Coffey

Egnyte Sign - 0a378261fa

SIGNATURE

**VERIFICATION**

I, Keith Bradkowski, as Personal Representative of the Estate of Beverly Sutton, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Tanya Davis, as Personal Representative of the Estate of Wayne T. Davis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Tanya Davis

Egnyte Sign - 8fe0c965f4

SIGNATURE

**VERIFICATION**

I, Timothy M. Regan, as Personal Representative of the Estate of Emma Fernandez Regan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 4f3d205fcd

SIGNATURE

**VERIFICATION**

I, Regina Maria Merwin, as Personal Representative of the Estate of Ranulf Gamboa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Regina Maria Merwin, as Personal Representative of the Estate of Renee Gamboa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Maria R. Merwin

Egnyte Sign - cd3690d893

SIGNATURE

**VERIFICATION**

I, John G. Haller, as Personal Representative of the Estate of James Bond Godshalk, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

John G. Haller

Egnyte Sign - 65a734a692

SIGNATURE

**VERIFICATION**

I, Carolee Azzarello, as Personal Representative of the Estate of Sandra Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carolee Azzarello

Egnyte Sign - 69dedcbc2d

SIGNATURE

**VERIFICATION**

I, Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Deborah P Grazioso

Egnyte Sign - 3109036491

SIGNATURE

# VERIFICATION

I, Kate Halvorson, as Personal Representative of the Estate of Evelyn Halvorson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 3a04e28f9f

SIGNATURE

**VERIFICATION**

I, Melodie Homer, as Personal Representative of the Estate of LeRoy W. Homer, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 9c6874b44e

SIGNATURE

**VERIFICATION**

I, Ju-Hsiu Jian, as Personal Representative of the Estate of Hweidar Jian, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Candy Moyer, as Personal Representative of the Estate of John R. Jones, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 1e8b9ce187

SIGNATURE

**VERIFICATION**

I, Barbara Lurman, as Personal Representative of the Estate of Leon Lebor, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Rina Kaufman, as Personal Representative of the Estate of Bessie Lebor, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michael LoGuidice, as Personal Representative of the Estate of Carmello J. LoGuidice, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 6a31e7c78f

SIGNATURE

**VERIFICATION**

I, Diane Lostrangio, as Personal Representative of the Estate of James Lostrangio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - fc275b0347

SIGNATURE

**VERIFICATION**

I, Karen Lunder, as Personal Representative of the Estate of Christopher E. Lunder, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Philomena Mistrulli, as Personal Representative of the Estate of Joseph D. Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - ea6f137c2a

SIGNATURE

**VERIFICATION**

I, Maria Mistrulli, as Personal Representative of the Estate of Anne Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - f341490d22

SIGNATURE

**VERIFICATION**

I, John S. Mistrulli, as Personal Representative of the Estate of Anne Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Amy Martinez, as Personal Representative of the Estate of Louis J. Nacke, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joel R. Perry, as Personal Representative of the Estate of James Leslie Perry, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jennifer Reiss Sillman, as Personal Representative of the Estate of Gary Reiss, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Estate of Gary Reiss (Jennifer Sillman

Egnyte Sign - ae763ad125

SIGNATURE

**VERIFICATION**

I, Diana Diaz, as Personal Representative of the Estate of Carmen Romero, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 8a4c8377ba

SIGNATURE

**VERIFICATION**

I, Diana Diaz, as Personal Representative of the Estate of Issac Romero, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 254673f1c4

SIGNATURE

**VERIFICATION**

I, Loren B. Rosenthal, as Personal Representative of the Estate of Evan Rosenthal, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Loren Rosenthal

Egnyte Sign - 9d15a8771e

SIGNATURE

**VERIFICATION**

I, Loren B. Rosenthal, as Personal Representative of the Estate of Seth Rosenthal, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Loren Rosenthal

Egnyte Sign - 9d15a8771e

SIGNATURE

**VERIFICATION**

I, Audrey Model, as Personal Representative of the Estate of Leonard Rosenthal, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Audrey Model, as Personal Representative of the Estate of Florence Rosenthal, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Raymond Wood, as Personal Representative of the Estate of Marion Thomas, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Raymond Wood

Egnyte Sign - bdb692cb26

SIGNATURE

**VERIFICATION**

I, Frederick Soulas III, as Personal Representative of the Estate of Frederick Soulas, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Frederick B Soulas III

Egnyte Sign - 85cd5729b0

SIGNATURE

**VERIFICATION**

I, Stephen Soulas, as Personal Representative of the Estate of Frederick Soulas, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Frederick B Soulas III

Egnyte Sign - 85cd5729b0

SIGNATURE

**VERIFICATION**

I, Robert Steiner, as Personal Representative of the Estate of Wilma Steiner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Robert Steiner

Egnyte Sign - 11edd06042

SIGNATURE

**VERIFICATION**

I, Peter A. McDermott, as Personal Representative of the Estate of Jeanne McDermott, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Maureen McDermott

Egnyte Sign - 127283712d

SIGNATURE

## VERIFICATION

I, Melanie Buchman, as Personal Representative of the Estate of Loretta Haines, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

## VERIFICATION

I, Lynne A. Dunn, as Personal Representative of the Estate of John Bradish a/k/a Jack Bradish, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, (6) Iran's Ministry of Petroleum, (7) Iran's Ministry of Economic Affairs and Finance, (8) Iran's Ministry of Commerce, (9) Iran's Ministry of Defense and Armed Forces Logistics, (10) Central Bank of Iran, *a.k.a.* Bank Markazi, (11) National Iranian Petrochemical Company, (12) National Iranian Oil Company, (13) National Iranian Tanker Company, (14) National Iranian Gas Company, (15) Iran Air, and (16) Hezbollah in *Hoglan, et al. v. Islamic Republic of Iran*, Case No. 03-cv-7550 and 03-md-1570 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Estate of John C. Bradish,Sr,, by Lynne A. Dunn, Administratrix*

Egnyte Sign - 0a0b591782

SIGNATURE