# Verifications for the Ray Claimants

**VERIFICATION**

I, Irma Joyce Fletcher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jay Adler, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Lauren Sarah Adler Martinelli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Lauren Martinelli*

Egnyte Sign - 42a0fdbcd1

SIGNATURE

**VERIFICATION**

I, Vito Garfi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Vito Garfi

Egnyte Sign - 85593f3763

SIGNATURE

# VERIFICATION

I, Marianna Garfi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Marianna Garfi

Egnyte Sign - a9780a5cf2

SIGNATURE

## VERIFICATION

I, Theresa Cooke, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Theresa M. Cooke

Egnyte Sign - 163952a678

SIGNATURE

**VERIFICATION**

I, Christine Homer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Cheryl Homer Wilson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Germaine Wilson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Germaine D Wilson*

Egnyte Sign - 6ffd344ae0

SIGNATURE

# VERIFICATION

I, Andrew Brian Jordan, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Danielle McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Danielle McGuire

Egnyte Sign - fb7bfc034d

SIGNATURE

# VERIFICATION

I, Mara McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Ryan McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Ryan P. McGuire

Egnyte Sign - 186e3b129f

SIGNATURE

## VERIFICATION

I, Sean McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Sean P McGuire

Egnyte Sign - 60bd80d662

SIGNATURE

## VERIFICATION

I, Shea McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026____________________.



Egnyte Sign - 524c963e5a

________________________________________

SIGNATURE

**VERIFICATION**

I, Diana Medaglia, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Diana Medaglia

Egnyte Sign - a01568db82

SIGNATURE

## VERIFICATION

I, Elizabeth Medaglia-Cordes, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Elizabeth A Medaglia-Cordes

Egnyte Sign - c7f2adcbf9

SIGNATURE

**VERIFICATION**

I, Louis Paul Nacke II, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Kenneth Nacke, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Kenneth Nacke

Egnyte Sign - ad24140280

SIGNATURE

**VERIFICATION**

I, Paula Nacke Jacobs, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Thomas Papasso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Thomas M. Papasso

Egnyte Sign - 5b6c0cfb32

SIGNATURE

**VERIFICATION**

I, Vito Garfi, as Personal Representative of the Estate of Francesco Garfi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Vito garfi

Egnyte Sign - 49570ad7b3

SIGNATURE

**VERIFICATION**

I, Vito Garfi, as Personal Representative of the Estate of Salvatore Garfi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Vito Garfi for Salvatore Garfi

Egnyte Sign - 64cd4f85c0

SIGNATURE

**VERIFICATION**

I, Kristy Grazioso, as Personal Representative of the Estate of Henry D. Grazioso, Jr. a/k/a Hank Grazioso, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Kristy Grazioso

Egnyte Sign - 4d88356a8b

SIGNATURE

**VERIFICATION**

I, Christine Homer, as Personal Representative of the Estate of Thomas Freimark, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - ae4ef3213d

SIGNATURE

## VERIFICATION

I, Christine Homer, as Personal Representative of the Estate of Ilse Homer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Rina Kaufman, as Personal Representative of the Estate of Philip Lebor, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Danielle McGuire, as Personal Representative of the Estate of Patrick McGuire, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Danielle McGuire

Egnyte Sign - 7bbd21839b

SIGNATURE

**VERIFICATION**

I, Elizabeth Medaglia-Cordes, as Personal Representative of the Estate of Rocco Medaglia, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Elizabeth A Medaglia-Cordes

Egnyte Sign - c7f2adcbf9

SIGNATURE

## VERIFICATION

I, Cody Mitchell, as Personal Representative of the Estate of MaryEllen Medaglia, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - c5af748310

SIGNATURE

**VERIFICATION**

I, Joanne Mistrulli, as Personal Representative of the Estate of Frank Mistrulli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Dale Nacke, as Personal Representative of the Estate of Louis P. Nacke, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray, et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Dale A Nacke

Egnyte Sign - e152bc75cb

SIGNATURE