# Verifications for the Maher Claimants

**VERIFICATION**

I, Daniel R. Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

## VERIFICATION

I, Joseph F. Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 4c4408a6a1

SIGNATURE

**VERIFICATION**

I, Patricia D. Casazza, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 7d687af322

SIGNATURE

**VERIFICATION**

I, John Francis Casazza, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 7a820d5c6b

SIGNATURE

**VERIFICATION**

I, Mindy Kleinberg, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

mindy kleinberg

Egnyte Sign - ea531d4755

SIGNATURE

# VERIFICATION

I, Jacob Kleinberg, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - be0ad19b35

SIGNATURE

**VERIFICATION**

I, Lauren Kleinberg, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 780d02a3e6

SIGNATURE

**VERIFICATION**

I, Sam Kleinberg, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Lorie Jill Van Auken, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 40252ab1b7

SIGNATURE

**VERIFICATION**

I, Dr. Matthew D. Van Auken, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 3cecf1fd28

SIGNATURE

**VERIFICATION**

I, Sarah Van Auken, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 94e3699e18

SIGNATURE

## VERIFICATION

I, Joseph F. Maher, as Personal Representative of the Estate of Katherine Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Patricia D. Casazza, as Personal Representative of the Estate of John F. Casazza, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Mindy Kleinberg, as Personal Representative of the Estate of Alan David Kleinberg, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

mindy kleinberg

Egnyte Sign - ea531d4755

SIGNATURE

**VERIFICATION**

I, Lorie Jill Van Auken, as Personal Representative of the Estate of Kenneth Van Auken, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher, et al. v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer,* and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE