# Verifications for the Bauer Claimants

**VERIFICATION**

I, Virginia Bauer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Virginia S Bauer

SIGNATURE

**VERIFICATION**

I, Stephen Bauer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Stephen Bauer

SIGNATURE

**VERIFICATION**

I, Jacqueline M. Seremetis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Jacqueline Seremetis*

Egnyte Sign - 46cbc36e87

SIGNATURE

**VERIFICATION**

I, Heidi Bauer-Pollard, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Heidi Bauer-Pollard

SIGNATURE

**VERIFICATION**

I, Gretchen Abernathy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Lisa Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, David P. Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Andrew T. Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, David Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

______________________________

SIGNATURE

**VERIFICATION**

I, Margaret Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Melissa (Beamer) Wilson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Nanda Beatini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Nanda Beatini

SIGNATURE

**VERIFICATION**

I, Pandora Bharvaney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Pandora Bharvaney*

Egnyte Sign - 9f1a5a7633

SIGNATURE

**VERIFICATION**

I, Savitri Bharvaney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Julia V. Bonnett, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Heather Bonnett, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Deborah Bowden Hart, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Alyson V. Bowden Hart, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Alyson Bowden Hart

SIGNATURE

**VERIFICATION**

I, Sara J. Bowden Hart, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, James F. Bowden, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Liam Bowman Henry, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Carol A. Bowman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

C Bowman

SIGNATURE

**VERIFICATION**

I, James E. Bowman, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jennifer Brennan Waterhouse, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Thomas M. Brennan, II, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Thomas More Brennan II

SIGNATURE

**VERIFICATION**

I, Catherine A. Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, John O. Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

John O Brennan

Egnyte Sign - 1b4b3ea043

SIGNATURE

**VERIFICATION**

I, Paul Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Paul F. Brennan

SIGNATURE

**VERIFICATION**

I, Mary Beth Magee, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Michael Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Laura Bustillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Alessandra Bustillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Dayna Spordone, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 0e6b4b23d6

SIGNATURE

**VERIFICATION**

I, Mirna Bustillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Mirna I Bustillo

Egnyte Sign - abfa4c11d1

SIGNATURE

**VERIFICATION**

I, Elizabeth Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Juliette Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, John Arthur Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Joseph G. Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Joan Brady, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Lisa Carlino (formerly Torres), declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ________________.

Egnyte Sign - a5b9ef183f

______________________________________________

SIGNATURE

**VERIFICATION**

I, Teresa Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Teresa Cunningham

Egnyte Sign - 0deca253dd

SIGNATURE

**VERIFICATION**

I, William M. Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Paul Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

# VERIFICATION

I, Bernadette T. Hayes, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Sean Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Andrew Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Karen D'Ambrosi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Emily D'Ambrosi-Slavin, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Denise Bonoli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 378784abbb

SIGNATURE

**VERIFICATION**

I, Dean J. D'Ambrosi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 __________.




SIGNATURE

**VERIFICATION**

I, Mary Danahy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Alison M. Danahy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Kathleen T. Danahy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, John DiMeglio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Daniel DiMeglio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Lawrence Felt, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Lawrence A Felt

Egnyte Sign - d6318938c8

SIGNATURE

## VERIFICATION

I, Gordon Felt, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Nancy Foster, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Nicole Foster, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Nancy Foster, as Legal Guardian of Megan Foster, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Barbara Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Barbara Gallucci

Egnyte Sign - 703d23dc53

SIGNATURE

**VERIFICATION**

I, Joseph D. Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Alyssa Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - fe0e3a179d

SIGNATURE

**VERIFICATION**

I, Filomena Grace Santorelli, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michael Giordano, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Domenick D'Ambola, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Elaine Barrett, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Lyzbeth Best, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Emerson Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Emerson Glick

Egnyte Sign - e0d9ac8cdc

SIGNATURE

**VERIFICATION**

I, Jennifer Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jed Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Jared Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jared Glick

SIGNATURE

**VERIFICATION**

I, Joanna Glick Danino, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Jonah Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Jill Goldstein, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Hanna Goldstein, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Hanna Goldstein

SIGNATURE

# VERIFICATION

I, Harris Goldstein, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Elsa Gronlund Strong, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Eileen Hannaford, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Kevin J. Hannaford, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ________________.




________________________________________

SIGNATURE

**VERIFICATION**

I, Patrick J. Hannaford, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Patrick Hannaford

Egnyte Sign - 0d87420243

SIGNATURE

**VERIFICATION**

I, Barbara Rachko, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, James Terry Jack, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Margaret Wager, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 .

Margaret Wager

Egnyte Sign - 2d37035c91

SIGNATURE

**VERIFICATION**

I, Michele Jones Ferrell, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Donald T. Jones, III, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Judith Jones, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, William B. Jones, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Lori Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Jason B. Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Rochelle Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Rochelle Kane

Egnyte Sign - 0417067e01

SIGNATURE

**VERIFICATION**

I, Adam Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Adam Kane Executor Estate of Bruce Kane

Egnyte Sign - e9f08453ab

SIGNATURE

**VERIFICATION**

I, Rose Keller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joseph Daniel Keller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Sydnie R. Keller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jennifer Lutz, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Patricia D. Lewis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Arthur Lewis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Caroline Lewis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Caroline Lewis

SIGNATURE

**VERIFICATION**

I, Sophia Lewis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Pamela Passaretta, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Kathryn Hebert, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Audrey Magnuson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Jeffrey A. Magnuson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Jeffrey Magnuson*

Egnyte Sign - 754856e8a9

SIGNATURE

**VERIFICATION**

I, Sheryl A. Magnuson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, James Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Jeanne Brandofino, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Margaret Meyer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Heidi Menonna, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Heather Vulpone, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Dawn Meyer-Fuchs, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Kristine Meyer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Ellen Robb, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jamie Montanaro, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jamie Montanaro

SIGNATURE

**VERIFICATION**

I, Karen Montanaro, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Karen Montanaro

SIGNATURE

**VERIFICATION**

I, Beth K. Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Connor J. Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Caitlyn B. Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michael J. Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Michael J Murphy

SIGNATURE

**VERIFICATION**

I, Mary Beth Dougherty, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Timothy P. Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Tim murphy

SIGNATURE

**VERIFICATION**

I, John F. "Jack" Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Danielle Orsini Pandolfi, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

# VERIFICATION

I, Cynthia Blest, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Sheila Rooney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Sheila Rooney

Egnyte Sign - fefd49bffc

SIGNATURE

**VERIFICATION**

I, Brendan Rooney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, John Sanders, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Martha Sanders, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Laura Sanders Wyatt, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Laura Wyatt

SIGNATURE

**VERIFICATION**

I, Tomoko T. Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Tomoko Schlag

SIGNATURE

**VERIFICATION**

I, Dakota I. Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Garrett M. Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Sierra A. Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 2901efd977

SIGNATURE

**VERIFICATION**

I, Jean Nebbia, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Ellen Hughes, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Ellen A Hughes

Egnyte Sign - 33fe4ed048

SIGNATURE

**VERIFICATION**

I, Elizabeth Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, McCarthy Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Sean Patrick Smith, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michele Tanner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Sasha Butler, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Sasha Butler

SIGNATURE

**VERIFICATION**

I, Kenneth C. Tanner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Maria Marasciulo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Maria Marasciulo

Egnyte Sign - e561a0f432

SIGNATURE

**VERIFICATION**

I, Nicole Tanner-D'Ambrosio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Renee Abbate, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Matthew J. Vasel, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Matthew Vasel

SIGNATURE

**VERIFICATION**

I, Ryan A. Vasel, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Janyne Vasel Dembicki, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Janyne R Vasel Dembicki

SIGNATURE

**VERIFICATION**

I, Jessica M. Wisniewski, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Erica C. Wisniewski, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Erica Wisniewski

SIGNATURE

**VERIFICATION**

I, Chiemi York, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Chiemi York

Egnyte Sign - 3339b9f7cb

SIGNATURE

**VERIFICATION**

I, Aidan York, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Connor York, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Roseann Zisa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Christina Zisa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Joseph Zisa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - cdc9e0bf27

SIGNATURE

**VERIFICATION**

I, Jane Zisa Presto, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jane Presto

SIGNATURE

**VERIFICATION**

I, Virginia Bauer, as Personal Representative of the Estate of W. David Bauer, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al.*, *v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Virginia S Bauer

SIGNATURE

**VERIFICATION**

I, Rosemary Bauer, as Personal Representative of the Estate of Robert Bauer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 92733337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2026.

Egnyte Sign - 8d65b4e2f5

SIGNATURE

**VERIFICATION**

I, Heidi Bauer-Pollard, as Personal Representative of the Estate of Walter D. Bauer, Sr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Heidi Bauer-Pollard PR for Walter Bauer*

Egnyte Sign - 6567d7fbfe

SIGNATURE

**VERIFICATION**

I, Heidi Bauer-Pollard, as Personal Representative of the Estate of Dorothy Bauer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Heidi Bauer-Pollard PR for Dorothy Bauer

Egnyte Sign - 5f2b43d42f

SIGNATURE

**VERIFICATION**

I, Lisa Beamer, as Personal Representative of the Estate of Todd M. Beamer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Mark Beatini, as Personal Representative of the Estate of Michael C. Beatini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Nanda Beatini

SIGNATURE

**VERIFICATION**

I, Nanda Beatini, as Personal Representative of the Estate of Michael L. Beatini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Nanda Beatini

SIGNATURE

**VERIFICATION**

I, Jeffery Pickett, as Personal Representative of the Estate of Michael L. Beatini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Nanda Beatini

Egnyte Sign · 542f1b8a64

SIGNATURE

**VERIFICATION**

I, Pandora Po Bharvaney, as Personal Representative of the Estate of Anil T. Bharvaney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Pandora Bharvaney

SIGNATURE

**VERIFICATION**

I, Shenaz Bharvaney Daswani, as Personal Representative of the Estate of Govind Bharvaney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Shenaz Bharvaney Daswani, as Personal Representative of the Estate of Kishore Bharvaney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

## VERIFICATION

I, Marva Parris, as Personal Representative of the Estate of Aubrey A. Parris, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - cbbe672673

SIGNATURE

# VERIFICATION

I, Deborah Bowden Hart, as Personal Representative of the Estate of Thomas H. Bowden, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Carol A. Bowman, as Personal Representative of the Estate of Shawn E. Bowman Sr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Jennifer Brennan Waterhouse, as Personal Representative of the Estate of Thomas M. Brennan, Sr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, John O. Brennan, as Personal Representative of the Estate of John V. Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

John O Brennan

SIGNATURE

**VERIFICATION**

I, Mary Beth Magee, as Personal Representative of the Estate of John V. Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, John O. Brennan, as Personal Representative of the Estate of Anita Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Mary Beth Magee, as Personal Representative of the Estate of Anita Brennan, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Laura S. Bustillo, as Personal Representative of the Estate of Milton Bustillo, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Elizabeth Candela, as Personal Representative of the Estate of John Anthony Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Elizabeth A Candela*

Egnyte Sign - e7601e0ef8

SIGNATURE

**VERIFICATION**

I, Joseph G. Candela, as Personal Representative of the Estate of John C. Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Joseph G. Candela, as Personal Representative of the Estate of Phyllis Candela, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al.*, *v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Michael Speller, as Personal Representative of the Estate of Valerie Speller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Thomas Mee, as Personal Representative of the Estate of Karen Ann Mee, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Thomas Mee on behalf of the Estate of Karen Ann Mee

Egnyte Sign - ea64776b1b

SIGNATURE

## VERIFICATION

I, Leonard N. DiVittorio, as Personal Representative of the Estate of Mary Carlino, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al.*, *v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Leonard N. DiVittorio, as Personal Representative of the Estate of Salvatore Carlino, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Leonard N. Di Vittorio

Egnyte Sign - 1a87b2c15a

SIGNATURE

**VERIFICATION**

I, Teresa Cunningham, as Personal Representative of the Estate of Michael J. Cunningham, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Teresa Cunningham

Egnyte Sign - 540c5fb2e5

SIGNATURE

**VERIFICATION**

I, Karen D'Ambrosi, as Personal Representative of the Estate of Jack L. D'Ambrosi, Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Karen D'Ambrosi

SIGNATURE

**VERIFICATION**

I, Mary Danahy, as Personal Representative of the Estate of Patrick Danahy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, John DiMeglio, as Personal Representative of the Estate of David DiMelgio, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

John J DiMeglio

SIGNATURE

**VERIFICATION**

I, Nancy Foster, as Personal Representative of the Estate of Noel J. Foster, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

nancy foster

Egnyte Sign - 19b0e527b4

SIGNATURE

**VERIFICATION**

I, Barbara Gallucci, as Personal Representative of the Estate of Vincenzo Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Barbara Gallucci

SIGNATURE

**VERIFICATION**

I, Filomena Grace Santorelli, as Personal Representative of the Estate of Joseph Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Filomena G Santorelli

SIGNATURE

**VERIFICATION**

I, Filomena Grace Santorelli, as Personal Representative of the Estate of Angela Gallucci, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Filomena G Santorelli

SIGNATURE

**VERIFICATION**

I, Michael Giordano, as Personal Representative of the Estate of Donna Giordano, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Domenick D'Ambola, as Personal Representative of the Estate of Jessamine D'Ambola, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al.*, *v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Lyzbeth Best, as Personal Representative of the Estate of Jeremy Glick, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Jill Goldstein, as Personal Representative of the Estate of Steven Goldstein, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jill Goldstein

Egnyte Sign - 6a2619bc67

SIGNATURE

**VERIFICATION**

I, Elsa G. Strong, as Personal Representative of the Estate of Linda Gronlund, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

# VERIFICATION

I, Elsa G. Strong, as Personal Representative of the Estate of Doris Gronlund, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

## VERIFICATION

I, Marguerite Glidden, as Personal Representative of the Estate of Arthur G. Gronlund, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ____________.

Egnyte Sign - 144e88798f

______________________________________

SIGNATURE

**VERIFICATION**

I, Eileen Hannaford, as Personal Representative of the Estate of Kevin J. Hannaford, Sr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 2671696121

SIGNATURE

**VERIFICATION**

I, Barbara Rachko, as Personal Representative of the Estate of Bryan Jack, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, James Terry Jack, as Personal Representative of the Estate of Helen M. Jack, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, James Terry Jack, as Personal Representative of the Estate of James H. Jack, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Margaret Wager, as Personal Representative of the Estate of Thomas P. Johnson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Michele Jones Ferrell, as Personal Representative of the Estate of Donald T. Jones, II, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Judith Jones, as Personal Representative of the Estate of Donald T. Jones, Sr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Judith Jones, executrix, Estate of Donald T. Jones*

Egnyte Sign - a0eb134e0c

SIGNATURE

**VERIFICATION**

I, Lori Kane, as Personal Representative of the Estate of Howard Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Adam Kane, as Personal Representative of the Estate of Bruce Kane, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Adam Kane

Egnyte Sign - 6fb668ed26

SIGNATURE

**VERIFICATION**

I, Rose Keller, as Personal Representative of the Estate of Joseph J. Keller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

*Rose Keller, Estate of Joseph John Keller*

Egnyte Sign - 3a271c3cd5

SIGNATURE

**VERIFICATION**

I, Kathryn Hebert, as Personal Representative of the Estate of Geraldine Lewis, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Egnyte Sign - 2b15fb33ac

______________________________

SIGNATURE

**VERIFICATION**

I, Audrey Magnuson, as Personal Representative of the Estate of Ronald E. Magnuson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Audrey Magnuson

SIGNATURE

**VERIFICATION**

I, James Maher, as Personal Representative of the Estate of Jeanne Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Christina Maher, as Personal Representative of the Estate of Raymond Maher Jr., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al.*, *v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Christina Maher

SIGNATURE

**VERIFICATION**

I, Margaret Meyer, as Personal Representative of the Estate of David R. Meyer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Faith Meyer, as Personal Representative of the Estate of Charles Meyer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Faith C. Meyer

Egnyte Sign - ccbc0d2985

SIGNATURE

**VERIFICATION**

I, Ellen Robb, as Personal Representative of the Estate of Kristen Montanaro, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Ellen C. Robb

SIGNATURE

**VERIFICATION**

I, Jamie Montanaro, as Personal Representative of the Estate of Frank Montanaro, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jamie Montanaro

SIGNATURE

**VERIFICATION**

I, Karen Montanaro, as Personal Representative of the Estate of Frank Montanaro, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jamie Montanaro

SIGNATURE

**VERIFICATION**

I, Beth Murphy, as Personal Representative of the Estate of Kevin Murphy, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Beth Murphy

SIGNATURE

**VERIFICATION**

I, Pauline Orsini, as Personal Representative of the Estate of Robert Orsini, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

pauline orsini

SIGNATURE

**VERIFICATION**

I, David Sherwood, as Personal Representative of the Estate of Grace Price Sherwood, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

David F Sherwood

SIGNATURE

**VERIFICATION**

I, Nancy Hoadley, as Personal Representative of the Estate of Richard Hoadley, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026 ________________.

______________________________________________

SIGNATURE

**VERIFICATION**

I, Margaret Eckert, as Personal Representative of the Estate of Sean Rooney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Margaret Eckert for estates of Sean Rooney and Beverly Eckert

Egnyte Sign - 67b6d2a04b

SIGNATURE

**VERIFICATION**

I, Cynthia Blest, as Personal Representative of the Estate of Rosemary Rooney, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, John Sanders, as Personal Representative of the Estate of Stacey Sanders, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

John Sanders

Egnyte Sign - 02855a8cb1

SIGNATURE

**VERIFICATION**

I, Tomoko Schlag, as Personal Representative of the Estate of Steven F. Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al.* *v.* *al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Jean Nebbia, as Personal Representative of the Estate of Donald Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jean Nebbia

SIGNATURE

**VERIFICATION**

I, Ellen Hughes, as Personal Representative of the Estate of Donald Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Jean Nebbia

Egnyte Sign - aa18b5c1bc

SIGNATURE

**VERIFICATION**

I, Jean Nebbia, as Personal Representative of the Estate of Patricia Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Ellen Hughes, as Personal Representative of the Estate of Patricia Schlag, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD) (SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Ellen A Hughes

Egnyte Sign - e7dd8ac113

SIGNATURE

**VERIFICATION**

I, Yvonne Sisolak, as Personal Representative of the Estate of Thomas Sisolak, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Yvonne C Sisolak

SIGNATURE

**VERIFICATION**

I, Ben Reller, as Personal Representative of the Estate of Teresa Reller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

C Benjamin Reller

SIGNATURE

**VERIFICATION**

I, Michele Tanner, as Personal Representative of the Estate of Michael Tanner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Renee Abbate, as Personal Representative of the Estate of Mary Tanner, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.



SIGNATURE

**VERIFICATION**

I, Janyne Vasel Dembicki, as Personal Representative of the Estate of Charles Vasel, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

# VERIFICATION

I, Janyne Vasel Dembicki, as Personal Representative of the Estate of Mynda Vasel, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Chiemi York, as Personal Representative of the Estate of Kevin P. York, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Chiemi York

Egnyte Sign - cfc9151f10

SIGNATURE

**VERIFICATION**

I, Dolores York, as Personal Representative of the Estate of John York, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE

**VERIFICATION**

I, Roseann Zisa, as Personal Representative of the Estate of Salvatore Zisa, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in B*auer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton*, *et al. v. al Qaeda*, *et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

SIGNATURE