# Verifications for the Bauer Claimants

**VERIFICATION**

I, Joan Parker, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Carol A. Suarez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carol A Suarez

Egnyte Sign - 508da63739

SIGNATURE

**VERIFICATION**

I, Manuel Theodore "Ted" Suarez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

## VERIFICATION

I, Bryan Anthony Suarez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Bryan Suarez

Egnyte Sign - 917caa47c8

SIGNATURE

**VERIFICATION**

I, Kristen Michele Carpenter, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Kristen m Carpenter

Egnyte Sign - 578f95a4d5

SIGNATURE

**VERIFICATION**

I, Joan Z. Parker, as Personal Representative of the Estate of Philip L. Parker, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon*, Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.




SIGNATURE

**VERIFICATION**

I, Manuel T. Suarez, as Personal Representative of the Estate of David S. Suarez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carol A Suarez

Egnyte Sign - 69865c9a0f

SIGNATURE

**VERIFICATION**

I, Carol A. Suarez, as Personal Representative of the Estate of David S. Suarez, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al., v. Islamic Republic of Iran, et al.*, 1:18-cv-11416 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (GBD)(SN) (S.D.N.Y.).

2. I am a claimant in the *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker* Judgment Creditors' verified claim to the *M/T Tifani* and its oil cargo pursuant to Supplemental Rule G(5) ("Claim").

3. Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 I assert my ownership interest in, and right to execute against, the *M/T Tifani* and its oil cargo that are the subject of this forfeiture proceeding. *United States v. Motor Tanker Tifani with International Maritime Number 9273337 and the Oil Cargo Laden Thereon,* Case No. 1:26-cv-01373 (D.D.C.).

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this November 5, 2026.

Carol A Suarez

Egnyte Sign - 69865c9a0f

SIGNATURE