**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>MOTOR TANKER TIFANI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9273337, AND THE OIL CARGO LADEN THEREON,<br><br>Defendants *In Rem*. | Civil Action No. 1:26-cv-01373-JEB |

**JOINT STATUS REPORT OF CLAIMANTS WITH SUCCESSFUL JUDGMENTS AGAINST IRAN AND THE IRANIAN TERRORISM VICTIMS**

On October 16, 2024, this Court ordered the Parties to file a joint status report. Both before and after the Court's order, the Claimants with Successful Judgments Against Iran and The Iranian Terrorism Victims (collectively, the "Claimants") filed claims against the Defendant Property. *See* ECF Nos. 15, 21.

The Claimants are in communication with the United States regarding the Court-ordered interlocutory sale of the Defendant Property, and the United States represents that the process to sell the Defendant Property is ongoing. The Claimants have not objected to the Court-ordered interlocutory sale at this time, as the United States has yet to provide any details of the contemplated sale, but reserve the right to contest a sale upon receipt of that information. The Claimants request that the United States provide them with the details of any proposed sale before it is finalized so that they have both notice of the proposed sale and the opportunity to assert their rights as necessary.

* * * * *

Dated: November 5, 2026

Respectfully submitted,

*/s/ Joseph McClure*
**Joseph McClure (D.C. Bar No. 90002073)**
McDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, NW
Washington, D.C. 20001
T: (202) 756-8000
jmcclure@mcdermottlaw.com

**Michael Dockterman (IL Bar No. 3121675)**
*Pro Hac Vice*
McDERMOTT WILL & SCHULTE LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
T: (312) 372-2000
mdockterman@mcdermottlaw.com

*Attorneys for Claimants With Successful Judgments Against Iran*

*/s/ Aryeh Portnoy*
**Aryeh S. Portnoy, D.C. Bar No. 464507**
aportnoy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

*Attorneys for The Iranian Terrorism Victims*

**CERTIFICATE OF SERVICE**

I hereby certify that as of this date, I electronically filed the foregoing document *via* CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: November 5, 2026

/s/ *Joseph McClure*

DM_US 605675328-3.152000.0011